# The United States Court of Federal Claims

**No: 06-576 C**
December 5, 2006

**SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

On December 1, 2006, the parties filed a joint preliminary status report pursuant to Section III, Appendix A, of the Rules of the United States Court of Federal Claims. The parties proposed and the Court adopts the following deadlines:

1. The parties shall submit by **January 15, 2007**, all initial requests for production of materials;

2. The parties shall produce by **February 15, 2007,** all additional materials, if any;

3. Fact discovery shall be concluded by **July 30, 2007**;

4. The parties shall disclose any expert reports by **August 15, 2007**;

5. Expert discovery shall be concluded by **September 15, 2007**; and,

6. The parties shall file a joint status report by **October 15, 2007**, with a proposed course for resolving this matter. Additionally, the Court encourages the parties to confer on a regular basis to discuss the possibility of a private resolution.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**