**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-576C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO ENLARGE TIME FOR DISCOVERY AND OTHER DEADLINES**

Defendant, the United States, respectfully moves this Court to modify the scheduling order dated December 5, 2006, to enlarge the time for discovery and to extend other deadlines established in the Order commensurate with the time sought for discovery. Specifically, we seek to enlarge the deadline for fact discovery by 80 days, from July 30, 2007 to October 19, 2007. This is the first request for enlargement of time sought by either party for any purpose in this case. Defendant's counsel has conferred with plaintiff's counsel who has authorized us to state that plaintiff consents to the relief sought in this motion.

As stated in this Court's Order dated December 5, 2006, the deadlines adopted by the Court were proposed by the parties in their joint preliminary status report. Pursuant to the Order, the parties exchanged initial written requests for production of materials on January 15, 2007 and responded to each other's requests on February 15, 2007. Thereafter, the parties arranged for the physical inspection of written materials in Coolidge, Arizona. Unfortunately, the parties were unable to conduct the inspection as planned, due to the illness of defendant's counsel. Specifically, counsel underwent emergency surgery in early April and was precluded from traveling for several weeks. Ultimately, the parties met and reviewed documents in May 2007.

Since that time, the parties have reviewed the material produced in discovery and have discussed further proceedings in the case. Plaintiff has expressed an intention to take the deposition of three to five Government witnesses and the Government has expressed an intention to take at least one deposition. All of the intended deponents reside in or around Phoenix, Arizona. The parties will be unable to conduct this fact discovery prior to July 30, 2007, the current deadline for fact discovery, due to a variety of scheduling issues. Most particularly, defendant's counsel was required to receive certain continuing medical treatment in the early part of July that further precluded travel. In addition, counsel is required to attend to family matters in the last weeks of July while counsel's wife travels outside the United States on business that was postponed at the time of counsel's illness in April.

The requested enlargement of time will allow the parties to accommodate the schedules of witnesses and counsel. The requested enlargement will also allow the parties time to pursue certain settlement discussions. As encouraged by the Court in its Scheduling Order, the parties have conferred regarding the possibility of reaching a private resolution of this case. The parties have shared their initial assessments of discrete issues presented and have begun discussions regarding broader concerns that affect the continuing relationship between plaintiff and the San Carlos Irrigation Project. The parties have agreed to continue these discussions as early as next week.

For the foregoing reasons, defendant, with plaintiff's consent, requests the Court to

modify the December 5, 2007 Scheduling Order as follows:

Fact Discovery shall be concluded by October 19, 2007:

The parties shall disclose expert reports by November 30, 2007;

Expert discovery shall be concluded by January 4, 2008:

The parties shall file a joint status report by February 6, 2008, with a proposed course for resolving the case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0541
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

DANIEL L. JACKSON
Attorney-Advisor
Phoenix Field Office
Office of the Solicitor
U.S. Department of the Interior

July 20, 2007

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 20th day of July 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO ENLARGE TIME FOR DISCOVERY AND OTHER DEADLINES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ KirkManhardt