# The United States Court of Federal Claims

**No: 06-576 C**
July 23, 2007

**SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**SCHEDULING ORDER**

Having considered defendant's unopposed motion filed on 7/20/07 to modify the 12/5/06 Scheduling Order, the motion is GRANTED. Accordingly, the court adopts the following deadlines:

1. Fact discovery shall be concluded by Friday, October 19, 2007;

2. The parties shall disclose expert reports by Friday, November 30, 2007;

3. Expert discovery shall be concluded by Friday, January 4, 2008; and

4. The parties shall file a joint status report by Wednesday, February 6, 2008, with a proposed course for resolving this case. Additionally, the Court encourages the parties to confer on a regular basis to discuss the possibility of a private resolution.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**