Riney B. Salmon II (#1538)
**Salmon, Lewis & Weldon, P.L.C.**
Attorneys at Law
2850 East Camelback Road, Suite 200
Phoenix, Arizona 85016
(602) 801-9060

*Attorneys for Plaintiff San Carlos Irrigation and Drainage District*

**IN THE UNITES STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-576C<br>(Judge Block)<br>**PLAINTIFF'S FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |

The San Carlos Irrigation and Drainage District ("District") submits the following First Supplemental Disclosure Statement in compliance with Rule 26(e), Federal Rules of Civil Procedure and the Court's Scheduling Order filed July 7, 2007. This disclosure is based upon information reasonably available to the District at the time of this filing. The District will supplement this disclosure as new information is discovered.

**I. EXPERT WITNESSES**

Lawrence Field of Field Lawdahl, PLLC, Certified Public Accountants, will testify at trial and has prepared a written report regarding the budgets and budget preparation process of the San Carlos Irrigation Project for the years 2005-2007. The report is attached hereto. He intends to testify consistent with the opinions expressed in the report. His training, education, experience, and qualifications are in the report.

**II. ADDITIONAL DOCUMENTS**

The District has identified additional documents relative to the issues in this case. These documents are set forth in the attached expert witness report. The District will supplement this disclosure as new documents are discovered.

DATED this 30th day of November, 2007.

Salmon, Lewis & Weldon, P.L.C.

By __s/Riney . Salmon__
Riney B. Salmon II
2850 East Camelback Road, Suite 200
Phoenix, Arizona 85016
*Attorneys for Plaintiff*

Salmon, Lewis & Weldon, P.L.C.
2850 E. Camelback Road, Suite 200
Phoenix, Arizona 85016