**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-576C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO ENLARGE TIME FOR EXPERT DISCOVERY**

Defendant, the United States, respectfully moves this Court to modify the scheduling order dated July 23, 2007, to enlarge the time for expert discovery. Specifically, we seek to enlarge the deadline for expert discovery by 21 days, from January 4, 2008 to January 25, 2008. This is the second request for enlargement of time sought for this purpose. Defendant's counsel has conferred with plaintiff's counsel who has authorized us to state that plaintiff consents to the relief sought in this motion.

The intitial deadlines adopted by the Court in this case were proposed by the parties in their joint preliminary status report. Thereafter, on July 23, 2007, the Court modified those initial dates at the parties' request. To review proceedings to date, the parties exchanged initial written requests for production of materials on January 15, 2007 and responded to each other's requests on February 15, 2007. Thereafter, the parties arranged for the physical inspection of written materials in Coolidge, Arizona, which was completed in May 2007. The parties conducted depositions of fact witnesses in October 2007.

On November 30, 2007, plaintiff supplemented its initial disclosures to identify an expert witness and simultaneously produced an expert witness report. The parties have engaged in

discussions regarding the timing and content of that report. As a result of those discussions, the parties have agreed to request that the Court enlarge the time for the completion of expert witness discovery by 21 days. The requested enlargement of time should not require a modification of the current requirement to file a joint status report by February 6, 2008 proposing a course for resolving the case and, consequently, the parties do not request any modification of that deadline.

For the foregoing reasons, defendant, with plaintiff's consent, requests the Court to modify the July 23, 2007 Scheduling Order to enlarge the time for expert discovery from January 4, 2008, to January 25, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Diretor
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0541
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

DANIEL L. JACKSON
Attorney-Advisor
Phoenix Field Office
Office of the Solicitor
U.S. Department of the Interior

December 19, 2007

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 19th day of December 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO ENLARGE TIME FOR EXPERT DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ KirkManhardt