San Carlos Irrigation and Drainage District v. United States of America
Case No. 06-576C

---

# TABLE OF EXHIBITS

| Ex. | Description of Exhibit |
|---|---|
| 1. | *Repayment Contract Between the United States and the San Carlos Irrigation and Drainage District, Arizona* (June 8, 1931). |
| 2. | Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Facilities*, 69 Fed. Reg. 23,805 (April 30, 2004). |
| 3. | Deposition of Catherine Wilson (October 2, 2007). |
| 4. | San Carlos Project Act of June 7, 1924, 43 Stat. 475-76. |
| 5. | *Landowners' Agreement with the Secretary of the Interior, San Carlos Project: Act of June 7, 1924.* |
| 6. | Affidavit of Douglas D. Mason, District General Manager (April 7, 2008). |
| 7. | *First Supplement to the Repayment Contract Between the United States of America and the San Carlos Irrigation and Drainage District* (November 12, 1935). |
| 8. | *Order Defining Joint District and Indian Works of the San Carlos Federal Irrigation Project: Turning over Operation and Maintenance of District Works to the San Carlos Irrigation and Drainage District* (June 15, 1938). |
| 9. | Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 73 Fed. Reg. 7583 (February 8, 2008). |
| 10. | Department of the Interior, *Departmental Manual*, Part 209, Chapter 8.1A. |
| 11. | R. Kaskalla, C. Christensen, *San Carlos Irrigation Project, Proposed FY 2006 Budget* (October 28, 2004). |
| 12. | Deposition of Carl Alan Christensen (October 1, 2007). |
| 13. | Bureau of Indian Affairs, *Irrigation Handbook* (May 2002). |
| 14. | Bureau of Indian Affairs, *San Carlos Indian Irrigation Project (Joint Works) O&M Assessment Rates, Arizona, Notice of Rate Change*, 60 Fed. Reg. 4499 (January 23, 1995). |
| 15. | Bureau of Indian Affairs, *Irrigation Operation and Maintenance Rate Adjustment for San Carlos Irrigation Project, Arizona*, 64 Fed. Reg. 24674 (May 7, 1999). |
| 16. | Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 67 Fed. Reg. 10748 (March 8, 2002). |

17. Operation and Maintenance Charge Notice and Payment Chart FY 1998-2007.

18. Letter from Barry Welch, Acting Area Director, to Riney B. Salmon Regarding Notice of Appeal of the FY 1998 San Carlos Irrigation Project O&M Assessment Submitted by the San Carlos Irrigation and Drainage District (January 10, 1997).

19. Bureau of Indian Affairs, *Operation and Maintenance Rate Adjustment: San Carlos Irrigation Project, Arizona*, 63 Fed. Reg. 12818 (March 16, 1998).

20. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Facilities*, 67 Fed. Reg. 63674 (October 15, 2002).

21. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Facilities*, 68 Fed. Reg. 68103 (December 5, 2003).

22. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Facilities*, 69 Fed. Reg. 23805 (April 30, 2004).

23. R. Shaw, *Irrigation Division Budget, San Carlos Irrigation Project* (April 1, 2003).

24. Letter from Robert E. Carolin to Douglas Mason (April 18, 2003).

25. Letter from Riney B. Salmon II to Robert E. Carolin (May 16, 2003).

26. Affidavit of Douglas D. Mason, District General Manager (November 25, 2003).

27. Letter from Wayne Nordwall to Riney B. Salmon II (June 6, 2003).

28. Letter from Robert Carolin to Douglas Mason (May 30, 2002).

29. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 68 Fed. Reg. 56302 (September 30, 2003).

30. Letter from Riney B. Salmon II to Jeff Lowman, Acting Director, Bureau of Indian Affairs Office of Trust Responsibilities (November 26, 2003).

