SEC. 8. That the inmates of such industrial institution shall be eligible to parole under sections 1, 2, 3, 4, 5, 6, 7, and 8 of the Act of Congress approved June 25, 1910, being an Act to provide for the parole of United States prisoners and for other purposes. Such inmates shall be entitled to commutation allowance for good conduct in accordance with the provisions of the Act of Congress approved June 21, 1902, and entitled "An Act to regulate commutation for good conduct for United States prisoners," and the Acts amendatory thereof and supplemental thereto.

Parole provisions applicable. Vol. 36, pp. 819, 820.

Good conduct commutation. Vol. 32, p. 397.

SEC. 9. That every inmate, when discharged from such industrial institution, shall be furnished with transportation to the place of conviction or place of bona fide residence, or to such other place in the United States as may be authorized by the Attorney General, and shall be furnished with suitable clothing and $20 in money.

Transportation, etc., on discharge.

SEC. 10. That all Acts or parts of Acts inconsistent with the provisions of this Act are hereby repealed.

Inconsistent laws repealed.

Approved, June 7, 1924.

---

June 7, 1924. [S. 966.] [Public, No. 210.]

**CHAP. 288.**—An Act For the continuance of construction work on the San Carlos Federal irrigation project in Arizona, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Secretary of the Interior, through the Indian Service, is hereby authorized to construct a dam across the Canyon of the Gila River near San Carlos, Arizona, as a part of the San Carlos irrigation project, as contemplated in the report of the chief engineer of the Indian irrigation service submitted to the Commissioner of Indian Affairs on November 1, 1915, at a limit of cost of $5,500,000, for the purpose, first, of providing water for the irrigation of lands allotted to Pima Indians on the Gila River Reservation, Arizona, now without an adequate supply of water and, second, for the irrigation of such other lands in public or private ownership, as in the opinion of the said Secretary, can be served with water impounded by said dam without diminishing the supply necessary for said Indian lands: *Provided*, That the total cost of the project shall be distributed equally per acre among the lands in Indian ownership and the lands in public or private ownership that can be served from the waters impounded by said dam.

San Carlos Irrigation project, Ariz. Dam authorized across Canyon of Gila River, for providing additional water supply to Pima Indians allotments, etc. *Ante*, p. 401.

*Proviso.* Equal distribution of costs among lands served.

SEC. 2. That the construction charge assessed against the Indian lands shall be reimbursable to the Treasury of the United States on a per acre basis under such rules and regulations as the Secretary of the Interior may prescribe, and there is hereby created a lien against all such lands, which lien shall be recited in any patent issued therefor, prior to the reimbursement of the total amount chargeable against such land: *Provided*, That after said project is completed, the Secretary of the Interior is hereby authorized, in his discretion, with the approval of the Pima Indians, to sell, at public auction, at not less than the appraised value thereof, such surplus lands not now allotted within said Gila River Indian Reservation as he may determine to be irrigable from return and drainage waters, the proceeds of such sales to be deposited in the Treasury to reimburse the United States in part for the construction charge assessed against the Indian lands.

Construction charges reimbursable, etc.

Lien for, etc.

*Proviso.* Sale of unallotted irrigable Indian lands.

Deposit of proceeds in part reimbursement for charges.

SEC. 3. The Secretary of the Interior shall by public notice announce the date when water is available for lands in private ownership under the project, and the amount of the construction charge per irrigable acre against the same, which charge shall be

Public announcement of water available, charges, etc.

Installment payment of charges.

payable in annual installments, the first installment to be 5 per centum of the total charge and be due and payable on the 1st day of December of the third year following the date of said public notice, the remainder of the construction charge, with interest on deferred amounts from date of said public notice at 4 per centum per annum, to be amortized by payment on each December 1st thereafter of 5 per centum of said remainder until the obligation is paid in full: *Provided*, That the operation and maintenance charges on account of land in private ownership or of land in Indian ownership operated under lease shall be paid annually in advance not later than March 1st, no charge being made for operation and maintenance for the first year after said public notice. It shall be the duty of the Secretary of the Interior to give such public notice when water is actually available for lands in private ownership.

*Proviso.* Operation, etc., charges payable annually in advance.

Public notice when water available.

Repayment contract required from irrigation district, before construction commenced.

