# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-576C<br>(Judge Block)<br><br>**AFFIDAVIT OF DOUGLAS D. MASON** |

STATE OF ARIZONA )
) ss:
County of Maricopa )

Douglas D. Mason, being first duly sworn upon his oath, deposes and says:

1. I am the General Manager of the San Carlos Irrigation and Drainage District, located in Pinal County, Arizona.

2. The District is an irrigation and drainage district organized and existing under the laws of the State of Arizona and a political subdivision of the State of Arizona.

3. The District is located in Pinal County, Arizona and embraces 50,000 acres of irrigable public and private lands within the boundaries of the San Carlos Irrigation Project.

4. The Project is located in Pinal County, Arizona, in the vicinity of the Town of Florence and the Cities of Coolidge and Casa Grande, Arizona. The Project delivers irrigation water to 50,000 acres of District lands and 50,000 acres in the Gila River Indian Reservation.

5. The District is empowered to act as representative of the non-Indian owners of lands within the District in all dealings with the Secretary of the Interior regarding the Project.

6. The District was organized on July 16, 1928, under the laws of the State of Arizona governing the creation of irrigation districts.

7. Under Arizona law, the District, not later than July 1 each year, must estimate the amount of money necessary to meet the obligations of the District for the next fiscal year and certify to the Pinal County Board of Supervisors the amount of money needed and the number of acres to be taxed or assessed.

8. To collect the Project O&M charges from its landowners, the District must submit the charges to the Pinal County Board of Supervisors as part of the District's overall annual assessment by July 1 of each year.

9. The Pinal County Board of Supervisors includes the Project O&M charges as part of the County's property tax rate-setting and assessment process. The County's tax assessor notifies landowners of the charges through the County's annual property tax bill. District landowners must pay the first half of their taxes by November 1st and the remainder by the following May 15th.

10. The County holds the funds and the District draws upon the funds to pay its obligations. The District uses these funds to pay the Project O&M charges to the United States by the contractual deadline.

11. On April 1, 2003, the Project prepared a proposed budget for FY 2005 based upon a $30 per acre assessment. The reason cited for the increase was an accounting error that had existed for several years but only discovered in 2003.

12. The District responded to the BIA's proposal with comments and proposed revisions on May 16, 2003, suggesting numerous ways for the Project to reduce its O&M budget.

13. One week after receiving the District's comments, the Project informed the District at a FY 2005 budget fact-finding meeting that the proposed budget for FY 2005 would be based upon an assessment rate of thirty dollars per acre. The Project further

informed the District that the budget and rate assessment for FY 2006 likely would be thirty-five dollars per acre.

14. In July 2003, the District informed the Pinal County Board of Supervisors of its assessment for the coming year. That assessment included $20 per acre to cover Project O&M charges for FY 2005. Although the United States had not yet fixed the FY 2005 O&M charges, the District believed that the Project might set the final assessment to the more reasonable level of twenty dollars per acre. Several times in past years, the Project had proposed a higher O&M charge but finally fixed the charges at a lower rate when the final decision was made.

15. The United States finally fixed the FY 2005 O&M charges at $30 per acre. The District paid the charges under protest in March and April 2005 under threat that water deliveries to the District's landowners would be terminated. The charges were paid in part from assessment funds available to the District from the county and in part from the District's own emergency reserves.

16. On June 29, 2004, the Project held a budget fact-finding meeting for FY 2006, attended by the District. A summary presented at that time showed a $15 per acre O&M charge for FY 2006. At that meeting, the Project and the District agreed that a charge of $15 per acre for FY 2006 was appropriate.

17. On December 16, 2004, a second fact-finding meeting was held for FY 2006. The United States provided a budget summary to the District in that meeting that was based upon an O&M charge of $30 per acre.

18. The United States ultimately fixed O&M charges for FY 2006 at $30 per acre. The proposed $15 per acre budget contained no charge for Land and Structures. The revised $30 per acre budget contained a charge of $640,000 for Land and Structures, all of which was allocated for well replacement costs. From 2005 to 2007, no money was spent for replacement of Project wells.

19. On February 2, 2006, the Acting Western Regional Director of the BIA notified the District that water deliveries would be terminated on March 1, 2006 if the District did not pay the FY 2006 charges in full by that date.

20. At the District's request, the Acting Western Regional Director met with representatives of the District on February 13, 2006 to discuss the O&M budget process and the Director's decision to terminate water deliveries. In that meeting, the Director asked the District to submit a proposal to the BIA to address the District's concerns in general and the payment of the FY 2006 O&M charges in particular.

21. The District submitted its proposal on February 17, 2006, proposing that the United States credit the District for overpayments in previous years and reduce the proposed O&M charges in future years.

22. The Acting Regional Director of the BIA rejected the District's proposal and demanded immediate payment to avoid termination of water deliveries.

23. In the notice letter rejecting the District's proposal, the Acting Regional Director stated that the BIA's billing and collection system was not capable of crediting funds from a previous year to the current year.

24. The notice letter stated that the charges previously collected were necessary to fund "outstanding O&M activities" including a well replacement program. From 2005 to 2007, the United States did not spend any money to date on well replacement.

25. The United States fixed the FY 2006 O&M charge at $30 per acre. In March 2006, the District paid the charge under protest because the United States again threatened to terminate water deliveries. The charge was paid in part from previously collected assessments and in part from the District's reserve funds.

26. Year-end figures For FY 2006 provided in a summary prepared by the Project manager included $2.0 million for "Well Replacements & Abandonment." A footnote to this entry states that this line item "Includes Coolidge Dam, San Carlos Reservoir & New Office Building." This obligation did not appear in previous versions

of the budget. The United States never sought District approval for a new office building and, to date, the United States has not undertaken this project.

27. For FY 2006, an obligation of $492,275 is listed in the line item for "Obligations-Land Structures & Special Projects." The same dollar amount is listed in the line item for "China Wash Flume Rehab/Replacement." The China Wash Flume Project was not implemented until FY 2007.

28. On October 4, 2005, the United States published notice in the Federal Register that it was proposing to fix Project O&M charges for FY 2007 at $30 per acre.

29. The United States provided no background documentation in support of the proposed or final budgets for FY 2007, other than a budget summary prepared on or about June 22, 2004 that contained a "tentative" budget for 2007 based upon an O&M charge of $24.40 per acre. The United States eventually fixed the FY 2007 charge at $30 per acre.

30. In March 2008, the United States threatened to terminate water deliveries if the FY 2007 O&M charge was not paid immediately. The District paid the charge under protest.

DATED this 7 day of April, 2008.

NOTARY PUBLIC
STATE OF ARIZONA
Pinal County
SANDRA C. KIRK
My Commission Expires July 16, 2011

Douglas D. Mason

SUBSCRIBED AND SWORN TO me this 7 day of April, 2008.

Sandra C. Kirk
Notary Public

My Commission Expires: July 16, 2011