# FIRST SUPPLEMENT TO THE REPAYMENT CONTRACT BETWEEN THE UNITED STATES OF AMERICA AND THE SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT, PROVIDING FOR REPAYMENT OF CHARGES AND OPERATION OF WORKS OF THE SAN CARLOS PROJECT, ARIZONA

NOVEMBER 12, 1935

I-Sec.-192

SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT
SAN CARLOS PROJECT, ARIZONA

1. THIS AGREEMENT, supplementary to the Repayment Contract between the United States of America and the San Carlos Irrigation and Drainage District, dated June 8, 1931, made this 12th day of November, 1935, between the United States of America, hereinafter called the United States, acting through the Secretary of the Interior, party of the first part, and the San Carlos Irrigation and Drainage District, a public corporation of Pinal County, organized and existing by virtue of the laws of the State of Arizona, hereinafter called the District, party of the second part.

EXPLANATORY RECITALS

WITNESSETH:

2. WHEREAS, by an Act of Congress approved June 5, 1934 (48 stat. 881), the Act of Congress approved June 7, 1924 (43 Stat. 475-476), and supplements thereto were amended by said Act, which reads as follows:

> "BE IT ENACTED BY THE SENATE AND HOUSE OF REPRESENTATIVES OF THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED, That the Act of Congress approved June 7, 1924 (43 Stat. 475-476), commonly called the 'San carlos Act', and Acts supplementary thereto, including the Act of Congress approved March 7, 1928 (45 Stat. 210-212), and Acts

> supplementary thereto, be, and the same are hereby, amended so as to provide that the construction cost of the San Carlos Project, including the cost of the power development at the Coolidge Dam and the transmission line or lines shall be repaid without interest and that part thereof to be paid on account of the lands in public or private ownership shall be repaid in forty equal annual installments beginning on December 1, 1935, the date fixed by the public notice heretofore issued by the Secretary of the Interior. The Secretary of the Interior, with the consent of the San Carlos Irrigation and Drainage District, is hereby authorized to modify the existing repayment contract in accordance herewith",

and,

3. WHEREAS, the said Repayment Contract provides that the Secretary of the Interior will give notice to the District of the amount of operation and maintenance charges to be paid annually in sufficient time to permit the District to make the annual tax levies or toll charges in order that the District may comply with the laws of the State of Arizona relative to the levy and collection of taxes by irrigation districts, and, in addition requires that the operation and maintenance charge must be paid in advance, and not later than the first day of March of each year and provides a penalty of one-half of one per centum of the amount delinquent shall be added at once and that a like penalty of one-half of one per centum shall be added on the first day of each month thereafter so long as such default shall continue, and

4. WHEREAS, under Arizona law the second half of tax payments do not become delinquent until the first Monday in May and as a consequence the District has encountered considerable difficulty and been placed at additional expense in complying with the provision of said Repayment Contract requiring payment in advance and not later than March first of each year, and

5. WHEREAS, there exists a need to transfer lands and water rights on the non-Indian part of the San Carlos Project, so that poor lands or lands inconveniently situated within that Project may be eliminated therefrom and from the San Carlos Irrigation and Drainage District, and good and conveniently located lands now outside of said Project and District may be substituted therefor with appropriate transfers of water rights; and Project and district lands taken into towns, and lands used for industrial or other non-agricultural purposes, or lands acquired by Federal or State Government, may be eliminated with or without appropriate substitution, and,

6. WHEREAS, it is desirable that unless and until the Project area can safely be increased, the non-Indian lands shall be kept at 50,000 acres;

7. NOW, THEREFORE, in consideration of the promises and mutual agreements herein contained, and other valuable consideration, the parties hereto agree as follows:

(a) Construction costs of the San Carlos Project, as to lands contained in the San Carlos Irrigation and Drainage District, shall be paid as said statute approved June 5, 1934, provides, i.e. "without interest and in forty (40) equal annual

installments beginning on December 1, 1935"; and the District t agrees to make all payments and collections, levy all assessments as provided in the so-called Repayment Contract to which this is a supplement, except as such payments are changed by said Act approved June 5, 1934.

(b) In order to facilitate transfers of lands and water rights so as to eliminate poor land from the Project and District and substitute better land and make other substitutions for the benefit of the Project and the District, it is agreed that when such a transfer or substitution is made as between the landowners and the proper deeds and other papers are presented to the Project Engineer and the District and appropriate orders and approval of the Secretary of the Interior promulgated, the new land shall be entitled to take the place of the old Project lands with the same water right, and Project and District payments made on account of the old land shall inure to the benefit of such new land.

(c) Since by the terms of the San Carlos Act, operation and maintenance charges must be paid in advance and not later than on March 1 of each year, and since under Arizona law the second half of tax payments are not delinquent until the first Monday in May, and since at that time the irrigation season is not far advanced and the District is only able to collect such charges generally as when the farmers request water, and so is placed in default with the United States on March 1 for any delinquent amount, and must pay a penalty under the June 8, 1931 Repayment Contract, it is agreed that the penalty provision of that

Repayment Contract, in so far as operation and maintenance charges or assessments are involved, is hereby modified to provide that hereafter a penalty of one-half of one per cent per month shall attach for each and every month or fraction thereof during which any installment or part thereof of the operation and maintenance charges or assessments remain due and unpaid on and after May 15 of each year.

No Member of or Delegate to Congress or resident Commissioner shall be admitted to any share or part of this contract or to any benefit that may arise therefrom, but this provision shall not be construed to extend to this contract if made with a corporation for its general benefit.

Nothing herein shall be construed as in any way modifying or amending the original Repayment Contract except as herein specifically provided for; said original Repayment Contract otherwise remaining in full force and effect.

IN WITNESS WHEREOF the parties have hereto signed their names the day and year first above written.

ATTEST: 12th day of November, 1935.
LEON M. NOWELL, Secretary

THE UNITED STATES OF AMERICA

By: (Sgd.) CHARLES WEST,
Secretary of the Interior

SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT

By: (Sgd.) R. W. KENWORTHY,
President.

Aug. 6, 1935.
Approved as to form:
(Sgd.) OSCAR L. CHAPMAN,
Assistant Secretary.

Resolution

At a special meeting of the Board of Directors of the San Carlos Irrigation and Drainage District held at Coolidge, Arizona on November 12th, 1935, all directors being present, the following was adopted:

WHEREAS, in accordance with the Act of Congress of June 7, 1924 (43 Stat. 475-476) commonly called the "San Carlos Act", and the Act of Congress of March 7, 1928 (47 Stat. 200), and previous