# Department of the Interior
# Departmental Manual

**Effective Date**: 4/21/03
**Series**: Delegation
**Part 209**: Secretarial Officers
**Chapter 8**: Assistant Secretary - Indian Affairs

**Originating Office**: Office of the Assistant Secretary - Indian Affairs

**209 DM 8**

8.1 **Delegation.** Subject to the limitations in 200 DM 1, the Assistant Secretary - Indian Affairs is authorized to exercise all of the authority of the Secretary including, but not limited to:

A. The authority to promulgate regulations.

B. The Secretary's authority under Section 204(a) of Public Law 94-579 relating to the withdrawal or reservation of certain lands by the issuance of public land orders.

C. The administration of the oath of office or any oath required by law in connection with employment.

8.2 **Limitation.** The authorities for trust funds management functions are limited to those required to fulfill the responsibilities identified in 109 DM 8.3.

8.3 **Authority to Redelegate.** Except where redelegation is prohibited by statute, Executive order, or limitations established by other competent authority, the Assistant Secretary - Indian Affairs may redelegate general administrative authority and those program authorities specifically related to the functions and responsibilities assigned to the Assistant Secretary - Indian Affairs in 109 DM 8. All redelegations of authority made by the Assistant Secretary - Indian Affairs will be in the form of a Departmental Manual release issued in compliance with the provisions of 200 DM 3. No other form of redelegation is authorized.

8.4 **Principal Deputy Assistant Secretary.**

A. Subject to the limitations in 200 DM 1, the Principal Deputy Assistant Secretary is delegated all program and administrative authorities of the Assistant Secretary - Indian Affairs necessary to fulfill the responsibilities identified in 110 DM 8.2. The authority contained in this paragraph may be redelegated.

B. In the absence of, and under conditions specified by the Assistant Secretary - Indian Affairs, the Principal Deputy Assistant Secretary may exercise the authority delegated in 209 DM 8.1, excluding 209 DM 8.1B. The authority contained in this paragraph may not be redelegated.

4/21/03 #3570
Replaces 11/17/81 #2364