# San Carlos Irrigation Project
## Proposed FY 2006 Budget

Prepared by: R. Kaskalla, C. Christensen
Date: 10/28/2004

| Item | FY2004 Actual Budget | FY 2005 Approved Budget | FY 2006 Proposed Budget | FY 2007 Projected Budget | FY 2008 Projected Budget | FY 2009 Projected Budget | FY 2010 Projected Budget |
|---|---|---|---|---|---|---|---|
| UNOBLIGATED CASH: | | | | | | | |
| * Unoblig. Cash on 10/1 (BIA700 Report) | $2,597,248 | $2,586,687 | $3,813,187 | $3,481,087 | $2,997,237 | $2,464,237 | $1,989,637 |
| Unoblig. Cash from Prior Year Corrections | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL UNOBLIGATED CASH | $2,597,248 | $2,586,687 | $3,813,187 | $3,481,087 | $2,997,237 | $2,464,237 | $1,989,637 |
| INCOME: | | | | | | | |
| Assessment Collected: Indian Works | 2004 Assess $1,000,000 | 2005 Assess $1,500,000 | 2006 Assess $1,500,000 | 2007 Assess $1,500,000 | 2008 Assess $1,500,000 | 2009 Assess $1,500,000 | 2010 Assess $1,500,000 |
| ** SCIDD | 2005 Assess $0 | 2006 Assess $3,000,000 | 2007 Assess $1,500,000 | 2008 Assess $1,500,000 | 2009 Assess $1,500,000 | 2009 Assess $1,500,000 | 2009 Assess $1,500,000 |
| Florence-Casa Grande Project | $0 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 | $14,000 |
| Interest | $39,214 | $19,000 | $19,000 | $19,000 | $19,000 | $19,000 | $19,000 |
| Payment by the Project Power | | | | | | | |
| Miscellaneous | $60,852 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |
| Surplus Sales | | | | | | | |
| Overpumping | $463,282 | | | | | | |
| TOTAL INCOME | $1,563,348 | $4,553,000 | $3,053,000 | $3,053,000 | $3,053,000 | $3,053,000 | $3,053,000 |
| TOTAL FUNDS AVAILABLE: | $4,160,596 | $7,139,687 | $6,866,187 | $6,534,087 | $6,050,237 | $5,517,237 | $5,042,637 |
| OBLIGATIONS: | | | | | | | |
| Personnel (boc 11) | $1,070,000 | $921,000 | $770,000 | $794,000 | $818,000 | $843,000 | $869,000 |
| Benefits (boc 12) | $0 | $214,000 | $200,000 | $206,000 | $213,000 | $220,000 | $227,000 |
| Travel (boc 21) | $1,000 | $7,000 | $8,000 | $8,250 | $8,500 | $8,800 | $9,100 |
| Utilities (boc 23 less power for pumping) | $75,000 | $67,000 | $70,000 | $72,100 | $74,300 | $77,000 | $80,000 |
| *** Services (boc 25) | $448,500 | $843,900 | $495,000 | $510,300 | $525,600 | $541,800 | $558,900 |
| *** Arch Survey of SCR Drawdown Zone | | $104,600 | | $111,700 | | $118,600 | |
| Supplies (boc 26) | $200,000 | $205,000 | $215,000 | $222,000 | $229,000 | $236,000 | $244,000 |
| **** Gila Commissioner | $460,000 | | $385,000 | $404,300 | $417,000 | $438,000 | $460,000 |
| Equipment (boc 31) | $10,000 | $52,000 | $80,000 | $10,000 | $725,000 | $90,000 | $430,000 |
| Land & Structures (boc 32) | $0 | $410,000 | $640,000 | $650,000 | $0 | $350,000 | $0 |
| Power for Pumping (boc 23 for 51030) | $500,000 | $500,000 | $520,000 | $546,000 | $573,300 | $602,000 | $632,000 |

