IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 06-576C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEPOSITION OF CARL ALAN CHRISTENSEN

Phoenix, Arizona

October 1, 2007

Prepared by:

Gerard T. Coash, RPR, RMR
Certified Reporter
Certification No. 50503

(Copy)

training.

Q. Well, describe for me any kind of written materials that you would use at these training sessions.

A. The written material that we would use would be a record that is shown on the software of what the budget was in previous years. It also would show actual amounts for previous years. It shows projected budgets for future years.

Q. But I want you to describe for me the written materials that you used in the meetings, aside from what you received from the computer that you had been using. Handouts, information sheets, things of this nature.

A. I don't recall that any handouts were provided for the budget process.

Q. So you received nothing in writing at any of these training sessions with respect to the budget process and analysis?

A. Not that I recall.

Q. Were you referred to any written information or documents to study up and review?

A. As I recall, the only documentation could be what was shown in a National Irrigation Handbook that has been put together by the IPSOD group.

Q. You say an irrigation handbook. Is that correct?

A. Yes.

Q. And what edition or what date would that be?
A. As I recall, it would have been in the time period 2000 to maybe 2004.
Q. And why do you recall that, that way?
A. The reason I recall it as being 2000 to 2004, I believe that is when we received a copy at the San Carlos Irrigation Project.
Q. And as I understand, that irrigation handbook is what you were instructed to follow in making your budget preparation and analysis?
A. The handbook provides guidelines --
Q. Okay.
A. -- basically following the same procedure that has been used at San Carlos Irrigation Project for at least 15 to 20 years and maybe longer.
Q. So you're saying that the guidelines contained in the irrigation handbook is what the San Carlos Irrigation Project has been following for -- What did you say, 10 to 15 years?
A. I believe I said 15 to 20 years.
Q. I'm sorry. 15 to 20 years. Is that correct?
A. Yes.
Q. So those guidelines have been followed for a long time?
A. Yes.

Q. And those are the guidelines that you have followed in your preparation of budget and analysis, correct?

A. Yes.

Q. Can you recall any specific deviations from the guidelines contained in that handbook, by you, in the preparation of budgets?

A. No.

Q. Can you recall any conversations with anybody about deviating from those guidelines contained in the handbook with respect to budget preparation and analysis?

A. No.

Q. Can you think of any good reasons for any deviation from the guidelines contained in that irrigation handbook in your budget preparation and analysis?

A. No.

Q. Now, you've identified the irrigation handbook. Are there any other written materials that you have been instructed to use with respect to your budget preparation and analysis?

A. As I recall, from time to time we may receive comments in regard to budget preparation from an office or offices higher up in the BIA, above San Carlos Irrigation Project.

Q. When you say "higher up," who are you referring

before October 1st or -- and then also money possibly collected from the Indian Works that was due in March may have been used as an expense prior to the beginning of that upcoming fiscal year that the budget was set up for.

Q. Okay. Well, then, tell me about your participation in the creation of the budget for 2006.

A. The budget for 2006, I had put it together. And based on what we anticipated to spend and what we had for cash balances, I had recommended that we lower the rate to, as I recall, $15 per acre versus the 30. And there were several reasons for that.

One was by looking at the cash balances on each month from 1996 up through about 2004. There was a -- The cash balance by month varies quite a bit. I mean, it will vary at least a couple of million dollars each year during different time periods, based on -- primarily based upon when collections are made or when we have high expenses.

Like, for instance, in the summer months we have high electrical power costs to run wells. We also have a large disbursement we are required to make to the Gila water commissioner, who is appointed by the court. And the income that we receive generally comes in in March and May.

If both irrigation parties, such as San

Carlos Irrigation and Drainage District or the Indian Works, if they pay their assessment on time -- in some cases, due to some of their own budget constraints, they may not be able to make their payment in a timely manner.

But based on the information that I had available in 2004, it appeared that for one time only, we could lower the rate to $15 an acre. And because the previous year we had gone from $20, we'd raise it up to 30.

Q. What year was that?

A. 2005.

Q. Okay.

A. It went up to 30.

Q. Okay.

A. Prior to that, from about 1998 to -- through 2004, we had it at $20 per acre. And then in 2005, we raised it up to 30.

The -- also at that particular time our expenses were staying about the same; they haven't gone up a lot. Our personnel costs were staying fairly steady. We had -- Through attrition, we had not kept a real high work force that were charged to irrigation. Our numbers had dropped way down, so we didn't have a high expense in personnel costs, even though some costs did go up considerably, like the cost of fuel. It's gone up a

considerable amount.

And for about 10 years we were doing all of our major rehabilitation of wells by contract. And the cost of the wells is one item that -- it was very hard to project what that would cost. There's some years you might spend 300- or $400,000 maintaining the wells; another year it might be a million bucks.

So we didn't necessarily -- we did need to keep a high cash balance. We needed to keep money in some of our sinking funds, and let that money build up. But I had made a recommendation to lower it to 15 and sent that recommendation to our regional office, which they didn't concur.

Q. And why didn't they concur?

A. They felt that the letter we received, as I recall, about one-page long, it referred to sinking funds, deferred maintenance, that needed to be taken care of.

Q. What letter was this? What letter are you referring to?

A. It was a letter in response to our letter that we had submitted to the regional director sometime in September 2004. And as I recall, sometime in early October we received a letter back that did not concur with our recommended.

Q. Letter from whom?

A. As I recall, it was signed by the regional director.

Q. And what did the letter say, as you recall?

A. As I stated earlier, it stated that we should consider -- I don't know if it -- I don't recall it even stated a rate, but at least consider the fact that we hadn't fixed the China Wash Flume, which was a large expense projected to be spent within the next couple years from that date. And we had not addressed the issue of deferred maintenance. Nor had we addressed the issue of setting up money in an equipment replacement fund and possibly some other funds that we had set aside, money we had set aside for in the past.

Q. Now, had you discussed this $15 rate with the San Carlos Irrigation and Drainage District?

A. Yes.

Q. In a fact-finding meeting?

A. Yes.

Q. Did they concur or not concur?

A. They concurred.

Q. And what did they say about this being an acceptable rate as far as they were concerned?

A. As I recall, they concurred with the rate. And some of the discussion was over the amount of water available to -- that could be used for irrigation. And at