- Objectives (a summary of the objectives from each activity)
- Summary (how the project personnel will meet the objectives during the irrigation season)

The Program of Work Justification process can then proceed, providing a brief explanation of what the O&M Budget contains. The completed package (i.e., O&M Budget, Program of Work, and Program of Work Justification) should be provided to BIA management.

### 12.1.5 REQUIRED REVIEWS AND APPROVALS

Review and approval of the annual O&M Budget, including the Program of Work and Program of Work Justification, is required by BIA management. The standard review and approval process is described as follows:

- **Agency Superintendent/Officer-in-Charge:** Develops the annual O&M Budget package and submits it to the Regional Office for recommendation and concurrence.
- **Regional Irrigation Engineer:** Reviews the budget package for validity, recommends changes (if necessary) to the agency, and recommends budget package to Regional Director.
- **Regional Director:** Concurs with the budget package and submits it to the Office of Trust Responsibilities for final approval
- **Director, Office of Trust Responsibilities:** Reviews and approves O&M Budgets, which provides for the expenditure of

irrigation O&M funds. Because the Director, Office of Trust Responsibilities (OTR) is the official allottee for all irrigation funds, final approval rests with the Director.

## 12.1.6 O&M BUDGET PREPARATION

O&M costs are project expenses for administration, O&M, and rehabilitation. Depending on the activity, they include at least:

- Personnel salary and benefits for the facility engineer/manager and employees under their management control
- Materials and supplies
- Vehicle and equipment repairs
- Equipment, including transportation, fuel, oil, grease, lease, and replacement
- Capitalization and depreciation costs
- Acquisition costs
- Maintenance of a reserve fund available for contingencies or emergency costs for (and insuring) reliable operation of the irrigation facility infrastructure
- Other costs the BIA determines necessary to properly perform the activities and functions characteristic of an irrigation activity

The irrigation projects are required to prepare their O&M Budget using the online O&M Budget template, which includes the required FPP forms. A list and brief description of each form follows:

- FPP-1: Authorized Position/Personnel Services Plan
- FPP-2: Travel Plan
- FPP-3: Equipment Acquisition and Procurement Plan
- FPP-6: Summary of all costs (FPP-1 through FPP-3)
- Other costs (list of proposed maintenance activities for the current year, including cost estimates for each activity)

**Authorized Position/Personnel Services Plan (FPP-1)**—Include salary and fringe benefits costs associated with the management, O&M, and rehabilitation of the project. These are the full-time and part-time employees, as well as seasonal workers employed during the irrigation season. Employees necessary for administrative support are generally covered under personnel costs for a project. Since personnel needs are essential, it is recommended that the proposed O&M Program of Work be reviewed to determine these requirements for the irrigation season. All personnel, their salary rates, and benefits should be detailed in the project plan which, in turn, can be utilized for estimating personnel costs.

Fringe benefit costs are also part of personnel costs. They include all legally mandated payments (i.e., Federal and State employment taxes, annual and sick leave, and any other benefits, such as holidays. Since individual rates may vary, it is recommended that a percentage of the total personnel costs be utilized in estimating employee fringe benefits (see Payroll Detail Report for fringe benefit).

**Travel Plan (FPP-1)**—Travel plan includes such costs as per diem, lodging, airfare, and personally owned vehicle costs to attend training, meetings, etc. Record travel costs on FPP-2, then summarize costs on FPP-1 via the online O&M Budget template.

**Equipment Acquisition and Procurement Plan (FPP-3)**—The O&M Budget should include an accurate estimate of proposed procurement, including equipment acquisition. Further investigation by contacting equipment vendors will also provide valid unit rental rates to use when preparing the annual O&M Budget. In summary, sources should be consulted to derive an accurate projection of equipment requirements for the project year.

**Materials and Supplies (FPP-6)**—Material and supplies costs include office supplies, gasoline, diesel and oil, herbicide, parts (vehicle and other), grease, antifreeze, tires, lumber, cement, construction hardware (nails, bolts, nuts, etc.). Projects should consider preparing supplementary schedules to support the summary costs recorded on FPP-6. Construction costs should not be included on this form.

**Other Costs**—Other costs associated with the O&M and rehabilitation of the project include purchased power, pumping costs, capitalization and acquisition expenses, operation of satellite offices and other facilities, communications, the cost of training workshops and seminars, and the maintenance of storage rooms and storage yards. Costs in this category may vary by project, depending on the unique requirements at each project.

**O&M Reserve Requirement**—The irrigation IAM requires the BIA to "prepare contingency plans for events or emergencies which might interrupt the delivery of irrigation water." As such, the irrigation projects should maintain cash reserves sufficient to support anticipated events and/or emergencies that may arise. Guidelines for establishing and maintaining such reserves are presented in this section.

The amount of cash that should be maintained in reserve will vary by project. Reclamation has developed guidelines for estimating an adequate reserve of O&M funds. The amount is based on a percentage of the annual O&M collected by the project each year. Typically, the smaller the acreage of the project, the larger the percentage of cash reserve. Conversely, larger projects, that collect larger total sums of monies each year, typically keep less percentage in cash reserve.

It is recommended that all projects use table 2 to estimate the amount of funds that should be maintained in the project reserve account at all times. The guidelines in table 2 provide a range of values. At their discretion, the Regional Director and/or the Official-in-Charge of any project may determine that, due to unusual circumstances, project reserves should be maintained at a higher amount. If this is determined, the proposed amount and supporting documentation should be provided in writing and kept on file at the irrigation project. The O&M reserve requirement should be supported by a supplementary schedule and be factored into the rate calculations that are entered into FPP-6.

Table 2.—Determination of emergency reserve funds for BIA irrigation projects

| Emergency reserve fund determination guidelines[1] | | | | |
|---|---|---|---|---|
| 5-year average annual O&M costs ($) | Minimum reserve ($) | Maximum reserve ($) | Minimum reserve (% of annual O&M) | Maximum reserve (% of annual O&M) |
| 20,000 | 20,000 | 30,000 | 100 | 150 |
| 30,000 | 25,000 | 40,000 | 83 | 133 |
| 50,000 | 35,000 | 50,000 | 70 | 100 |
| 75,000 | 45,000 | 70,000 | 60 | 93 |
| 100,000 | 55,000 | 85,000 | 55 | 85 |
| 150,000 | 70,000 | 110,000 | 47 | 73 |
| 200,000 | 75,000 | 120,000 | 38 | 60 |
| 300,000 | 80,000 | 155,000 | 27 | 52 |
| 400,000 | 100,000 | 200,000 | 25 | 50 |
| 500,000 | 112,500 | 225,000 | 23 | 45 |
| 1,000,000 | 200,000 | 400,000 | 20 | 40 |
| 2,000,000 | 300,000 | 700,000 | 15 | 35 |
| 3,000,000 | 400,000 | 900,000 | 13 | 30 |
| 4,000,000 | 500,000 | 1,000,000 | 13 | 25 |

[1] From Bureau of Reclamation's "Review of Operation and Maintenance Program Field Examination Guidelines," 1991.

## 12.1.7 CALCULATION OF O&M RATE

Total assessable acres are defined as the total acres that the project is authorized to deliver water to. Total O&M costs are all the administrative, O&M, and rehabilitation costs the project incurs to deliver water. These costs do not generally include costs above the project engineer/manager level. O&M costs do not include charges to recover the cost of construction.

O&M Rate = Total costs per acre = total O&M costs divided by total assessable acres

### 12.1.8 PUBLIC NOTIFICATION

All projects must publish O&M rate changes in the ***Federal Register*** **in accordance with the requirements of the Federal Register Act, P.L. 89-554, Part 303 of the *Departmental Manual*.** Projects should submit proposed O&M rate changes to the Office of Trust Responsibilities by July 1st to allow sufficient time for proposed publication, public comment, and publication of the final rates.

