The Notice proposing this increase to the cost of electric power customers of MVP was published on November 16, 1994, 59 FR 59245. The affected public and interested parties were provided the opportunity to submit written comments during the 30-day period subsequent to November 16th.

Dated: January 12, 1995.

**Ada E. Deer,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 95–1586 Filed 1–20–95; 8:45 am]

BILLING CODE 4310–02–P

## San Carlos Indian Irrigation Project (Joint Works) O&M Assessment Rates, Arizona

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of rate change.

**SUMMARY:** The Bureau of Indian Affairs is decreasing the San Carlos Indian Irrigation Project (Joint Works) Operation and Maintenance assessment rate to $30.00 per assessable acre for the 1995 irrigation season and subsequent seasons. This is a decrease of $5.00 from the current rate of $35.00 per assessable acre.

**DATES:** This rate is effective January 23, 1995.

**FOR FURTHER INFORMATION CONTACT:** Project Manager, San Carlos Indian Irrigation Project (Joint Works), P.O. Box 250, Coolidge, Arizona 85228. Telephone: (602) 723 5439.

**SUPPLEMENTARY INFORMATION:** The authority to issue this document is vested in the Secretary of Interior by 5 U.S.C. 301 and the Act of August 14, 1914 (38 Stat. 583, 25 U.S.C. 385), and has been delegated to the Assistant Secretary—Indian Affairs pursuant to Part 209 Departmental Manual Chapter 8.1 A and Memorandum, from Chief of Staff, Department of the Interior, to Assistant Secretaries, Heads of Bureau and Offices, dated January 25, 1994. The assessment rate is based on an estimate of the cost of normal operation and maintenance of the irrigation project divided by the project acreage. Normal operation and maintenance is defined as the cost of all activities involved in delivering irrigation water, including, but not limited to, labor, materials, equipment and services for irrigation canals, dams, flow control gates, pumps and other facilities.

The effective date of the annual assessment rate adjustment is October 1, 1994. The basic assessment rate was set at $35 for Fiscal Year 1994. This rate was set with the understanding that the BIA was implementing Public Law 102–231, which called for divestiture of the power division at San Carlos Indian Irrigation Project. That divestiture effort has been terminated and the costs associated with it have been removed from the assessment rate calculations. Pursuant to the Act of June 7, 1924 (43 Stat. 476), and supplementary acts, the Repayment Contract of June 8, 1931, as amended, between the United States and San Carlos Irrigation and Drainage District, and in accordance with applicable provisions of the Order of the Secretary of the Interior of June 15, 1938, the basic assessment rate for the operation and maintenance of the Joint Works of the San Carlos Irrigation Project for Fiscal Year 1995 is hereby fixed at $30 for each assessable acre of land. The assessment is due and payable on or before the 15th of May prior to the fiscal year the assessment is for, as provided in the Act of June 7, 1924 (43 Stat. 475–476), as implemented by the Repayment Contract between the United States and the San Carlos Irrigation and Drainage District (as supplemented on November 12, 1935 and May 29, 1947), and the Secretarial Order defining the Joint, District and Indian Works of the San Carlos Federal Irrigation Project, turning over Operation and Maintenance of District Works to the San Carlos Irrigation and Drainage District.

The Notice Proposing this decrease in the Operation and Maintenance Assessment Rate for the San Carlos Indian Irrigation Project (Joint Works) was published on November 16, 1994, 59 FR 59245. The affected public and interested parties were provided the opportunity to submit written comments during the 30-day period subsequent to November 16th.

Dated: January 12, 1995.

**Ada E. Deer,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 95–1587 Filed 1–20–95; 8:45 am]

BILLING CODE 4310–02–P

## Colorado River Indian Irrigation Project

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of rate change.

**SUMMARY:** The Bureau of Indian Affairs is increasing the Colorado River Indian Irrigation Project's operation and maintenance (O&M) assessment rate per assessable acre for the first 5 acre feet of water to $30.00 in 1995, $31.50 in 1996, $33.00 in 1997, $34.50 in 1998, and $36.00 in 1999 and thereafter until further notice. The $3.00 increase to the current rate of $27.00 per acre in 1995 and the $1.50 increase per acre per year for the next four years 1996 through 1999 will offset cost increases for personnel, supplies, materials and services, and other normal O&M expenses. The charge per acre foot of water in excess of this annual apportionment will be $11.00 per acre foot in 1995, $12.50 per acre foot in 1996, $14.00 per acre foot in 1997, $15.50 per acre foot in 1998, and $17.00 per acre foot in 1999 and thereafter, until further notice. The $3.00 increase to the current rate of $8.00 per acre foot in 1995 and the $1.50 increase per acre foot per year for the next four years 1996 through 1999 will offset cost increases for personnel, supplies, materials and services, and other normal O&M expenses.

The energy costs for pumped water will not be paid by the project but will be billed directly to those receiving pumped water by the electric utility.

**DATES:** These rates shall become effective on January 1st for the year indicated and remain in effect until modified.

**FOR FURTHER INFORMATION CONTACT:** Area Director, Phoenix Area Office, Bureau of Indian Affairs, One North First Street, Phoenix, Arizona 85001. Telephone number: (602) 379–6600.

**SUPPLEMENTARY INFORMATION:** The authority to issue this document is vested in the Secretary of Interior by 5 U.S.C. 301 and the Act of August 14, 1914 (38 Stat. 583, 25 U.S.C. 385) and has been delegated to the Assistant Secretary—Indian Affairs pursuant to Part 209 Departmental Manual Chapter 8.1 A and Memorandum, dated January 25, 1994, from the Chief of Staff, Department of the Interior, to Assistant Secretaries and Heads of Bureau and Offices. The assessment is based on an estimate of the cost of normal operation and maintenance of the irrigation Project. Normal operation and maintenance is defined as the cost of all activities involved in delivering irrigation water, including, but not limited to, the actual costs for labor, materials, equipment, services, energy, equipment replacement and reserves to cover emergency expenses.

The Colorado River Indian Tribes (CRIT) and water users were notified of the proposed changes in the operation and maintenance assessment and excess water rates by letter to CRIT dated March 25, 1994, at the March 16, 1994, CRIT Irrigation Committee Meeting, and at the Pink Boll Worm and White Fly Eradication Committee Meeting for Parker Valley growers on March 22, 1994.

The current operation and maintenance assessment rate of $27.00