| Fiscal Year | Fiscal Year Begins | Final Notice of Assessment Due Under Repayment Contract & Arizona Law | Payment Originally Due Under Repayment Contract & First Supplement | Final Notice Published by BIA | Months Late | First Opportunity for District to Include Assessment Rate in Annual Property Tax Notice | Assessments Collected from Landowners and Due to District for Payment to Project |
|---|---|---|---|---|---|---|---|
| 1998 | 10/1/97 | 7/1/96 | 5/15/97 | 3/16/98 | 20 | 7/1/98 | 5/15/99 |
| 1999 | 10/1/98 | 7/1/97 | 5/15/98 | 5/7/99 | 22 | 7/1/99 | 5/15/00 |
| 2000 | 10/1/99 | 7/1/98 | 5/15/99 | 5/7/99* | 10 | 7/1/99 | 5/15/00 |
| 2001 | 10/1/00 | 7/1/99 | 5/15/00 | 5/7/99* | - | 7/1/99 | 5/15/00 |
| 2002 | 10/1/01 | 7/1/00 | 5/15/01 | 10/15/02 | 27 | 7/1/03 | 5/15/04 |
| 2003 | 10/1/02 | 7/1/01 | 5/15/02 | 12/5/03 | 30 | 7/1/04 | 5/15/05 |
| 2004 | 10/1/03 | 7/1/02 | 5/15/03 | 4/30/04 | 22 | 7/1/04 | 5/15/05 |
| 2005 | 10/1/04 | 7/1/03 | 5/15/04 | 4/30/04 | 10 | 7/1/04 | 5/15/05 |
| 2006 | 10/1/05 | 7/1/04 | 5/15/05 | 8/8/05 | 13 | 7/1/05 | 5/15/06 |
| 2007 | 10/1/06 | 7/1/05 | 5/15/06 | 4/5/06 | 9 | 7/1/06 | 5/15/07 |

* The rate notice for FY 1999 indicated that the FY 1999 rate would carry forward into future years until further notice.

*C:\Documents and Settings\mbecker\Local Settings\Temporary Internet Files\OLKE\OM Charge Notice and Payment Chart FY1998-2007 (4-1-08).doc*