responsibility of each office within OFHEO to ensure and maximize the quality, including the objectivity, utility and integrity, of the data originating from it. The General Counsel has overarching responsibility to advise and counsel the Director and agency personnel as to compliance with the applicable law. The Guidelines so reflect and preserve the respective responsibilities of the various agency officials.

The Center for Regulatory Effectiveness (CRE) outlined a number of broad cross-cutting policy issues of general concern to all agencies related to ''Data Quality Guidelines'' and provided recommendations on how such issues should be addressed. The CRE identified and evaluated a number of differing agency approaches to these issues, which it suggested might be emulated or avoided. OFHEO considered these comments in conjunction with OMB guidance in fashioning the final information quality guidelines.

Dated: October 8, 2002.

**Jimmy F. Barton,**

*Deputy Director, Office of Federal Housing Enterprise Oversight.*

[FR Doc. 02–26186 Filed 10–11–02; 8:45 am]

BILLING CODE 4220–01U–P

## DEPARTMENT OF THE INTERIOR

### Fish and Wildlife Service

### Delta National Wildlife Refuge

**AGENCY:** Fish and Wildlife Service, Department of the Interior.

**ACTION:** Notice of application for a natural gas pipeline right-of-way on Delta National Wildlife Refuge, Plaquemines Parish, Louisiana.

**SUMMARY:** Notice is hereby given that under Section 28 of the Mineral Leasing Act of 1920 (41 Stat. 449: 30 U.S.C. 185), as amended by Public Law 93–153, the Southern Natural Gas Company has applied for a permit to remove a 14″ underground natural gas pipeline, and install a new 14″ underground natural gas pipeline in a 50-foot wide right-of-way which will run approximately 10,421 feet in length.

This pipeline right-of-way will be on, over, and across a strip of land lying in Plaquemines Parish, State of Louisiana, Sections 10, 15, and 22 of Township 20 South, Range 19 East, on the West Bank of East Fork of Romere Pass. The Southern Natural Gas Company currently operates a 14″ pipeline and wants to install a new pipeline 200—1,200 feet west of its current location. The land described herein contains approximately 12.59 acres with 7.79 acres in a temporary (1 year) construction servitude. The existing pipeline will be completely removed after the new line has been installed and is operational.

The purpose of this notice is to inform the public that the Fish and Wildlife Service is currently considering the merits of approving this application.

**ADDRESSES:** Interested persons desiring to comment on this application should do so within thirty (30) days following the date of publication of this notice. If you wish to comment, you may do so by one of the following methods. You may mail comments to Mr. Dwight Stanley, Fish and Wildlife Service, 1875 Century Boulevard, Suite 420, Atlanta, Georgia 30345. You may also comment via the Internet at the following address: *dwight_stanley@fws.gov.* If you submit comments by electronic mail, please submit them as an ASCII file, avoiding the use of special characters and any form of encryption. Please include your name and return address in your Internet message. If you do not receive a confirmation from the system that we have received your Internet message, contact us at the phone number or address listed in this notice. Our practice is to make comments, including names and home addresses of respondents, available for public review during regular business hours. Individual respondents may request that we withhold their home address from the record, which we will honor to the extent allowable by law.

**FOR FURTHER INFORMATION CONTACT:** Mr. Dwight Stanley at 404–679–7235; fax 404–679–7273.

**Authority:** Right-of-way applications are filed in accordance with Section 28 of the Mineral Leasing Act of 1920 (41 Stat. 449:30 U.S.C. 185), as amended by Public Law 93–153.

Dated: September 19, 2002.

**Christine Eustis,**

*Acting Regional Director.*

[FR Doc. 02–26051 Filed 10–11–02; 8:45 am]

BILLING CODE 4310–55–M

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

### Rate Adjustments for Indian Irrigation Facilities

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of rate adjustments.

**SUMMARY:** The Bureau of Indian Affairs (BIA) owns or has an interest in irrigation facilities located on various Indian reservations throughout the United States. The BIA establishes irrigation assessment rates to recover its costs to administer, operate, maintain, and rehabilitate certain of those facilities. We are notifying you that we have adjusted the irrigation assessment rates at several of our irrigation facilities where we are required to recover our full costs of operation and maintenance.

**EFFECTIVE DATE:** The irrigation assessment rates shown in the tables were effective on January 1, 2002.

**FOR FURTHER INFORMATION CONTACT:** For details about a particular BIA irrigation facility, please use the tables in the **SUPPLEMENTARY INFORMATION** section to contact the regional or agency office where the facility is located.

