United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
SAN CARLOS IRRIGATION PROJECT
P.O Box 250
Coolidge, Arizona 85228

RECEIVED
SAN CARLOS IRRIGATION & DRAINAGE DISTRICT

IN REPLY REFER TO:

(520) 723-6203

APR 18 2003

Mr. Douglas Mason
General Manager
San Carlos Irrigation & Drainage District
P.O. Box 218
Coolidge, AZ 85228

Subject: San Carlos Irrigation Project Irrigation Division -
Draft 3 Budget and Adjustments for FY 2003 through FY 2005

Dear Mr. Mason:

Enclosed for your review is the third draft of the FY 2005 budget and budget adjustments for FY 2003 and 2004. The draft 1 budget contained an accounting error that existed for a number of years but was never discovered until about April 3, 2003 of this year.

It was a double-accounting error in which the operation and maintenance (O&M) assessment was included in the unobligated cash balance on October 1st of each year and was included again in the income section of the budget as assessment collections. The second draft of the budgets provided the majority of clean-up associated with this error. Finally, the third draft provided more clean-up ensuring the sinking funds were fully funded for each fiscal year.

The net affect from draft 1 to draft 3 of the FY 2005 budget is an increase in the O&M assessment from $20 per acre of decreed land to $30 per acre of decreed land. Enclosed is a graph that presents the history of the O&M assessment from 1975 to the proposed assessment for 2005.

Some of the most notable aspects of the draft FY 2005 budget and budget adjustments for FY 2003 and 2004 are listed below:

1. The Heavy Equipment sinking fund had almost $400,000 that would not be spent through FY 2014 based on the most recent detailed analysis of I-plate and heavy equipment replacement needs. This cash was freed up and adjustments were made to the annual contributions to this sinking fund to ensure adequate funding for replacement needs through FY 2014.

2. The Western Regional Director approved liquidating $500,000 of the Well Replacement sinking fund in FY 2004 in an effort to keep the FY 2004 O&M assessment at $20 per acre. This left a balance of $250,000 in the Well Replacement sinking fund at the end of FY 2004 with the start-up of adding $300,000 per year to the sinking fund in FY 2005. The draft 3 budget liquidates $750,000 in FY 2003 but continues to budget for drilling two new wells in FY 2003. Startup of adding $300,000 per year to the Well Replacement sinking fund will commence in FY 2006 rather than FY 2005 as originally planned.

3. The FY 2003 Miscellaneous Income line indicates income of $490,500. A total of $457,000 of the Miscellaneous Income is for excess pumping by Pima Agency (i.e. Project pumping in excess of the apportionment). A portion of of the total budgeted excess pumping income ($75,616) was received in the last month for last year's excess pumping.

4. The cash reserve in FY 2004 was reduced for one year only from $600,000 to $300,000 because of a shortage of cash. The cash reserve was never used in 14 years of recent history that included the 1993 flood event.

5. The China Wash Flume Rehabilitation sinking fund will continue to accumulate cash through FY 2004 and the funds will be expended at the beginning of FY 2005 in accordance with the expert opinion of Mr. Glen Smoak.

Please review the draft budget and adjustments and provide us with your comments no later than the close of business on May 16, 2003. All comments will be reviewed and some further edits will be made to the budgets resulting in the fourth draft. The fourth draft of the budgets will be presented at a Fact Finding Committee Meeting scheduled for Friday, May 23, 2003, at 10:00 A.M. at the San Carlos Irrigation and Drainage District conference room.

If you have any questions, please contact Carl Christensen at (520) 723-6203.

Sincerely,

Robert E. Carolin
Project Manager

Enclosure(s)