# AFFIDAVIT OF DOUGLAS MASON

STATE OF ARIZONA )<br>
)ss<br>
County of Pinal )

Douglas D. Mason, being first duly sworn upon his oath, deposes and says:

1. I am the General Manager of the San Carlos Irrigation and Drainage District (District). I have held this position for 14 years.

2. In performing my duties and responsibilities as General Manager, I have become familiar with economic and agricultural conditions in Pinal County, Arizona in general and within the District boundaries in particular.

**Agricultural and Economic Conditions in the District**

3. The entire Southwest and the State of Arizona are in the middle of a prolonged drought that is becoming as severe as any period of drought in the region's recorded history. Due to this drought, water levels at Coolidge Dam have been extremely low for the last several years. This, in turn, has resulted in severely reduced water deliveries from the San Carlos Irrigation Project (Project) to District farmers. Crop production has been reduced in recent years due to ongoing water shortages, reducing income for District farmers.

4. For the last several years, agricultural and commodity prices in Arizona have been depressed, further reducing income for District farmers. Operating costs and supply expenses, on the other hand, have been increasing. Due to the combination of drought conditions, depressed commodity prices, and increased operating costs, many District farmers have not made a profit from the sale of their products for several years.

5. In order to survive, many District farmers have cut staff, slashed overhead, and otherwise reduced operating expenses.

**Project Staffing**

6. The BIA continues to retain several Pump Shop employees on the Project payroll, despite its stated intention to have eliminated those employees in the past. During a May 23, 2003 fact-finding meeting regarding the Fiscal Year (FY) 2005 budget, the District was told by BIA and Project representatives that the remaining Pump Shop employees

would be eliminated by the end of FY 2003. To the best of my knowledge, this has not occurred.

7. Since 2000, the BIA also has hired outside contractors to perform repairs on Project pumps. Use of such contractors eliminates the need for Pump Shop employees.

8. Because the BIA has refused to eliminate these employees, yet has hired outside contractors to perform the work formerly done by these employees, the District has been charged twice for the same work.

9. Based on my understanding of BIA charges to the District, I estimate that redundant staffing in the Pump Shop has cost the Project approximately $250,000 per year every year since 2000, of which cost the District has been charged half.

10. Extra zanjeros hired by the BIA on a trial basis also are being retained although they are now unnecessary. With little or no water available to the Project during the current drought, these zanjeros are not needed. Furthermore, the Project has installed measurement structures on the Project canals at a cost of $150,000. These measurement structures ensure that all flows are accurately measured, eliminating the need for extra zanjeros.

**Assessment Schedule**

11. The District's payment for O&M assessments to the BIA is due each year on May

12. In order for the District to collect the assessment from its landowners and have the funds available to pay the assessment to the BIA on that date, the following schedule must be followed (using the payment for FY 2005 as an example):

- July 1, 2003: The deadline for the District to inform the Pinal County tax assessor of the FY 2005 assessment rate to be included in the next property tax bill. The BIA, therefore, would have to issue a final decision on the assessment rate before this date.
- September 2003: Tax assessor mails the property tax bill to District landowners.
- November 2003 and March 2004: First and second halves of property tax assessment, including the District's assessment, are due under Arizona law.
- May 15, 2004: District submits FY 2005 assessment to BIA.

13. Because the final decision on the FY 2005 budget and assessment rate has not been made, the District had to estimate what that rate would be in July 2003 so that the information could be provided to the Pinal County tax assessor for inclusion in the property tax bills this year. Based on its best estimate and the assessment rate for the past several years, the District assessed its landowners $20 per acre for FY 2005.

14. During a May 23, 2003 a fact-finding meeting regarding the FY 2005 budget, which was held just one week after the Regional Director received the District's comments on the BIA's proposed O&M budget and rate assessment for FY 2005, the District was informed the proposed budget and rate assessment of $30 per acre would be published as a proposed rate in the Federal Register. The District was also informed that the budget and rate assessment for FY 2006 would likely be $35 per acre.

**Well Replacement**

15. The BIA hired an independent consultant to prepare a report on the best locations to install replacement wells within the Project.

16. Based on information provided to the District, the BIA intends to install replacement wells not in the locations recommended in the commissioned report, but in other locations entirely.

Further affiant sayeth naught.

Douglas D Mason

Douglas D. Mason

SUBSCRIBED AND SWORN TO before me this 25th day of November, 2003 by

Douglas D. Mason.

Theresa I. Lara

Notary Public

My Commission expires:

10-27-05

OFFICIAL SEAL
THERESA I. LARA
NOTARY PUBLIC - State of Arizona
PINAL COUNTY
My Comm. Expires Oct. 27, 2005