31. Randy Shaw, *FY 2005 Budget Draft 2* (April 1, 2003).

32. Randy Shaw, *FY 2005 Budget Draft 3* (April 10, 2003).

33. Randy Shaw, et al., *FY 2005 Budget Draft 4* (May 22, 2003).

34. R. Shaw, C. Christensen, R. Kaskalla, *Proposed Irrigation Division Budget* (June 6, 2003).

35. R. Kaskalla & C. Christensen, *FY 2005 Approved Budget* (October 28, 2004).

36. Carl Christensen, *FY 2004 Irrigation Budget* (October 4, 2004).

37. Carl Christensen, *FY 2005 Irrigation Budget* (October 5, 2005).

38. Letter from Charles R. Tate to Michael Urton (February 8, 2005).

39. Letter from Riney B. Salmon II to Western Regional Director (February 23, 2005).

40. Letter from Bryan Bower to Riney B. Salmon II (March 1, 2005).

41. Carl Christensen, *FY 2005 Irrigation Budget* (March 8, 2005).

42. Letter from Douglas Mason to Robert Carolin (March 2, 2005).

43. Memorandum from Robert Carolin to Office of the Regional Director (September 15, 2004).

44. Carl Christensen, *Irrigation Division Budget, San Carlos Irrigation Project* (June 22, 2004).

45. Deposition of Douglas D. Mason (October 4, 2007).

46. Memorandum from the Western Regional Director to the Project Manager (October 1, 2004).

47. E-mail correspondence from Russell Kaskalla, Civil Engineer, Western Regional Office, to Ross Mooney, Chief, Branch of Irrigation, Power, Safety of Dams, operation of Non-federal Dams (October 29, 2004).

48. Memorandum from Robert E Carolin to Acting Western Regional Director (January 18, 2006).

49. Carl Christensen, *FY 2006 Irrigation Budget* (October 11, 2006).

50. Letter from Robert E. Carolin, Project Manager, to Douglas Mason, District General Manager (December 9, 2004).

51. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 70 Fed. Reg. 5,210 (February 1, 2005).

52. Letter from Riney B. Salmon II to Arch Wells (April 1, 2005).

53. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 70 Fed. Reg. 45,740 (August 8, 2005).

54. Carl Christensen, *Irrigation Division Budget, San Carlos Irrigation Project* (June 22, 2004).

55. R. Shaw, *Irrigation Division Operation and Maintenance Budget* (February 27, 2006).

56. Memorandum from Carl Christensen (September 13, 2006).

57. Carl Christensen, *FY 2006 Irrigation Budget* (October 2, 2006).

58. Letter from Allen Anspach to Douglas Mason (February 2, 2006).

59. Carl Christensen, *FY 2006 Irrigation Budget* (February 2, 2006).

60. Letter from Riney B. Salmon to Allen Anspach (February 17, 2006).

61. Letter from Allen Anspach to Riney B. Salmon (February 28, 2006).

62. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 72 Fed. Reg. 19950 (April 20, 2007).

63. Carl Christensen, *FY 2006 Irrigation Budget* (March 9, 2006).

64. Letter from Douglas D. Mason to Robert Carolin (March 1, 2006).

65. Memorandum from Allen Anspach to the Project Manager (February 2, 2006)

66. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 70 Fed. Reg. 57889 (October 4, 2005).

67. Letter from Riney B. Salmon, III to Allen Anspach (November 1, 2007).

68. Letter from Acting Regional Director to Riney B. Salmon II (November 29, 2007).

69. Letter from Riney B. Salmon II to Arch Wells (December 1, 2005).

70. Bureau of Indian Affairs, *Rate Adjustments for Indian Irrigation Projects*, 71 Fed. Reg. 17131 (April 5, 2006).

71. Affidavit of Lawrence Field, C.P.A. (April 7, 2008).

72. Carl Christensen, *FY 2007 Irrigation Budget* (October 1, 2007).

73. Carl Christensen, *FY 2008 Irrigation Budget* (March 3, 2008).

74. R. Shaw, A. Riggs, *San Carlos Irrigation Division Operation and Maintenance Budget* (December 12, 2006).

75. Check Dated February 27, 2007 from the District to the Project.

76. R. Shaw, *Irrigation Div. Budget, Draft 2* (April 20, 2006).

77. Notes from Fact Finding Committee Meeting on 5/30/02 (May 31, 2002).