Sec. 4. That no part of the sum provided for herein shall be expended for construction on account of any lands in private ownership until an appropriate repayment contract in accordance with the terms of this Act and, in form approved by the Secretary of the Interior, shall have been properly executed by a district organized under State law, embracing the lands in public or private ownership irrigable under the project, and the execution thereof shall have been confirmed by decree of a court of competent jurisdiction, which contract, among other things, shall contain an appraisal approved by the Secretary of the Interior, showing the present actual bona fide value of all such irrigable lands fixed without reference to the proposed construction of said San Carlos Dam, and shall provide that until one-half the construction charges against said lands shall have been fully paid, no sale of any such lands shall be valid unless and until the purchase price involved in such sale is approved by the Secretary of the Interior, and shall also provide that upon proof of fraudulent representation as to the true consideration involved in any such sale, the Secretary of the Interior is authorized to cancel the water right attaching to the land involved in such fraudulent sale; and all public lands irrigable under the project shall be entered subject to the conditions of this section which shall be applied thereto: *Provided further*, That no part of any sum provided for herein shall be expended for construction on account of any lands in private ownership until all areas of land irrigable under the project and owned by any individual in excess of one hundred and sixty irrigable acres shall have been conveyed in fee to the United States free of encumbrance to again become a part of the public domain under a contract between the United States and the individual owner providing that the value as shown by said appraisal of the land so conveyed to the United States shall be credited in reduction of the construction charge thereafter to be assessed against the land retained by such owner; and lands so conveyed to the United States shall be subject to disposition by the Secretary of the Interior in farm units at the appraised price, upon such terms and conditions as he may prescribe.

Covenants, etc., to be included.

Canceling of water rights on fraudulent representation, etc.

*Proviso.* Conveyance of all irrigable lands in excess of 160 acres by individuals to United States.

Disposal of, in farm units.

Authority conferred Secretary of Interior for executing Act.

Sec. 5. The Secretary of the Interior is hereby authorized to perform any and all acts and to make such rules and regulations as may be necessary and proper for the purpose of carrying the provisions of this Act into full force and effect; and the money hereby authorized to be appropriated shall be available for the acquiring of necessary right of way by purchase or judicial proceedings and for other purposes necessary in successfully prosecuting the work to complete the project.

*Post*, p. 1152.

Approved, June 7, 1924.

June 7, 1924.
[S. 1174.]
[Public, No. 211.]

**CHAP. 289.**—An Act Authorizing the Secretary of the Interior to investigate and report to Congress the facts in regard to the claims of certain members of the Sioux Nation of Indians for damages occasioned by the destruction of their horses.

Sioux Indians, S. Dak.
Claims of, for horses killed by Government employees, to be investigated and reported to Congress.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Secretary of the Interior be, and he is hereby, authorized to investigate, and report to Congress the facts in regard to the claims of members of the Sioux Nation of Indians residing in the State of South Dakota for horses killed on the Cheyenne River Indian Reservation in the years 1895, 1896, and 1897, which horses are alleged to have been erroneously suspected of being infected with glanders, and killed by, or by order of, employees of the United States Government, and for which no compensation has been paid: *Provided*, That the Secretary of the Interior is authorized to determine what attorney or attorneys have actually rendered services of value to any of the Indians who may be found to be entitled to reimbursement in accordance with the provisions of this Act and what compensation such attorney or attorneys may be entitled to receive therefor on a basis of quantum meruit and report the amounts so ascertained and determined to be due the various claimants and attorneys to Congress not later than December 3, 1924.

Proviso.
Determination of allowance for services of attorneys.

Approved, June 7, 1924.

---

June 7, 1924.
[H. R. 5104.]
[Public, No. 212.]

**CHAP. 290.**—An Act Granting one hundred and sixty acres of land to the Western State College of Colorado at Gunnison, Colorado, for the use of the Rocky Mountain biological station of said college.

Public lands.
Granted to Western State College of Colorado, for use as biological station.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Secretary of the Interior is hereby authorized and directed to convey to the board of trustees of the Western State College of Colorado at Gunnison, Colorado, subject to the provisions and reservations of section 24 of the Federal Water Power Act, and with a reservation to the United States of all the coal and other minerals in the lands granted, together with the right of the United States, its grantees or permittees, to prospect for, mine, and remove the same, the following described land, to wit, the south half of the southwest quarter of section 14 and the west half of the northwest quarter of section 23, all in township 51 north, range 1 east, New Mexico meridian, consisting of one hundred and sixty acres, more or less, for use of the Rocky Mountain biological station of the said college: *Provided*, That the lands hereby granted shall be used by the State only for the purpose of a biological station, and if the said land or any part thereof shall be abandoned for such use, said land or such part shall revert to the United States; and the Secretary of the Interior is hereby authorized and empowered to declare such a forfeiture of the grant and to restore said premises to the public domain, if at any time he shall determine that the State has abandoned the land for the use of a biological station, and such order of the Secretary shall be final and conclusive, and thereupon and thereby said premises shall be restored to the public domain and freed from the operation of the grant aforesaid.

All mineral rights reserved.

Location.

Proviso.
Reversion if abandoned as biological station.

Approved, June 7, 1924.

---

June 7, 1924.
[H. R. 7877.]
[Public, No. 213.]

**CHAP. 291.**—An Act Making appropriations for the military and nonmilitary activities of the War Department for the fiscal year ending June 30, 1925, and for other purposes.

War Department appropriations.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the following