| | Item | FY2004 Actual Budget | FY 2005 Approved Budget | FY 2006 Proposed Budget | FY 2007 Projected Budget | FY 2008 Projected Budget | FY 2009 Projected Budget | FY 2010 Projected Budget |
|---|---|---|---|---|---|---|---|---|
| | Other (boc 22, 24 & 42) | $0 | $2,000 | $2,100 | $2,200 | $2,300 | $2,400 | $2,500 |
| | TOTAL OBLIGATIONS | $2,764,500 | $3,326,500 | $3,385,100 | $3,536,850 | $3,586,000 | $3,527,600 | $3,512,500 |
| | SINKING FUNDS AND RESERVE (SF&R) BALANCES: | | | | | | | |
| | Heavy Equipment | $26,975 | $9,844 | $262,000 | $522,000 | $85,000 | $281,000 | $146,000 |
| | Well Replacement | $0 | $0 | $0 | $330,000 | $670,000 | $670,000 | $1,031,000 |
| | China Wash Flume Rehab/Replacement | $351,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| ***** | Emergency Reserve Fund | $300,000 | $600,000 | $846,275 | $884,213 | $896,500 | $881,900 | $878,125 |
| *** | Arch Survey of SCR Drawdown Zone | $51,500 | $0 | $55,000 | $0 | $58,400 | $0 | $62,100 |
| | SUBTOTAL SF&R BALANCES: | $677,975 | $609,844 | $1,108,275 | $1,736,213 | $1,651,500 | $1,832,900 | $2,055,125 |
| | TOTAL OBLIGATIONS WITH SF&R: | $3,442,475 | $3,936,344 | $4,493,375 | $5,273,063 | $5,237,500 | $5,360,500 | $5,567,625 |
| | END OF YEAR UNOBLIGATED CASH: | | | | | | | |
| | With Sinking Funds and Reserve Unoblig. | $1,396,096 | $3,813,187 | $3,481,087 | $2,997,237 | $2,464,237 | $1,989,637 | $1,530,137 |
| | With Sinking Funds and Reserve Oblig. | $718,121 | $3,203,344 | $2,372,812 | $1,261,025 | $812,737 | $156,737 | -$524,988 |
| | With SF&R and Next Yr's Assess. Oblig. | $718,121 | $203,344 | $872,812 | -$238,976 | -$687,263 | -$1,343,263 | -$2,024,988 |

NOTES

* The figure for 05 is the actual cash available on 10/1/2004 from the BIA 700 report, and is the starting point for this spreadsheet.

** The 2006 assessment collected in FY 2005 includes the delinquent 2005 assessment ($1,500,000) plus the 2006 assessment.

*** Arch survey was taken out of the 04 & 05 budgets, given it's own line items in Obligations and Sinking Funds, and spent every two years.

**** For FY 05, the Gila Commissioner's assessment is included under Services (boc 25).

***** The Emergency Reserved Fund established is based on 25.0% of the Total Obligations for FY 2006 and beyond.

LAND AND STRUCTURES OBLIGATIONS

| Item | FY2004 Actual Budget | FY 2005 Approved Budget | FY 2006 Proposed Budget | FY 2007 Projected Budget | FY 2008 Projected Budget | FY 2009 Projected Budget | FY 2010 Projected Budget |
|---|---|---|---|---|---|---|---|
| China Wash Flume | | $351,000 | | | | | |
| Well Replacement | | | $640,000 | | | $350,000 | |
| Reconstruct Picacho Inlet/Outlet Channel | | $59,000 | | | | | |
| Replace Ditch w/Pipe Upstream of Siphon | | | | $650,000 | | | |
| TOTALS | | $410,000 | $640,000 | $650,000 | $0 | $350,000 | $0 |

HEAVY EQUIPMENT REPLACEMENT SCHEDULE

| Item | FY2004 Actual Budget | FY 2005 Approved Budget | FY 2006 Proposed Budget | FY 2007 Projected Budget | FY 2008 Projected Budget | FY 2009 Projected Budget | FY 2010 Projected Budget |
|---|---|---|---|---|---|---|---|
| Pickups | | | $70,000 | | | $80,000 | |
| Excavator | | | | | $715,000 | | |
| Gradall | | | | | | | $420,000 |
| Miscellaneous | | | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| TOTALS | | | $80,000 | $10,000 | $725,000 | $90,000 | $430,000 |