## 12.2 Irrigation Billing and Collection

### 12.2.1 REVIEW OF LAND OWNERSHIP RECORDS

The land ownership records of the Realty Branch are an important source of information for planning the irrigation program year. By using these records, irrigation personnel can correctly identify responsible landowners for the payment of irrigation charges. Land ownership is not static, however, and transactions such as sales, transfers, exchanges, and probates may change the complexion of an irrigation unit at any time during the season. Moreover, lease transactions, renewals, and expirations will also have a bearing on the responsibility for payment of irrigation charges. Thus, determining land ownership is a prerequisite to ensuring that the correct responsible parties are identified for the payment irrigation charges. A review process should be established to ensure that:

- The total acreage of assessable lands has been included in the upcoming season's records
- The correct responsible parties to the land have been identified
- The controls for the acreage are accurate and current prior to the irrigation season
- Current records are made available to the irrigation office in a timely manner (within 3 business days of any changes/updates) so updates can be made in the National Irrigation Information Management System (NIIMS) to correctly reflect irrigation charges

The review process should also be planned before the irrigation season begins, since this work has a direct impact on the accuracy of irrigation assessments and billings. Since the Realty Branch maintains the land ownership records, it is essential for irrigation personnel to rely on the Realty Branch to ascertain the ownership status of the land. Status changes emanating from sales, exchanges, transfers, and probates that have been processed prior to the review are extremely important transactions.

### 12.2.2 REVIEW PROCEDURES

The Official-in-Charge (or his/her designee) are responsible for ascertaining land ownership and the total acreage of irrigable land. Certain actions are required on the part of both the Realty Branch and the Irrigation Office, so that amounts for total and assessable acreage

correlate. The following steps provide a general framework for the land ownership review.

### 12.2.2.1 *Fee Patent Land*

1. The agency form, Notice of Transfer of Land Ownership, is routed from the Branch of Realty to the irrigation project within 3 business days of each realty record update. All sales, gifts, exchanges, and partitions are indicated as transactions. Probates involving land ownership changes among Indian landowners are recorded as separate documents. Probate data is handled in the same way as trust land.

2. Check the realty number for the allotment or land tract against the master list.

   (a) If the tract is not in the project, make a copy for the record and file.

   (b) For tracts that are in the project, check the NIIMS Master Land Base to see if the tract has Presently Assessable (PA) and/or Presently Non-Assessable (PNA) acres. It is essential that the totals for each of the land designations add up to the total for all lands. If there are no PA acres, state this in the records.

   (c) Make appropriate changes as described below and copy for the file for those tracts in the irrigation project.

3. Record transfers of ownership for fee patented lands with PA acres.

### 12.2.2.2 Tribal (Trust) Lands

1. If the trust land of a reservation is changed through a change in ownership transaction, the Irrigation Office must show PA, TNA, and PNA lands. The Realty Branch will not have this data available and it must come from the Irrigation Office.

2. The assignment of a new tract number, by the Irrigation Office, requires that a journal voucher (SF-1081) be prepared, which modifies the acreage of the parent tract and indicates the acreage of the new tract. Parent tract acreage (gross, PA, TNA, and PNA) must equal the total acreage of the subdivided, smaller tracts. A sample journal voucher (SF-1081) is provided in Appendix C.

When a land ownership change involves an exchange from Trust (individuals) to tribal (or vice versa) or from trust (the BIA cannot buy land from Tribes—this must be through an exchange of Trust land only) to Fee Status, a journal voucher must be prepared. Each journal voucher must be signed by the person preparing the voucher and be approved by the project engineer/manager. The journal voucher must be dated and assigned a number.

## 12.2.3 BILLING PROCEDURES

Billing data changes that accompany land ownership changes are listed below.

### *12.2.3.1 Leases of Project Lands*

The leasing of Indian land for irrigation is commonly practiced to provide revenues to the Indian landowner. The responsibility of the landowner for O&M assessments and payment is not diminished by the act of leasing. However, the BIA has established mechanisms to ensure that the lessee is the responsible party for the payment of O&M charges before water is provided. Thus, it is essential to properly record all leases and accurately maintain the control totals. This section provides recommendations and guidance for controlling the leasing process within BIA irrigation project or system.

Controlling the leasing process also requires close interaction and coordination between the Irrigation Office and the Branch of Realty prior to the irrigation season. Realty is responsible for all transactions relating to a lease, including relating information to the Irrigation Office within 3 business days of any changes/updates. Lease information received from the Realty Office must be properly recorded and maintained by the irrigation project staff.

## 12.2.4 National Irrigation Management Information System

### *12.2.4.1 Billing*

Billing must proceed in a timely manner and must take place prior to the irrigation season. This is essential, since water users must pay the O&M assessment prior to the deliver of water. The planning calendar illustrates the deadline for the procedure to be completed. All payments should then be recorded and posted to the appropriate ledgers and journals.

The Irrigation Office requires the following information:

- Tract information
- Ownership information
- Name/address information
- Taxpayer Identification Number (TIN)
- Lease information

Generally, the agency has the ownership, name/address, TIN, and lease information for trust lands. Effective with the passage of the Debt Collection Improvement Act of 1996, projects are required to obtain TINs from water users. NIIMS has a mandatory TIN field to facilitate this requirement. The agency is responsible for providing this information to the Irrigation Office on a timely basis (within 3 business days of any changes/updates). Information for fee land is recorded with the county.

The irrigation project staff input the ownership, name/address, and lease information into NIIMS.

O&M bills and construction bills are issued annually. Prior to issuing the annual bills, the parameter file in NIIMS needs to be updated. This file includes the project name/address, contact person, starting bill numbers, O&M rates, construction rates, and rates for any miscellaneous charges (such as storage fees and minimum bill fees).

Review the pre-bill list. This report is option 23 from the NIIMS batch report menu. There are 3 options:

- O&M bills only
- Construction bills only
- All bills

Choose the appropriate option. Review this report for accuracy. When the pre-bill is correct, print the bill's (annual – final) report. This report is option 22 from the NIIMS batch report menu.

Bills are printed and mailed from BIA's contracting office, the National Business Center (NBC) in Denver. Contact NBC to make arrangements for printing and mailing the bills.

### 12.2.5 NIIMS Contingency Plans

In the event that automated computer systems, including NIIMS, are disabled or unavailable, a contingency plan should be developed by the Regional Offices in consultation with Central Office, Power and Irrigation Reconciliation Team and NBC.

## 12.2.6 O&M PAYMENT RESPONSIBILITY

The responsibility of paying the O&M assessment resides with the landowner. In cases where the land is leased, the lessee shall be billed for the O&M assessment, unless specified otherwise in the lease agreement. Any unpaid O&M assessments are a lien against the land. It is essential that project managers perform reviews of landowner leasing records early in the accounting cycle, to derive an updated and accurate list of responsible parties for irrigation charges for lands within the irrigation project.

## 12.2.7 PAST DUE DEBT

The U.S. Department of the Treasury (Treasury) requires past due debt to be reported in accordance with the Debt Collection Improvement Act of 1996 (P.L. 104-134, 110 Stat. 1321). It is necessary to report past due debt so that all unpaid O&M charges can be identified and timely collection can occur. Both leased and idle lands are included in the procedure. Reporting of past due debt depends upon the generation of O&M bills and accurate and timely posting of payments to accounts.

It is recommended that all past due O&M debt be reported to the agency Realty Office. This will enable the Realty Office to withhold these charges from lease bonds when notified of the delinquency.

## 12.2.8 COLLECTIONS

References:

- 31 CFR Parts 900, et al.—The Federal Claims Collection Standards
- 31 CFR Part 206—Management of Federal Agency Receipts, Disbursements, and Operation of the Cash Management Improvements Fund
- Debt Collection Improvement Act of 1996 (P.L. 104-134, 110 Stat. 1321)

Receipts are posted in NIIMS from the File Maintenance and Inquiry Menu, option 13. Receipts for payment may be issued from this option.

Review the collection data, using the Report Selection Menu, option 9, Unproofed Schedule of Collections, to ensure that the amounts equal the actual deposit. Any corrections can be made at this point. When the collections equal the deposit, a final proof of collections must be done. This is accomplished using the File Maintenance and Inquiry Menu, option 14. After the final proof, run the Schedule of Collections from the Report Selection Menu, option 1.

The collection procedures below apply to the prepayment and regular payment of O&M charges. They also provide general guidance in terms of interest payments; and in making determinations for deferring payments in the case of Indian responsible parties. In

certain instances, the procedures parallel BIA policies, where these exist and are necessary. In other instances, recommendations are provided for expediting the collection process.

## 12.2.9 REGULAR O&M PAYMENT

The agency finance office generally receives O&M payments. The management of unpaid O&M accounts, likewise, relies on these procedures for accurate and timely posting to accounts.