**SUPPLEMENTARY INFORMATION:** A Notice of Proposed Rate Adjustment was published in the **Federal Register** on March 8, 2002 (67 FR 10748–10752), to adjust the irrigation rates at several BIA irrigation facilities. A correction of the March 8, 2002, notice was published on April 26, 2002, at 67 FR 20820–20321 for all units of the Wapato Irrigation Project. The public and interested parties were provided an opportunity to submit written comments during the 60 day-periods subsequent to March 8, 2002, and April 26, 2002.

#### Did the BIA Receive Any Comments on the Proposed Irrigation Assessment Rate Adjustments?

Written comments were received only for the proposed irrigation assessment rate adjustment at the Blackfeet Irrigation Project, Montana (Project).

#### What Issues Were of Concern by the Commentators?

All of the comments were concerned with one or more of three issues: (1) Consultation with stakeholders; (2) how are funds expended on operation and maintenance; and (3) the impact of a rate increase on the local agricultural economy.

#### How Does BIA Respond to the Concern of Consultation With Stakeholders?

Consultations between stakeholders and any of the BIA irrigation facilities are ongoing through local meetings held periodically at different locations convenient to the stakeholders of the individual irrigation facilities. At those consultation meetings, any issue of concern by a stakeholder can be brought up and discussed such as water operations, facility maintenance, and financial management. For example, a BIA representative attended meetings of the Seville Water Users Association of

the Project on May 27, 2000, April 30, 2001, and April 25, 2002. During those meetings, the BIA representative notified stakeholders of the need for an increase in irrigation assessment rates. Concurrent with the **Federal Register** notice of March 8, 2002, the local BIA agency at the Project also publicized the proposed rate adjustment in a local newspaper asking for comments.

### How Does BIA Respond to the Concern of How Funds Are Expended for Operation and Maintenance?

The BIA's records for expenditures on all of its irrigation facilities are public records and available for review by stakeholders or interested parties. These records can be reviewed during normal business hours at the individual agency offices. To review these records, stakeholders and interested parties are directed to contact the BIA representative at the specific facility serving them using the tables in the SUPPLEMENTARY INFORMATION section.

### How Does BIA Respond to the Concern of an Irrigation Assessment Rate Increase and Its Impact on the Local Agricultural Economy?

The irrigation operations and maintenance rate for the 2001 irrigation season at the Project was $11.00 per acre. Based on a financial analysis for the 2002 irrigation season, the rate to sustain the Project should be $15.85 per acre. The BIA realized that a $4.85 rate increase, a 44 percent increase over the 2001 rate, had the potential to place an economic strain on the agricultural community served by the facility. The BIA took this into consideration and is raising the 2002 assessment rate $2.00, an increase of 18 percent, for a total assessment rate for the 2002 irrigation season of $13.00. This is an increase of less than half necessary to sustain the facility. To accommodate the lesser increase, the facility will continue to defer some maintenance. A rate of $13.00 per acre will provide funding for operation of the facility and perform minimal maintenance.

### Does the BIA Have Any Other Justification for Increasing Its Irrigation Assessment Rates at the Project or at Any Other Irrigation Facilities?

Over the past several years the BIA's irrigation program has been the subject of several Inspector General (IG) audits. In the most recent audit, No. 96–I–641, 1996, the IG concluded, ''Operation and maintenance revenues were insufficient to maintain the projects, and some projects had deteriorated to the extent that their continued capability to deliver water was in doubt. This occurred because operation and maintenance rates were not based on the full cost of delivering water, including the costs of systematically rehabilitating and replacing project facilities and equipment, and because project personnel did not seek regular rate increases to cover the full cost of operation.'' This audit recommendation is still outstanding.

Previous IG audits reached the same conclusion. This showed a lack of response in addressing this critical issue by the BIA over an extended period of time. Irrigation assessment rates must be systematically reviewed and adjusted when necessary to reflect the BIA's actual full costs to properly operate and perform all appropriate maintenance on the irrigation facility infrastructure. If this is not accomplished, a rate deficiency can accumulate. Overcoming rate deficiencies can result in having to raise rates in larger increments and over shorter time frames than would have been otherwise necessary.