## 12.2.10 ADMINISTRATIVE, INTEREST AND PENALTY FEES

Pursuant to 31 CFR, 901.9, interest, penalty, and administrative fees are to be assessed on all delinquent irrigation charges. Interest, penalty, and administrative fees are based upon the bill payment process reflecting the status of irrigation charges. Effective with the passage of the revised Federal Claims Collection Standards, interest and penalty fees are assessed all State, local, and tribal governments.

## 12.2.11 PAYMENT PLANS

When a landowner is financially unable to pay the O&M assessment on time, the Superintendent or Officer-in-Charge may approve a payment plan. The Superintendent must certify that the individual is not able to pay the current assessment, based on financial records submitted by the landowner. The burden of proof of hardship lies with the landowner.

Inability to pay does not relieve the individual landowner of the responsibility of payment. Payment will still be required as specified in the payment plan. In all cases, nonpayment of the assessed rate will result in a lien on the land, which is carried forward until: (1) the O&M assessment has been paid; or (2) the land has been disposed of through a sale by the landowner, in which case all unpaid assessments encumbered by liens will be taken from the proceeds of the sale.

The BIA does not have an established procedure for determining inability to pay. Under current practices, discretion is used on a case-by-case basis. The use of discretion, however, suggests that each case should be analyzed fairly to determine an individual's ability to pay the assessed rate. The irrigation project shall maintain copies of all certification and payment plans. A sample payment plan template is provided for your use in Appendix D.

## 12.3 Debt Management

Debt collection is prescribed by Federal statute and regulations. The debt management policy derives from and complies with the following authorities:

- Federal Claims and Collection Act of 1966
- Privacy Act of 1974
- Debt Collection Act of 1982 (as amended)
- Deficit Reduction Act of 1984

- Administrative Dispute Resolution Act of 1990
- Federal Debt Collection Procedures Act of 1990
- Federal Credit Reform Act of 1990
- Cash Management Improvement Act Amendments of 1992
- Office of Management and Budget Circular A-129, revised January 1993
- Omnibus Budget Reconciliation Act of 1993
- Department of Justice 1994 Appropriation Act
- Debt Collection Improvement Act of 1996 (P.L. 104-134)
- Federal Claims Collection Standards, December 22, 2000

## 12.3.1 Due Date

Bills are due and payable within 30 days of the due date, which is printed on the bill, unless otherwise provided for by statute, regulation, contract, or agreement.

## 12.3.2 Past Due Debt

A bill is delinquent (or past due) if it is not paid within 30 days of the due date. On the 31st day after the due date, a bill is considered past due. Past due bills are subject to all collection mandates of Federal law and to the techniques and strategies management deems appropriate.

### 12.3.3 REFERRAL TO U.S. TREASURY FOR COLLECTION

Under the Letter of Agreement dated September 11, 1997, between the Department of the Interior and the Department of the Treasury, the Treasury will provide debt collection services for the BIA as permitted in accordance with 31 U.S.C. 3701 et seq., as amended by the 1996 Debt Collection Improvement Act. Referral of **all** debt 180 days delinquent to Treasury for collection is mandatory.

Exemptions from this requirement are:

- Debt in litigation or foreclosure, in which case the debt has been referred to the Department of Justice
- Debts whose debtors are in bankruptcy
- Debts whose debtors are deceased (in probate)
- Debts owed by Federal agencies
- Debts owed by foreign entities
- Debts which are in an administrative appeals process
- Debts less than $25.00 (per debtor)
- Debts which have been administratively offset

If a debt is referred to Treasury, it may incur additional fees of up to 30 percent. Treasury has the authority to report debt to a credit bureau, offset any Federal tax refunds or other Federal payments owed by the debtor, report the debt to a private collection agency, or refer the debt to the Department of Justice for litigation.

Once an account is referred to Treasury, the debtor will be notified by Treasury regarding future inquiries and payment on the debt. Treasury will be solely responsible for collection and any further correspondence. **Note:** BIA will not send any additional correspondence to the debtor and will not accept any further payments from the debtor for the delinquent debt.

Prior to referral to Treasury, the BIA must ensure that all records of payment received by BIA, prior to the date of referral, have been properly posted. The Superintendent or Official-in-Charge must sign a statement certifying that all debts submitted are valid. Project/agency certifications should be sent to the OTR for centralized processing. OTR will forward all irrigation debts to Treasury.

## 12.3.4 TREASURY RECALLS

On rare occasions, it is sometimes necessary to recall a debt previously referred to Treasury. In these instances, the project is required to provide written documentation justifying the recall. The project must also provide the debtor's name, TIN, address, tract number, amount, and other pertinent data to OTR. OTR will contact Treasury and initiate the recall. Such recalls should be limited to billing errors created by inaccurate information at the time of billing.

## 12.3.5 TREASURY COLLECTIONS ON REFERRED DEBTS

Payments made by Treasury to the BIA for collection received on referred debt will be made electronically, using the Online Payment

and Collection process. These collections are processed into NIIMS centrally by NBC in Denver. Each project is notified by e-mail when collections have been posted. The project can then run a schedule of collections to obtain the detail of the collection(s).

### 12.3.6 Termination of Collection Activities

After Treasury has maintained a claim for a reasonable amount of time (e.g., 1 year) and has exhausted all attempts to collect on the claim, the claim may be returned to BIA with Treasury's recommendations. For debts returned to BIA from Treasury, it is the BIA's policy to terminate debt collection activity and discharge the debt. Once a debt has been terminated and the account closed, further collection action is prohibited. Additionally, BIA must request the release of any liens securing the debt. (See 31 CFR Parts 903.5(a) and 903.5(d)).

### 12.3.7 Estates/Probates

When a water user dies, claims for unpaid bills and bills that accrue after death, but before settlement of the estate, should be filed against the estate. Claims are settled during probate when the estate is closed. BIA will submit for writeoff any claims remaining unpaid from the closed estate. Projects shall not rebill the estate's delinquent debt to heirs. However, heirs are responsible, and should be billed, for debts accrued after they are determined to be a legal owner.

## 12.3.8 1099-C CLOSE-OUT

Discharge of debt that is $600 or more must be reported to the Internal Revenue Service (IRS) on Form 1099-C. The IRS has published guidance to assist agencies in meeting their reporting requirements. Treasury will file the 1099-C forms with IRS on BIA's behalf.

## 12.3.9 SUSPENSION, TERMINATION OF COLLECTION ACTION, OR COMPROMISING A CLAIM

The Assistant Secretary of Indian Affairs has the authority to suspend or terminate collection actions on a debt or to compromise a claim, exclusive of interest, penalties, and administrative charges, up to and including an amount of $100,000. Debts exceeding $100,000 require Department of Justice concurrence (Financial Administration Memorandum No. 94-022). At the discretion of the Assistant Secretary of Indian Affairs, this authority may be redelegated. Refer to Chapter 7, Part 205, of the Departmental Manual, for compromise limits and Solicitor concurrence requirements. In addition, the authority to suspend or terminate collection action is limited to $5,000 when an Assistant Secretary has an uncorrected material weakness related to debt management in the annual Federal Managers' Financial Integrity Act Report. Suspension of termination of amounts in excess of $5,000 will be referred to the Solicitor for concurrence.

CHAPTER 13

# PROGRAM ADMINISTRATION

The mission of the BIA is to enhance the quality of life, promote economic opportunity, and carry out the Federal Government's responsibility to protect and improve the trust assets of Indian Tribes and Alaska natives. In carrying out its mission, the BIA must build credibility and trust through the development of strong and competent administrative and management processes, priorities, and structures. To strengthen those processes, the Branch of Irrigation, Power, and Safety of Dams is committed to the development of up-to-date handbooks that describe the policies, procedures that irrigation personnel must follow to carry out the mission of the BIA.

## 13.1 Reporting

### 13.1.1 Annual Project Budgets, Public Notice Proposals of Ratesetting, and Deferred Maintenance

Each year, the Regional Offices shall ensure that project O&M Budgets and associated O&M assessment rate information are prepared and submitted by the regions to the Central Office by July 15 of each year. Receipt of the information by that date will allow the Central Office to assemble Federal Register Notices of Proposed Rate Adjustments by September 1 of the year. Following a 60-day comment period and 30 days for developing comment responses, the final notices of irrigation O&M rates can be published, with responses to comments by December 1 each year. The timing

of the information collection will allow rates to be in place at the outset of each calendar year. Each year, also, the Central Office is responsible for reporting to the Department an Annual Status Report on Deferred Maintenance for each irrigation project within the BIA program. The report is due to the Department by August 31 each year. To provide the Central Office with the information needed each year to complete this report, the Regional Directors shall submit the deferred maintenance report for each irrigation project within their region by August 1st.