### Does the BIA Have Any Proposed Rate Adjustments That Were Not Put Into Effect?

The proposed rate adjustment for the 2003 irrigation season at the Flathead Irrigation Project from $19.95 to $21.45 is not being put into effect. After further consultation with the stakeholders, the BIA agreed a rate adjustment could be delayed.

### Where Can I Get Information on the Regulatory and Legal Citations in This Notice?

You can contact the individuals listed in the contact tables below or you can use the Internet site for the Government Printing Office at *http://www.gpo.gov*.

### What Authorizes Us To Issue This Notice?

Our authority to issue this document is vested in the Secretary of the Interior by 5 U.S.C. 301 and the Act of August 14, 1914 (38 Stat. 583; 25 U.S.C. 385). The Secretary has in turn delegated this authority to the Assistant Secretary—Indian Affairs under Part 209, Chapter 8.1A, of the Department of the Interior's Departmental Manual.

### Does This Notice Affect Me?

This notice affects you if you own or lease land within the assessable acreage of one of our irrigation facilities, or you have a carriage agreement with one of our irrigation facilities.

### Who Can I Contact for Further Information?

The following tables list the regional and agency contacts for the irrigation facilities where the BIA recovers its costs for local administration, operation, maintenance, and rehabilitation.

| Project name | Project/agency/contacts |
|---|---|
| **Northwest Region Contacts** | |
| Stanley Speaks, Regional Director, Bureau of Indian Affairs, Northwest Regional Office, 911 N.E. 11th Avenue, Portland, Oregon 97232–4169, Telephone (503) 231–6702 | |
| Flathead Irrigation Project | Ernest T. Moran, Superintendent, Flathead Agency Irrigation Division, P.O. Box 40, Pablo, Montana 59855–5555, Telephone: (406) 675–2700. |
| Fort Hall Irrigation Project | Eric J. LaPointe, Superintendent, Fort Hall Agency, P.O. Box 220, Fort Hall, Idaho 83203–0220, Telephone: (208) 238–2301. |
| Wapato Irrigation Project | Pierce Harrison, Project Administrator, Wapato Irrigation Project, P.O. Box 220, Wapato, WA 98951–0220, Telephone: (509) 877–3155. |
| **Rocky Mountain Region Contacts** | |
| Keith Beartusk, Regional Director, Bureau of Indian Affairs, Rock Mountain Regional Office, 316 North 26th Street, Billings, Montana 59101, Telephone: (406) 247–7943 | |
| Blackfeet Irrigation Project | Ross Denny, Superintendent, Cliff Hall, Irrigation Manager, Box 880, Browning, MT 59417, Telephones: (406) 338–7544, Superintendent, (406) 338–7519, Irrigation. |

| Project name | Project/agency/contacts |
|---|---|
| Crow Irrigation Project | Gordon Jackson, Superintendent, Dan Lowe, Irrigation Manager, P.O. Box 69, Crow Agency, MT 59022, Telephones: (406) 638–2672. Superintendent, (406) 638–2863, Irrigation. |
| Fort Belknap Irrigation Project | Cleo Hamilton, Superintendent, Ted Hall, Acting Irrigation Manager, R.R.1, Box 980, Harlem, MT 59526, Telephones: (406) 353–2901, Superintendent, (406) 353–2905, Irrigation. |
| Fort Peck Irrigation Project | Dennis Whiteman, Superintendent, P.O. Box 637, Poplar, MT 59255, Marvin Azure, Irrigation Manager (acting), 602 6th Avenue North, Wolf Point, MT 59201, Telephones: (406) 768–5312, Superintendent, (406) 653–1752, Irrigation. |
| Wind River Irrigation Project | Perry Baker, Superintendent, Sheridan Nicholas, Irrigation Manager, P.O. Box 158, Fort Washakie, WY 82514, Telephones: (307) 332–7810, Superintendent, (307) 332–2596, Irrigation. |
| **Southwest Region Contacts** | |
| Bob Baracker, Regional Director, Bureau of Indian Affairs, Southwest Regional Office, 615 First Street, NW., Albuquerque, New Mexico 87102, Telephone: (505) 346–7587 | |
| Pine River Irrigation Project | Michael Stancampiano, Superintendent, Kenneth Caveny, Irrigation Engineer, P.O. Box 315, Ignacio, CO 81137–0315, Telephones: (970) 563–4511, Superintendent, (970) 563–1017, Irrigation. |
| **Western Region Contacts** | |
| Wayne Nordwall, Regional Director, Bureau of Indian Affairs, Western Regional Office, PO Box 10, Phoenix, Arizona 85001, Telephone: (602) 379–6600 | |
| Colorado River Irrigation Project | Allen Anspach, Superintendent, R.R. 1 Box 9–C, Parker, AZ 85344, Telephone: (928) 669–7111. |
| Duck Valley Irrigation Project | Paul Young, Superintendent, Pete LeFebvre, Nat'l Resources Specialist, 1555 Shoshone Circle, Elko, Nevada 89801, Telephones: (775) 738–0569, Superintendent, (775) 738–0590, Irrigation. |
| Fort Yuma Irrigation Project | William Pyott, Land Operations Officer, P.O. Box 11000, Yuma, Arizona, Telephone: (520) 782–1202. |
| San Carlos Irrigation Project Joint Works | Randy Shaw, Irrigation Manager, 13805 N. Arizona Boulevard, Coolidge, AZ 85228, Telephone: (520) 723–6216. |
| San Carlos Irrigation Project Indian Works | Joe Revak, Pima Agency, Land Operations, Box 8, Sacaton, AZ 85247, Telephone: (520) 562–3372. |
| Uintah Irrigation Project | Lynn Hansen, Irrigation Manager, P.O. Box 130, Fort Duchesne, UT 84026, Telephone: (435) 722–4341. |
| Walker River Irrigation Project | Chuck O'Rourke, Natural Resource Officer, 1677 Hot Springs Road, Carson City, Nevada 89706, Telephone: (775) 887–3550. |