To comply with the Government Paper Elimination Act and to facilitate data entry at the field level and data collection at the Central Office level, the Irrigation Program is currently developing a web page that will contain a link to data entry forms that will enable the above information to be collected.

### 13.1.2 IRRIGATION DEBT CANCELLATION

Information required for irrigation debt cancellation shall be submitted to the Branch of Irrigation, Power, and Safety of Dams at the Central Office by the regions on October 15 of each fiscal year, to allow the information to be processed and routed through the Department and on to the Congress by December 1 each fiscal year. Projects should submit cancellation requests to their respective Regional Offices for their review and approval. Upon approval by the Regional Director, regions shall submit cancellation request(s) to the Branch of Irrigation, Power, and Safety of Dams at the Central Office by October 15 of each fiscal year. All cancellation requests should contain sufficient

detail (by debtor and tract) and justification to support the cancellation request.

### 13.1.3 Administrative Writeoff of Irrigation Debt

The regions shall submit information required for administratively writing off irrigation debt to the Branch of Irrigation, Power, and Safety of Dams at the Central Office on September 1 of the fiscal year to allow ample time for routing the information through the Deputy Commissioner and the Assistant Secretary of Indian Affairs by October 1. Projects should submit administrative writeoff requests to their respective Regional Offices for their review and approval. Upon approval by the Regional Director, regions shall submit their administrative writeoff request(s) to the Branch of Irrigation, Power, and Safety of Dams at the Central Office by the date specified above. All administrative writeoff requests should contain sufficient detail (by debtor and tract) and justification to support the writeoff request.

## 13.2 Recordkeeping Requirements/Archives/Records Retention

The BIA depends upon records for virtually all aspects of its mission. In addition, many historical documents, such as Indian treaties and realty documents, support the actions taken by the BIA. In recent years, records management has become a particularly pressing issue because of the litigation over Indian trust fund management. BIA and

the Office of the Special Trustee recently established a combined records management program office – Indian Affairs Records Management – with line authority over records management policy, guidance, training, and evaluation for trust records. Similar attention will be paid to the non-trust records. The trust record improvements offer an opportunity for leveraging non-trust improvements to upgrade BIA records management as well. Until further notice, refer to Records and Files Disposition Handbook 16 BIAM.

## 13.3 Property, Plant, and Equipment

The BIA Irrigation Program currently has no specific guidelines regarding Property, Plant, and Equipment (PP&E). Certain irrigation facilities are currently on BIA's list of PP&E and should continue to be reported/updated as required by the Regional Property Officer.

The BIA Irrigation Program is actively developing software to assist in tracking PP&E, including how it relates to maintenance management. As this process develops, this section will be expanded.

Regulations and administration of the Department of the Interior's property, plant, and equipment are conducted by the Office of Administration. For specific guidelines regarding this topic, refer to this web link: <http://www.doi.gov/bia/oma/omahome.htm>

# 13.4 Deferred Maintenance Reporting

## 13.4.1 INTRODUCTION

This section of the Handbook is divided into topics relating to the deferred maintenance of irrigation facilities. This section of the Handbook provides information on deferred maintenance data collection concerning the need for repair and/or replacement of existing irrigation project and systems components so that the BIA provides adequate and safe facilities. This section of the Handbook provides guidance for receiving the annual Deferred Maintenance Application under the provisions of The Federal Accounting Standards Advisory Board (FASAB No. 6, dated November 30, 1995).

For the first time, as required by FASAB No. 6, the BIA disclosed deferred maintenance as part of its financial statement for fiscal year 1998. As called for by the accounting standard, the disclosure took the form of a spreadsheet.

In the course of auditing the subject footnote, the Office of the Inspector General, U.S. Department of the Interior, concluded, among other things, that deferred maintenance had been under- reported by an indeterminate amount and that BIA should make improvements in its future reporting of deferred maintenance. The purpose of this plan is to set forth: (1) the steps which the BIA plans to take to make the necessary improvements; and (2) the schedule for taking those steps.

## 13.4.2 Obtaining Forms and Assistance

BIA irrigation personnel who report deferred maintenance will be able to access the required forms and report on deferred maintenance via the Internet.

To obtain assistance with the submittal of the forms, contact the Bureau of Indian Affairs, Office of Trust Responsibilities, Division of Natural Resources, Branch of Irrigation, Power, and Safety of Dams, 1849 C Street NW, MS-3061 MIB, Washington DC 20240; telephone (202) 219-0941.

## 13.4.3 Guidance

The law and regulation on the deferred maintenance of property, plant, and equipment is subject to the provisions of the FASAB, which has provided guidance to Federal agencies on how to properly account for unfunded maintenance. The FASAB believes that "deferred maintenance" is a cost that management (at every level) has elected not to fund. However, the FASAB wished to find a way to recognize this unfunded cost (Statement of Federal Financial Accounting Standard [SFFAS] No. 6, Par. 174).

As a consequence, FASAB has issued guidance to Federal Government agencies for reporting deferred maintenance as part of an agency's annual financial statement. This policy is issued to conform to this guidance. This policy applies to all BIA irrigation offices nationwide that possess capitalized personal property and (or) possess stewardship (heritage) PP&E.

## 13.4.4 REFERENCES

Please refer to the following references:

- FASAB Statement of Federal Financial Accounting Standard (SFFAS) Nos. 6 and 8

- FASAB Statement of Recommended Accounting Standards (SRAS) No. 14

## 13.4.5 PROCEDURE ON REPORTING DEFERRED MAINTENANCE

### *13.4.5.1 Responsibilities*

Responsibilities are outlined below:

- The Central Office will establish and maintain a database for tracking deferred maintenance.

- The Central Office will annually call the Regional Offices for reports on deferred maintenance.

- The Irrigation Program at the Central Office will report deferred maintenance to the Division of Accounting Management for inclusion in BIA's Annual Financial Statement.

- The Regional Offices/Projects will conduct annual Condition Assessment Surveys.

- The Regional Offices/Projects will report deferred maintenance in designated BIA format to the Branch of Irrigation, Power and Safety of Dams at the Central Office.

## 13.4.6 REPORTING

BIA's Central Office is in the process of developing a maintenance management system (MAXIMO) that identifies and tracks deferred maintenance, the estimated cost of repairs, and prioritization of the items; records funding; and notes completion of projects. The new system will be used to report BIA irrigation deferred maintenance.

Each fiscal year, the BIA Regional Irrigation Engineer will request each Project Office to conduct a special physical inventory of all capitalized personal property. At that time, they will also be requested to report capitalized personal property items for which maintenance has been deferred. The Central Office will prepare and distribute instructions to each Regional Irrigation Engineer for collection of deferred maintenance data. The designated BIA format for reporting deferred maintenance will be used for this purpose. Project Offices will conduct a Condition Assessment Survey of all capitalized property and make a determination if maintenance is being deferred. For additional information, contact the BIA, Office of Trust Responsibilities, Division of Natural Resources, Branch of Irrigation, Power, and Safety of Dams, 1849 C Street NW, MS-3061 MIB, Washington DC 20240; telephone (202) 219-0941.

## 13.4.7 MEASUREMENT

Amounts disclosed for deferred maintenance will be determined using the "Condition Assessment Survey" method—a periodic inspection of PP&E to determine its current condition and to estimate costs to correct any deficiencies (SSFAS No. 6, Par. 81). Condition

assessment surveys are required only for capitalized equipment with a value greater than $200,000. Amounts will only be disclosed if the amount for the deferred maintenance is $25,000 or more per item. Such surveys may disclose equipment critical to the operation of a program, which, if not maintained or repaired, could severely hamper the performance or completion of significant agency programs.

The condition of an asset is based on an evaluation of the physical condition of the asset, its ability to perform as planned, and its continued usefulness. Evaluating an asset's condition requires knowledge of the asset, its performance capacity, its actual ability to perform, and expectations for its continued performance. The condition of a long-lived asset is affected by its durability, the quality of its design and construction, its use, how adequately it has been maintained, and many other factors, including:

- Accidents (an unforeseen, unplanned, or unexpected event or circumstance)
- Catastrophes (a momentous, tragic event ranging from extreme misfortune to utter ruin)
- Disasters (a sudden calamitous event bringing great damage, loss, or destruction)
- Obsolescence.