## What Will BIA Charge for the 2002 or 2003 Irrigation Seasons?

The rate table below shows how we will bill at each of our irrigation facilities for the 2002 or 2003 irrigation season as indicated. The irrigation facilities where rates were adjusted are noted by an asterisk immediately following the name of the facilities.

NORTHWEST REGION RATE TABLE

| Project name | Rate category | Current 2002 rate | Proposed 2003 rate |
|---|---|---|---|
| Flathead Irrigation Project | Basic per acre | $19.95 | $19.95 |
| Fort Hall Irrigation Project | Basic per acre | 20.00 | To be Determined (See Note below). |
| Fort Hall Irrigation Project Minor Units | Basic per acre | 14.00 | |
| Fort Hall Irrigation Project* Michaud | Basic per acre | 28.00 | |
| | Pressure per acre | 41.00 | |
| Wapato Irrigation Project* Ahtanum Unit | Billing Charge Per Tract | 5.00 | |
| | Farm unit/land tracts up to one acre (minimum charge). | 10.35 | |
| | Farm unit/land tracts over one acre—per acre | 10.35 | |
| Wapato Irrigation Project* Toppenish/Simcoe Units | Billing Charge Per Tract | 5.00 | |
| | Farm unit/land tracts up to one acre (minimum charge). | 10.40 | |
| | Farm unit/land tract over one acre—per acre | 10.40 | |
| Wapato Irrigation Project* Wapato/Satus Unit | Billing Charge Per Tract | 5.00 | |
| | Farm unit/land tracts up to one acre (minimum charge). | 41.40 | |
| | "A" farm unit/land tracts over one acre—per acre | 41.40 | |

NORTHWEST REGION RATE TABLE—Continued

| Project name | Rate category | Current 2002 rate | Proposed 2003 rate |
| --- | --- | --- | --- |
| | Additional Works farm unit/land tracts over one acre—per acre. | 45.76 | |
| | ''B'' farm unit/land tracts over one acre—per acre | 49.68 | |
| | Water Rental Agreement Lands—per acre | 50.96 | |

**Note**—''To be determined,'' means that future rates will become effective only after we have published another rate notice for comments, followed by a final rate notice.

ROCKY MOUNTAIN REGION RATE TABLE

| Project name | Rate category | 2002 season rate |
| --- | --- | --- |
| Blackfeet Irrigation Project* | Basic-per acre | $13.00 |
| Crow Irrigation Project (See note below) | Basic-per acre | 16.00 |
| Fort Belknap Irrigation Project | Indian per acre | 6.25 |
| | Non-Indian per acre | 12.50 |
| Fort Peck Irrigation Project | Basic-per acre | 14.00 |
| Wind River Irrigation Project | Basic-per acre | 12.00 |

**Note**—The Crow Project rate adjustment was previously announced in the FEDERAL REGISTER for the 2002 irrigation season and is being provided for informational purposes only, reference Fed. Reg., Vol. 64, No. 95, Page 27003, May 18, 1999.