(Source: FASAB SRAS No. 16, July 1999)

## 13.4.8 DISCLOSURE

For BIA's financial statements, the Division of Accounting Management, in the required supplementary stewardship information section of the financial statements, discloses deferred maintenance. The section must include the following information for all PP&E (SSFAS No. 6, Par. 83):

- Identification of each major class of asset for which maintenance has been deferred. Footnote 10 of the Consolidated Finance Statements lists the classes of fixed assets
- Method of measuring deferred maintenance for each major class of PP&E, which in the case of BIA personal property will be through a Condition Assessment Survey
- An estimate of the dollar amount of maintenance needed to return the property to its acceptable operating condition.

## 13.4.9 CONDITION ASSESSMENT SURVEY

The "Condition Assessment Survey" method requires the periodic inspection of PP&E to determine their current condition and to estimate the cost to correct deficiencies. The following must be disclosed: (SFFAS No. 6, Par. 83)

- Description of requirements or standards for acceptable operating condition
- Any changes in the condition requirements or standards

- The asset's condition and an estimate of the dollar amount of maintenance; needed to return the asset back to an acceptable operating condition

- The methodology of the Condition Assessment Surveys

- Any maintenance schedules that have been established for the different types of properties. The methods employed for tracking adherence to the schedules

It is recommended that methods and standards for the condition assessment survey be applied consistently from period to period. Any change in methods and standards must be explained and justified. If assistance is needed for completing condition assessment surveys, irrigation project personnel should contact their respective Regional Irrigation Engineers, specialists or Central Office personnel.

## 13.4.10 Frequently Asked Questions About Deferred Maintenance

**Question: Is having deferred maintenance a "bad" thing? Is critical deferred maintenance a "bad" thing?**

Answer: Deferred maintenance, in itself, is not a "bad" thing. No. It is an "in the eye of the beholder" activity, because we all have different values and personal views on how maintenance should be performed. The bottom line is making sure that maintenance is done when it is scheduled, keeping in mind the BIA's responsibility as stewards of federally constructed assets, utilizing manufacturers' recommendations and other documentation for performing maintenance, and being fiscally responsible and accountable to

United States taxpayers. Industry uses deferred maintenance as a planning tool and proactively addresses its maintenance needs into the future.

Deferring critical maintenance is an activity of which we should all be concerned. Since this kind of maintenance has direct impacts to the public and personnel safety, and the delivery of water and power, a very high priority needs to be placed on completing this type of maintenance as soon as possible.

**Question: A failure of a component has occurred. Is the repair considered deferred maintenance (see also, turbine runner example)?**

It depends. Any emergency that results in the failure of a component would not be considered deferred maintenance because it was not scheduled for maintenance. However, if the component was covered under a Preventative Maintenance (PM) program, and the PM work was not completed when it was scheduled or "should have been done," this would be considered deferred maintenance.

**Question: An unexpected maintenance need or item arises. Is this considered deferred maintenance?**

Answer: It depends. If the need or item is considered by management to be important enough to be scheduled ahead of other scheduled maintenance for completion during the year and did not get done, this would be deferred maintenance. Similarly, if the unexpected maintenance is going to be more expensive to fix than normal and the item could not be maintained as scheduled, then the need would be considered deferred maintenance. It must be noted

that any scheduled maintenance items that the unexpected maintenance displaces would also be considered deferred maintenance.

Documentation of deferred maintenance will be required in order to maintain an audit trail, since unscheduled and unanticipated maintenance has a tendency to displace completion of previously scheduled maintenance work.

**Question: Are maintenance items, thought to be completed but, in fact, not discovered until after the reporting period, considered deferred maintenance?**

Answer: Yes. An adjustment would be required and should be submitted to Interior as soon as possible.

**Question: If work was started on a component and not completed, due to any of a variety of reasons, is the unfinished portion considered deferred maintenance?**

Answer: Yes.

**Question: Is the purchase of equipment considered deferred maintenance if it is not bought during the year it was budgeted?**

Answer: It depends. According to the Office of the Inspector General, equipment is not considered deferred maintenance under the FASAB No. 6 definition. However, Interior believes that equipment used directly for maintenance purposes is no different from a maintenance item that should have been performed or was scheduled

to be performed but was not. In many of BIA's O&M activities, the use of light and heavy equipment is an essential part of maintaining constructed assets such as buildings, water and power facilities, structures, and canals. If the equipment is not purchased when scheduled, the work that does not get completed may also be deferred. This may have direct impacts to public and personnel safety.

**Question: Can management make a determination to report a maintenance item not previously budgeted or scheduled for completion as deferred maintenance and reportable under the standard?**

Answer: Yes. Since management has the discretion to defer maintenance, management also has the discretion to declare deferred maintenance of an item, even though the item was not budgeted or scheduled.

**Question: Should deferred maintenance of security equipment or systems be included in deferred maintenance reporting?**

Answer: Yes.

**Question: What costs are included when estimating deferred maintenance?**

Answer: All costs associated with completing a specific maintenance line item, whether it is completed by force account or by contract. This will include all direct and indirect costs attributable to that specific maintenance line item and budgeted for accordingly. If the

costs cannot be separated, a reasonable estimate should be made, based on good business practices. If the original cost estimate has changed and the item becomes deferred maintenance, report the adjustment to Interior as soon as possible.

**Question: What are some of the reasons why maintenance is deferred?**

Answer: There are many reasons why maintenance is deferred. The following list is by no means a complete list. Maintenance gets deferred because of:

- Manager discretion
- Climate/weather
- High/low water
- Unforeseen events
- Environmental conditions (downstream water requirements)
- Lack of parts, supplies, personnel, and equipment
- Insufficient funding
- Other maintenance priorities

**Question: After all of these years, why do we have to start reporting and documenting deferred maintenance?**

Answer: The Nation's public buildings—government administration buildings, health care facilities, schools, correctional facilities, and a variety of other elements of public infrastructure—are assets acquired through the investment of tax dollars over the years and are critical to the Nation's high quality of life and productive environment. Public officials, the stewards of these assets, must bear responsibility

for their effective maintenance. Widespread underfunding of maintenance of public facilities, caused by many factors, can affect public health and safety, reduce productivity of public employees, and cause long-term financial losses when buildings must be prematurely renewed or replaced.

SFFAS No. 6, Accounting for Property, Plant, and Equipment, recently recommended by the FASAB and approved by the General Accounting Office, Office of Management and Budget, and Treasury, specifically addresses the need for better information on maintenance by requiring the disclosure of deferred maintenance in agency financial statements beginning for fiscal years after September 30, 1997 (effective in the September 30, 1998, financial statements). FASAB addressed the issue of deferred maintenance, in part, because of concerns raised by many groups about the deteriorating condition of Government-owned PP&E. Further, FASAB believes that deferred maintenance represents a cost and that adequate information on these costs is important to users of financial statements.

Since the processes for reporting and documenting deferred maintenance are intended to improve the overall management of BIA's maintenance programs, irrespective of the requirements of the accounting standard, BIA supports the above activities.

## 13.4.11 DEFERRED MAINTENANCE PROGRAM FILING DEADLINES

Guidance concerning the process for documenting and reporting deferred maintenance items will be issued by the Central Office to the Regional Irrigation Engineers until MAXIMO is fully operational.

As needed, workshops to train appropriate personnel in the consistent application of deferred maintenance reporting requirements and the definitions under the accounting standard will be in place. The BIA Regional Office must submit a completed BIA Irrigation Deferred Maintenance Reporting by August 15 of each year.

### 13.4.12 INELIGIBLE DEFERRED MAINTENANCE ITEMS

Ineligible deferred maintenance items include the following:

- Ongoing preventative maintenance
- Installation of new items that did not previously exist

## 13.5 Project Management Tools

### 13.5.1 MAINTENANCE MANAGEMENT SYSTEM

An automated maintenance management system (MMS) offers many advantages in the O&M of BIA irrigation projects. Implementation of a MMS will enable irrigation project managers to collect and maintain detailed, comprehensive inventory and condition assessment data on important project assets; make the most effective use of available fiscal and staff resources; and more efficiently plan, budget, and conduct maintenance operations at the projects. All Interior agencies are involved in implementing facilities management software systems and, all major commercial MMS software has been evaluated. As a result, Interior has selected MAXIMO™ as the core facilities management enterprise software system for Interior. In addition, the

BIA is required by Interior to implement a facilities management system at its irrigation projects. To meet these departmental requirements and provide the best facilities management system for its projects, the BIA is providing the irrigation projects with access to the MAXIMO™ system and the training required to use this system to improve the O&M functions at the projects.