SOUTHWEST REGION RATE TABLE

| Project name | Rate category | 2002 rate |
| --- | --- | --- |
| Pine River Irrigation Project | Minimum Charge per tract | $25.00 |
| | Basic-per acre | 8.50 |

WESTERN REGION RATE TABLE

| Project name | Rate category | Current 2002 rate | Proposed 2003 rate |
| --- | --- | --- | --- |
| Colorado River Irrigation Project | Basic per acre up to 5.0 acre feet | $37.00 | To be Determined.[1] |
| | Excess Water per acre foot 5.0–5.5 acre-feet | 7.40 | |
| | Excess Water per acre-foot over 5.5 acre-feet | 17.00 | |
| Duck Valley Irrigation Project | Basic-per acre | 5.30 | |
| Fort Yuma Irrigation Project (See note below) | Basic-per acre up to 5.0 acre-feet | 60.00 | |
| | Excess Water per acre-foot over 5.0 acre-feet | 10.50 | |
| San Carlos Irrigation Project (Joint Works) | Basic-per acre | 20.00 | $20.00 |
| San Carlos Irrigation Project (Indian Works) | Basic-per acre | 56.00 | To be Determined.[1] |
| Uintah Irrigation Project | Basic-per acre | 8.50 | |
| Walker River Irrigation Project | Indian per acre | 7.32 | |
| | Non-Indian per acre | 15.29 | |

[1] ''To be determined,'' means that future rates will become effective only after we have published another rate notice for comments, followed by a final rate notice.

**Note**—The Fort Yuma Irrigation Project is owned and operated by the Bureau of Reclamation (Reclamation). The irrigation rates assessed for operation and maintenance are established by Reclamation and are provided for informational purposes only. The BIA only collects the irrigation assessments on behalf of Reclamation.

## Consultation and Coordination With Tribal Governments (Executive Order 13175)

The BIA irrigation facilities are vital components of the local agriculture economy of the reservations on which they are located. To fulfill its responsibilities to the tribes, tribal organizations, water user organizations, and the individual water users, the BIA communicates, coordinates, and consults on a continuing basis with these entities on issues of water delivery, water availability, costs of administration, operation, maintenance, and rehabilitation. This is accomplished at the individual irrigation facilities by agency and regional representatives, as appropriate, in accordance with local protocol and procedures. This notice is one component of the BIA's overall coordination and consultation process to provide notice and request comments from these entities on adjusting irrigation assessment rates.

## Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use (Executive Order 13211)

The rate adjustments will have no adverse effects on energy supply, distribution, or use (including a shortfall in supply, price increases, and increase use of foreign supplies) should the proposed rate adjustments be implemented. This is a notice for rate adjustments at BIA owned and operated irrigation facilities, except for the Fort Yuma Irrigation Project. The Fort Yuma Irrigation Project is owned and operated

by the Bureau of Reclamation with a portion serving the Fort Yuma Reservation.

**Regulatory Planning and Review (Executive Order 12866)**

These rate adjustments are not a significant regulatory action and do not need to be reviewed by the Office of Management and Budget under Executive Order 12866.

**Regulatory Flexibility Act**

This rate making is not a rule for the purposes of the Regulatory Flexibility Act because it is ''a rule of particular applicability relating to rates.'' 5 U.S.C. 601(2).

**Unfunded Mandates Act of 1995**

These rate adjustments impose no unfunded mandates on any governmental or private entity and are in compliance with the provisions of the Unfunded Mandates Act of 1995.

**Takings Implications (Executive Order 12630)**

The Department has determined that these rate adjustments do not have significant ''takings'' implications. The rate adjustments do not deprive the public, state, or local governments of rights or property.

**Federalism (Executive Order 13132)**

The Department has determined that these rate adjustments do not have significant Federalism effects because they pertain solely to Federal-tribal relations and will not interfere with the roles, rights, and responsibilities of states.

**Civil Justice Reform (Executive Order 12988)**

In accordance with Executive Order 12988, the Office of the Solicitor has determined that this rule does not unduly burden the judicial system and meets the requirements of sections 3(a) and 3(b)(2) of the Order.