## 13.5.2 GEOGRAPHIC INFORMATION SYSTEM DESKTOP MANAGEMENT AND REPORTING

In addition to, and in conjunction with, the facilities maintenance management system available to the irrigation projects, BIA's Geographic Data Service Center is implementing a BIA-wide program to produce digital maps of every irrigation project, including an inventory and condition assessment of the project infrastructure. This GIS database of project information will be available to every Project Office through desktop, web-based applications that will support a wide range of project management tools and reporting capabilities. These applications will be developed in conjunction with project personnel and be designed to improve the operations of the projects by harnessing the combined power of the Internet and available management tools to increase efficiencies in the areas of planning, budgeting, maintenance, and reporting. The overall goal of this program is to provide the projects with state-of-the-art management and operations assistance needed to improve the physical and fiscal conditions of the projects, so they can better serve the landowners and water users on the projects.

# 13.6 Program Reviews – Program, Regions, and Projects

## 13.6.1 IRRIGATION PROGRAM REVIEWS

Good management, efficient operations, and well-executed maintenance of irrigation and drainage systems are essential to the success and sustainability of irrigated agriculture. They result in better performance, better yields from crops, and sustained production. While it is clear that adequate funding is a prerequisite to efficient O&M of irrigations systems, it is incumbent upon BIA irrigation program and project personnel to work within the funding available to alleviate those O&M deficiencies that are not attributed to inadequate funding. To re-establish a national program and promote excellence in the management of irrigation O&M, the Central Office will implement a methodical program of routine field reviews of irrigation project operations to identify potential problem areas and to assist the projects in providing a high level of service to the water users of BIA irrigation projects.

These reviews will be conducted periodically by rotating teams of professional personnel who are knowledgeable on program goals and procedures. Steps in the program review process are as follows:

- Inform the Regional Director and Superintendent (by formal memorandum) of the scheduling of the review of the irrigation project(s) under their purview.

- Request information from the Regional Irrigation Program Engineer including information from prior reviews.

- Evaluate the collected information.
- Develop the review work plan, based on discussions with Regional, Agency, and Project Offices.
- Review project files and records; interview people at Regional, Agency, and Project Offices.
- Review team meets to discuss findings and develop recommendations.
- Review team presents findings to the Regional Director or the designated official.
- A final report, issued from the Deputy Commissioner of Indian Affairs, describing the findings, recommendations, and the corrective actions to be taken is submitted to the Regional Director.
- The Regional Office responds to the final review report with a corrective action plan that indicates the parties responsible for implementing the corrective actions.
- A followup review is scheduled to ensure implementation of the corrective actions.

## 13.7 Construction-in-Progress (CIP)

In general, BIA owned and managed construction project/activities which meet a set capitalization criteria must be recorded in the FFS - CIP account (General Ledger 1720). All projects require a PCAS number, regardless of cost. This applies only to construction funds expended by the projects.

Irrigation O&M activities do not fall into this category, and no CIP reporting is required for any O&M expenditures.

A CIP handbook, developed by the Division of Accounting Management, is available in each Region. The CIP handbook outlines reporting guidelines and procedures. If CIP reporting is required for construction activities, the Regional Irrigation Engineer will typically conduct these activities. It is critical for Agency personnel to assist the Regional Irrigation Engineer with construction monitoring and expenditure tracking. CIP reporting is required for construction activities, whether the construction activities are conducted by the BIA or Tribes through P.L. 93-638, P.L. 10-297, and Self Governance Compacts.

CHAPTER 14

# GLOSSARY

**Administrative costs**

All costs BIA incurs to administer BIA's irrigation facilities at the local level. Local level does not normally include the Agency, Region, or Central Office costs, unless the BIA states otherwise in writing.

**Arable land**

Land having soil characteristics suitable for sustainable agriculture, whether irrigated or not. Arable soil includes characteristics such as adequate topography, rooting depth, water-holding capacity, and drainage for crop production.

**Assessable acres**

Lands designated by the BIA to be served by one of our irrigation facilities and to which the BIA provides irrigation service and recover costs. (See **total assessable acres**)

**Beneficial use**

Your consumption of water supports authorized uses.

**BIA**

The Bureau of Indian Affairs

**Bill**

The BIA statement to the water users of the assessment charges and/or fees owed the United States for administration, operation, maintenance, rehabilitation, and/or construction.

**Billing date**

The date the BIA mail the bill.

| | |
|---|---|
| **Capitalization** | Recognizing, and accounting for, as an asset, the costs for constructing or rehabilitating irrigation facility features, equipment, and appurtenant works installed at BIA irrigation facilities. |
| **Carriage agreement** | A legally binding contract the BIA enters into to: (1) convey third-party water through BIA irrigation facilities, or (2) to convey the water through third-party facilities. |
| **Construction assessment** | The periodic charge the BIA assesses to repay the reimbursable funds used to construct the irrigation facilities serving the farm unit. |
| **Costs** | The costs incurred for administration, operation, maintenance, and rehabilitation to provide direct support or benefit to an irrigation facility. |
| **Customer** | Any person or entity to which the BIA provides irrigation service. |
| **Ditch** | See **farm ditch** or **service ditch**. |
| **Due date** | The date on which a bill is due and payable. This date will be stated on the bill. |
| **Excess water** | Water that the BIA has determined is available for distribution and delivery to the customers over and above a quota, or base level, defined by laws, regulations, treaty, compact, judicial decree, the river regulatory plan, or other authority. |

| | |
|---|---|
| **Facility** | See **irrigation facility.** |
| **Farm ditch** | A ditch or canal which the water user owns, operates, maintains, and rehabilitates. |
| **Farm unit** | The smallest parcel of land for which the BIA will establish a delivery point. The size of farm units at the irrigation facilities is defined in the authorizing legislation for each irrigation facility, or in the absence of such legislation, the BIA will define the farm unit size. |
| **Incentive lease** | A lease on lands served by the irrigation facilities that is a negotiated, written agreement between a landowner or lessee, and the BIA that specifically identifies the terms, conditions, and improvements that must be performed by the landowner, lessee, or BIA during the lease period. |
| **Irrigable lands** | Lands that have arable soils and are suitable for sustainable agriculture, using irrigation as the major water source for crop production, whether economically feasible or not. |
| **Irrigation bill** | See **Bill.** |
| **Irrigation district** | See **Irrigator organization.** |
| **Irrigation facility** | The facility, or portions thereof, that the BIA owns, including all appurtenant works, for the delivery, diversion, and storage of irrigation water to provide irrigation service to customers for which the BIA assesses periodic charges to recover costs to |

| | |
|---|---|
| | administer, operate, maintain, and rehabilitate. These facilities may be referred to as projects, systems, or irrigation areas. |
| **Irrigation service** | The full range of services the BIA provides to customers of irrigation facilities including, but not limited to, water delivery. This includes the activities to administer, operate, maintain, and rehabilitate the facilities. |
| **Irrigation water or water** | Water delivered from BIA facilities for the general purpose of irrigation and for other purposes agreed upon in writing. |
| **Irrigator** | See **Customer**. |
| **Irrigator ledger** | The BIA's record of the local account. |
| **Landowner** | A person or entity that owns fee, Tribal trust, and/or individual allotted trust lands that BIA provides irrigation service to or that the irrigation facilities affect. |
| **Lessee** | Any person or entity that holds a lease on lands that are provided irrigation service. |
| **Maintenance costs** | All costs incurred to maintain and repair BIA's irrigation facilities (and equipment of irrigation facilities) and is a cost factor included in calculating the O&M assessment. |
| **Must** | An imperative or mandatory act or requirement. |

| | |
|---|---|
| **Obstruction** | Anything permanent or temporary that blocks, hinders, impedes, stops up, or cuts off the facilities or the ability to perform the services determined necessary to provide service to the customers. |
| **Operation and maintenance (O&M) assessment** | The periodic charge that must be paid to reimburse the BIA's costs. |
| **Operation or operating costs** | Costs incurred to operate the irrigation facilities and equipment and is a cost factor included in calculating the O&M assessment. |
| **Organization** | See **Representative organization.** |
| **Past due bill** | A bill that has not been paid within 30 days of the due date, as stated on the bill. Beginning on the 31st day after the due date, the BIA begins assessing additional charges. |
| **PNA** | Permanently non-assessable. |
| **Practicably irrigable acres** | The amount of irrigable land that is economically feasible to irrigate on a reservation; in water rights quantification procedures, the practically irrigable acres standard is used to determine the quantity of water a reservation may be entitled to for agricultural purposes. |
| **Quota** | See **Excess water.** |