**Paperwork Reduction Act of 1995**

These rate adjustments do not affect the collections of information which have been approved by the Office of Information and Regulatory Affairs, Office of Management and Budget, under the Paperwork Reduction Act of 1995. The OMB Control Number is 1076–0141 and expires November 30, 2002.

**National Environmental Policy Act**

The Department has determined that these rate adjustments do not constitute a major Federal action significantly affecting the quality of the human environment and that no detailed statement is required under the National Environmental Policy Act of 1969 (42 U.S.C. 4321–4370(d)).

Dated: September 24, 2002.

**Neal A. McCaleb,**

*Assistant Secretary—Indian Affairs.*

[FR Doc. 02–26038 Filed 10–11–02; 8:45 am]

BILLING CODE 4310–4J–P

---

## DEPARTMENT OF THE INTERIOR

### Bureau of Land Management

**[CO–600–03–1010–BN–241A]**

### Notice of Public Meetings, Southwest Colorado and Northwest Colorado Resource Advisory Council Meetings

**AGENCY:** Bureau of Land Management.

**ACTION:** Notice of Public Meetings.

**SUMMARY:** In accordance with the Federal Land Policy and Management Act (FLPMA) and the Federal Advisory Committee Act of 1972 (FACA), the U.S. Department of the Interior, Bureau of Land Management (BLM), Southwest Colorado Resource Advisory Council (RAC) and Northwest Colorado RAC will meet as indicated below.

**DATES:** The Southwest Colorado RAC meeting will be held November 22, 2002 at the Bill Heddles Recreation Center located at 180 Gunnison River Drive in Delta, Colorado.

The Northwest Colorado RAC meeting will also be held November 22, 2002 at the Bill Heddles Recreation Center located at 180 Gunnison River Drive in Delta, Colorado.

Both the Southwest and Northwest Colorado RAC meetings will begin at 9 a.m. and adjourn at approximately 4 p.m. Public comment periods at the meetings will be in the morning at 9:30 a.m and in the afternoon, to start no later than 3 p.m.

**FOR FURTHER INFORMATION CONTACT:** Larry J. Porter, RAC Coordinator, Bureau of Land Management, 2815 H Road, Grand Junction, Colorado 81506; Telephone (970) 244–3012.

**SUPPLEMENTARY INFORMATION:** The Southwest and Northwest Colorado RACs advise the Secretary of the Interior, through the Bureau of Land Management, on a variety of planning and management issues associated with public land management in Colorado.

Purpose of the Southwest Colorado RAC meeting is to consider several resource management related topics including County Partnership Restoration Project; Coal Bed Methane Development; Phoenix RAC Conference Report; RAC Goals; and Cooperative Management Opportunities.

Purpose of the Northwest Colorado RAC meeting is to consider several resource management related topics including Wildlife, Cultural, Weeds, and Wild Horse Management Plan Subcommittee reports; Travel Management Update; RAC's Functioning; and Moffat County Pilot Proposal.

These meetings are open to the public. The public may present written comments to the RACs. Each formal RAC meeting will also have time, as identified above, allocated for hearing public comments. Depending on the number of persons wishing to comment and time available, the time for individual oral comments may be limited. Individuals planning to attend the meetings who need special assistance should contact the RAC Coordinator listed above.

Dated: October 7, 2002.

**Dave Atkins,**

*Acting Western Slope Center Manager.*

[FR Doc. 02–26050 Filed 10–11–02; 8:45 am]

BILLING CODE 4310–JB–P

---

## DEPARTMENT OF THE INTERIOR

### National Park Service

### National Park System Advisory Board; Meeting

**AGENCY:** National Park Service, Interior.

**ACTION:** Notice of meeting.

Notice is hereby given in accordance with the Federal Advisory Committee Act, 5 U.S.C. Appendix, that the National Park System Advisory Board will meet October 30–31, 2002, in the St. Francis Suite of The Westin St. Francis, Union Square, 335 Powell Street, San Francisco, California. On October 30, the Board will tour and receive briefings on the Golden Gate National Recreation Area and partnership programs. On October 31, the Board will convene its business meeting at 8:00 a.m., and adjourn at 5:30 p.m. During the morning session, National Park Service Director Fran Mainella will address the Board, followed by the Board's consideration of National Historic Landmark nominations. In the afternoon, the Board will receive reports from its National Parks Science Committee, Education Committee, and Partnerships Committee, and discuss pending business.

Other officials of the National Park Service and the Department of the Interior may address the Board, and