| | |
|---|---|
| **Rehabilitation costs** | Costs the BIA incurs to restore the irrigation facilities or features to original operating condition, or to the nearest state which can be achieved using current technology, and is a cost factor included in calculating the O&M assessment. |
| **Representative organization or organization** | A legally established organization, representing water user interests, that confers with the BIA on how the BIA provides irrigation service at a particular irrigation facility. |
| **Service(s)** | See **Irrigation service**. |
| **Service ditch** | A ditch or canal that the BIA owns, administers, operates, maintains, and rehabilitates and that is used to provide irrigation service to the farm unit. |
| **Severance agreement** | An agreement between the BIA and a landowner to provide the BIA access across the landowner's property for maintenance, operation, construction, or extension of the irrigation facility. |
| **TNA** | Temporarily non-assessable. |
| **Total assessable acres** | The total acres served by one of the irrigation facilities. (See **assessable acres**) |
| **Total O&M cost** | The total of all the allowable and allocatable costs the BIA incurs for administering, operating, maintaining, and rehabilitating the BIA irrigation facilities serving the farm unit. |

| | |
|---|---|
| **Urgency** | A situation that the BIA has determined may adversely impact the irrigation facilities, operation, or other irrigation activity and may affect public safety or damage property and/or equipment. |
| **Waste water** | Water from any source drained back into the irrigation facilities. |
| **Water** | See **Irrigation water**. |
| **Water delivery** | An activity that is part of the irrigation service the BIA provides to the customers when water is available. |
| **Water user** | See **customer**. |

PERMIT NUMBER: *CRIP02- 19R-01*

DATE ISSUED: ____________

# COLORADO RIVER AGENCY
# COLORADO RIVER IRRIGATION PROJECT

## ENCROACHMENT PERMIT WITHIN RIGHTS OF WAYS OF IRRIGATION FACILITIES

ISSUED TO: ______________________________ DATE REQUESTED: ____________

(Applicant, Print Name)

ADDRESS OF APPLICANT: ______________________________

______________________________

______________________________

SITE LOCATION: ______________________________

(Lateral/Gate/Road/etc.)

PURPOSE FOR PERMIT: ______________________________

(Project Name/Description) ______________________________

______________________________

______________________________

APPLICANT HEREBY AGREES TO THE FOLLOWING CONDITIONS:

1. This Encroachment Permit allows the permittee the rights to construct, repair, replace and maintain his permitted facility. It is understood that the premises crossed by this permit is an irrigation facility and permittee agrees not to interfere with the flow of the water either in the construction, use, or maintaining of its facilities.
2. This Permit is granted on the condition that the repair and maintenance of the structure shall be the duty of the permittee or his successors without cost to the irrigation project.
3. In the event that the structure is not regularly used for a period of one year or is not properly maintained, the Officer-in-Charge may notify the person responsible for the structure's maintenance either to remove it or to correct any unsafe conditions within a period of 90 days.
4. If the structure is not removed or the unsafe condition corrected within the time allowed, it may be removed by the Officer-in-Charge, the cost of such removal to be paid by the party responsible for the maintenance of the structure.

5. To notify the Agency Superintendent or his designated representative prior to starting any work within the Bureau Right-of-Way covered by this permit.
6. Applicant will be responsible for any damage to other installations already in place. (Call utilities before digging)
7. Applicant will indemnify and hold harmless the Bureau of Indian Affairs from responsibility, damage, or liability arising from the exercise of the privileges granted here.
8. Will meet all legal requirements of the National Environmental Policy Act (NEPA), including the National Historic Preservation Act (NHPA) and the Endangered Species Act (ESA).
9. Will meet all legal requirements for warning signs, traffic control, and public safety.
10. Applicant shall **NOT** exceed or modify the scope of this project without approval from the CRIP.

IT IS FURTHER AGREED:

➡ Backfill will be of a compact material and will be compacted in six (6) inch layers with acceptable compacting equipment to a density that will prevent future settlement. The top one (1) foot of the backfill shall be, at a minimum, gravel of good clean pit run grade.

➡ Applicant shall be responsible for their excavations, placement of lines, poles, pipes, etc., within the right-of-way.

➡ Work shall be inspected by CRIP personnel as required.

➡ Removal of the permitted facility will require the approval of the CRIP. Upon removal of the facility, this permit shall become invalid.

➡ **This permit is revocable on the part of the Colorado River Irrigation Project at any time.**

This application is approved with the above directions, requirements and specifications. **WITH THE ACCEPTANCE OF THIS PERMIT, THE PERMITTEE AGREES TO ALL THE CONDITIONS AS DESCRIBED HEREIN. NO WORK WILL BE ALLOWED TO TAKE PLACE INSIDE THE RIGHT-OF-WAY WITHOUT A VALID PERMIT ON SITE.**

A permit and license is hereby issued to the foregoing permittee for the purpose contained in the application and upon the express condition that all agreements and covenants herein contained are faithfully performed, and said work to be performed in accordance with good engineering practices.

**Construction is authorized only for the period indicated below.**

**Construction Start:** ____________________ **Construction Completed By:** ____________________

**NOTHING CONTAINED IN THIS AGREEMENT SHALL RELIEVE THE APPLICANT OF RESPONSIBILITY FOR THE WORK PERFORMED UNDER THIS PERMIT.**

**APPLICANT:** ________________________________________ **DATE:** ____________________

(Signature)

**APPROVED:** ________________________________________ **DATE:** ____________________

(Superintendent)

C:\myfiles\BIA\report-new.wpd / **Form Created 01/10/2002**

# TYPICAL IRRIGATION PROGRAM PLANNING ACTIVITIES

Below are examples of planning activities that are conducted for typical BIA irrigation projects. Your project may have different times and activities.

**October-December**

- Perform land records review with the Branch of Realty to determine landownership changes.
- Determine the acreage of presently assessable (PA) lands within the irrigation project or unit. Review idle lands and investigate ways to bring idle lands under new lease.

**January-February**

- Finalize any land re-designation.
- Verify that all leases are current and that all old leases have been deleted from the records.
- Verify all non-leases that are on file.
- Review all pumping agreements for renewal or retirement.
- Meet with water users to discuss O&M expenditures from last year, current water supply, O&M rates, planned O&M activities for upcoming season, personnel planning considerations and other pertinent issues.
- Prepare and distribute O&M billings.

**March-April**

- Identify lease tracts and update records as required.
- Document retired accounts and submit to Realty and Finance for cancellation.

**May-July**

- Receive and post O&M payments. Make any corrections that are needed and/or identified.
- Notify Ditch Riders to release water on paid irrigation tracts.

- Demand letters for delinquent O&M debts are prepared and mailed 30 days after billing due date. Interest and administrative charges are calculated and added to the bill.

- Request new rates to be published in the Federal Register if needed.

**August-September**

- Review expiring leases for unpaid O&M charges. Notify Realty if any exist.

- Review unpaid bill file and identify unpaid leases. Notify Realty or prepare lien.

- Estimate O&M costs for the upcoming irrigation season and calculate new potential assessment rates. Consider rate increase for next Federal Register notice.

○ Review unassigned construction charges and determine assessibility.

○ Prepare and distribute construction assessments.

STANDARD FORM 1081
Revised September 1982
Department of the Treasury
1 TFRM 2-2500

# VOUCHER AND SCHEDULE OF WITHDRAWALS AND CREDITS

| Transaction Date |
|---|
| Document No. |

CHARGE AND CREDIT WILL BE REPORTED ON CUSTOMER AGENCY STATEMENT OF TRANSACTIONS FOR ACCOUNTING PERIOD ENDING ______________

| CUSTOMER AGENCY | | BILLING AGENCY | |
|---|---|---|---|
| Agency Location Code (ALC) | Customer Agency Voucher No. | Agency Location Code (ALC) | Billing Agency Voucher No. |
| DEPARTMENT<br>BUREAU<br>ADDRESS | | DEPARTMENT<br>BUREAU<br>ADDRESS | |

| SUMMARY | | SUMMARY | |
|---|---|---|---|
| APPROPRIATION, FUND, OR RECEIPT SYMBOL | AMOUNT | APPROPRIATION, FUND, OR RECEIPT SYMBOL | AMOUNT |
| | | | |
| (MUST AGREE WITH BILLING AGENCY TOTAL) TOTAL | | (MUST AGREE WITH BILLING AGENCY TOTAL) TOTAL | |

Details of charges or reference to attached supporting documents

BILLING AGENCY CONTACT:
PREPARED BY ______________
APPROVED BY ______________
TELEPHONE NO. ______________

## CERTIFICATION OF CUSTOMER OFFICE

I certify that the items listed herein are correct and proper for payment from and to the appropriation(s) designated.

______________ *(Date)*

______________ *(Authorized administrative or certifying officer)*

______________ *(Telephone No.)*

NSN 7540-00-634-4234
PREVIOUS EDITION NOT USABLE

# PAYMENT PLAN

____________________ *IRRIGATION PROJECT*

I, ______________________________, am financially unable to pay the ___*year*___ O&M assessment in the amount of $__________________. Written proof that I am currently financially unable to pay is attached (25 CFR 171.17). I agree to pay my annual irrigation O&M assessments either by:

___ 1. One lump sum payment on or before ___*date*___ of the current year, **which will include an administrative fee and interest on the remaining balance from the original due date (31 CFR 901.9)**, or

___ 2. Periodic payments of $_______per______ until the total amount is paid in full on or before ___*date*___ of the current year, **which will include an administrative fee and interest on the unpaid balance from the original due date (31 CFR 901,9).**

Any remaining balance may be paid in full at any time before the due date of the current year.

I understand that this payment plan does not extend to land(s) I currently lease or will lease in the future. (25 CFR 171.17).

***In case of default (payment not received by ________ date ______) of this payment plan, I understand that my account will be immediately forwarded to the United States Department of Treasury for collection action per the Debt Collection Improvement Act of 1996 (P.L. 104-134). In case this payment plan is placed in the hands of an attorney for collection, the undersigned agrees to pay reasonable attorney's fees and all other costs and expenses incurred. It is understood and agreed that this debt remains a first lien against lands subject to all legal rights, including foreclosure, upon default. Additionally, I understand that default of this payment plan automatically disqualifies me from any future payment plans. I also understand that water will not be delivered to any land(s) that I own until all past due charges are paid in full (25 CFR 171.17).***

Legal description of the assessable acres I own included in this payment plan:

____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________
____________________________________________________________

I certify that I am financially unable to pay my O&M assessment at this time because (attach additional documentation):

| | | |
|---|---|---|
| Name (Signature) | ID Number | Date |

Social Security or TIN Number

Address (incl. City, State, Zip)

Witness ____________________ Irrigation Project Manager ____________

Date Recommendation Yes No ___

---

To the ____________ Irrigation Project Manager:

**This payment plan authorizes the release of irrigation water without advance payment of Operation and Maintenance (O&M) assessment.**

I have reviewed this payment plan and certify that the information provided herein is true and accurate. In accordance with this agreement, you are authorized to deliver irrigation water to the described lands.

Approved _____ Disapproved

Superintendent ____________________

Agency ____________________ Date ____________

## ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| Advisory Council | Advisory Council on Historic Preservation |
| BIA | Bureau of Indian Affairs |
| BIAM | Bureau of Indian Affairs Manual |
| CIP | Construction-In-Progress |
| CFR | Code of Federal Regulations |
| CWA | Clean Water Act |
| EPA | Environmental Protection Agency |
| ESA | Endangered Species Act |
| FASAB | Federal Accounting Standards Advisory Board |
| FFS | Federal Financial Standards |
| FPP | Financial Program Plan |
| GDSC | Geographic Data Service Center |
| GIS | Geographic Information System |
| GSA | General Services Administration |
| Handbook | Bureau of Indian Affairs National Irrigation Handbook |
| IAM | Indian Affairs Manual |
| Interior | U.S. Department of the Interior |
| IRMS | Integrated Record Maintenance System |
| IRS | Internal Revenue Service |
| MMS | Minerals Management Service |
| NBC | National Business Center |
| NEPA | National Environmental Policy Act |
| NHPA | National Historic Protection Act |
| NIIMS | National Irrigation Information Management System |
| O&M | Operation and Maintenance |
| OTR | Office of Trust Responsibilities |
| PA | Presently Assessable |
| P.L. | Public Law |
| PNA | Presently Non-Assessable |

| | |
|---|---|
| P&E | Property, Plant, and Equipment |
| RCRA | Resource Conservation and Recovery Act |
| Reclamation | Bureau of Reclamation |
| Secretary | Secretary of the Interior |
| SFFAS | Statement of Federal Financial Accounting Standard |
| SRAS | Statement of Recommended Accounting Standards |
| TIN | Taxpayer Identification Number |
| Treasury | United States Treasury Department |
| U.S.C. | United States Code |

# COMMENTS RECEIVED ON EXPOSURE DRAFT OF PART 50
## Irrigation and Power

(Note: The exposure draft contained a number of editorial and format errors as well as several grammatical inconsistencies which have been corrected. Comments identifying typographical errors are gratefully acknowledged, but not listed here. A number of minor changes were also made to conform with the existing 25CFR171, with the recognition that revisions will be required when the proposed rule is promulgated as final.)

| Comment | Response |
| --- | --- |
| **Chapter 1: Irrigation** | |
| **1.2 Policy.** | |
| A. A clarification was requested to avoid any inference that every land owner is entitled to have water delivered to their land. | The statement was revised to read: "Deliver irrigation water to those authorized to be served by Indian irrigation projects;" |
| C. The term "operate" should be included in this statement. | The statement was revised to read, "Construct, operate, and maintain irrigation projects in accordance with applicable technical and safety standards;" |
| H. Provide technical assistance to the water user community.<br><br>A question was raised about whether it is a policy to provide assistance to everyone who might be considered a member of the water user community, and also whether this is an appropriate statement of policy. | This statement was omitted since technical assistance is included as a responsibility of several positions. |
| **1.3 Authority.** | |
| A. **Statutes.** It was suggested that it is unnecessary to separately cite the three sections in item (2) since all of 25 U.S.C. Chapter 11 applies to irrigation. | The three separate citations in (a), (b), and (c) were deleted. |
| **1.5 Responsibilities.** | |
| A. **Assistant Secretary - Indian Affairs.** It was pointed out that the Assistant Secretary must approve Public Notices of Rate setting. | A responsibility was added for the Assistant Secretary. [A similar change was made in Chapter 2 Electric Power Projects.] |

| | |
|---|---|
| A question was raised concerning concurrence on, and final approval of, land redesignation proposals. | The responsibility to concur on redesignation proposals was added to Area Directors and the Director, Office of Trust Responsibilities, and the responsibility for the Assistant Secretary was clarified to indicate that final approval rests with Congress. |
| **C. Director, Office of Trust Responsibilities.** Items (2), (3), (4) and (5) were identified as responsibilities actually carried out by the Chief, Water and Land Resources. | A section was added for these responsibilities for the Chief, Division of Water and Land Resources. [The same section was added in Chapter 2 Electric Power Projects.] |
| **D. Chief, Irrigation and Power Liaison and Compliance Section.** A request was made to include two additional responsibilities in this section. | Items (5) and (6) were added as suggested. [These changes were also made in Chapter 2 Electric Power Projects.] |
| Subsequent to the exposure draft, the responsibility for issuing irrigation bills has been centralized in the Irrigation and Power Liaison and Compliance Section. | An additional responsibility was added for the Chief, Irrigation and Power Liaison and Compliance Section. |
| **E. Area Directors.** A clarification was requested on using the term "Fix" annual operation and maintenance assessment rates;" | The statement was revised to read "Recommend" annual operation and maintenance assessment rates;". |
| **G. Officers-in Charge.** A request was made to add two responsibilities to this section. | Items (17) and (18) were added as suggested. |
| **1.6 Project Lands.** | |
| **B. Redesignation of Project Lands.** (1) Temporary Redesignation. It was requested that some additional factors be added that are considered in the redesignation process. | The wording was changed to read, "Under the land redesignation process, land may be temporarily withdrawn from inclusion in a project based on soil or drainage conditions, topography, land preparation requirements, or other engineering considerations such as the inability of the project to adequately deliver water." |
| **Chapter 2. Electric Power Projects** | |
| It was noted that these facilities are referred to as electric power utilities in the regulations. | All references to "electric power projects" were replaced by "electric power utilities." |