United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
SAN CARLOS IRRIGATION PROJECT
P.O. Box 250
Coolidge, Arizona 85228

IN REPLY REFER TO:

MAY 30 2002

(520) 723-6200

Mr. Douglas Mason, General Manager
San Carlos Irrigation and Drainage District
P.O. Box 218
Coolidge, AZ 85228

Subject: San Carlos Irrigation and Drainage District (SCIDD)
Proposed Fiscal Year 2004 Irrigation Budget

Dear Mr. Mason:

We received your letter dated May 21, 2002, regarding the above subject. Your letter indicates to us that considerable thought and analysis were directed toward the proposed budget. We recognize the importance of the efforts of SCIDD to reduce costs to water users, especially in times of drought. In each of the San Carlos Irrigation Project (SCIP) annual budgets, we strive to budget only for those costs that are necessary to fulfill our contractual and fiduciary responsibilities to the Project water users.

Your letter contained five items based on your initial review of the budget. This letter contains our response to each of the five items. In addition, this letter proposes a cost saving measure for FY 2004 only, which would permit the per acre assessment to stay at $20 an acre for FY 2004.

**Item 1 – "The draft budget continues to set aside a sinking fund for the replacement of Project wells. SCIDD objects to the continuation of this sinking fund at this time."**

Response: The basis of SCIDD's objection was that "...SCIP has recently taken a position inconsistent with the long-held principle that the Project wells and surface water supplies are "common" to both beneficiaries of the Project." The SCIP position and rationale are presented in two memoranda's from myself to the Western Regional Director dated February 15th and March 1, 2002 (See Exhibits 1 and 2 respectively). These memoranda demonstrate that the "common water" approach is flawed in extreme drought conditions where very little stored water is available. SCIP's approach in extreme drought conditions equalizes shortages to both SCIDD and the Indian Works. SCIDD's approach results in greater shortages to the Indian Works than to SCIDD.

**Item 2 – "The 2004 assessment should be ~~$15~~/acre, as opposed to the $25/acre included in Draft #1."**

Response: SCIP has operated in a deficit every year since at least FY 1993 with the exception of FY 1997. (See Exhibit 3) It has been able to operate in a deficit because of cash reserves that were available to pay expenses. The Draft 1 budget presented by SCIP indicates the cash reserves will be depleted in FY 2004. Throughout the deficit spending SCIP's expenses were between $30 and $35 per acre. The only exception was FY 1994 in which expenses were $26 per acre.

SCIDD's FY 2003 budget proposal for SCIP contained some severe budget cuts but nevertheless presented expenses at $27 per acre. (See Exhibit 4) SCIP believes that lowering the rate to $15 per acre is unrealistic because insufficient cash reserves are available to cover the deficit without a large reduction-in-force (RIF). Since 1994, SCIP has reduced its labor force from 45 employees to 26 employees. Several of the 26 employees charge a significant portion of their time to the Power Division so that an equivalent of 21.4 employees charge their time to the Irrigation Division. A RIF of the magnitude proposed by SCIDD would not permit SCIP to fulfill its contractual and fiduciary responsibilities to the water users. As described in more detail below, SCIP believes it can maintain a $20 per acre assessment for FY 2004 if one cost saving measure is implemented.

**Item 3 – "Labor costs are at least five times too high."**

Response: SCIDD compared its labor costs with SCIP's labor costs by dividing labor costs by the length of SCIDD's canals. SCIP believes that this approach to comparing costs is incomplete for several reasons. First, the volume of SCIP's canals is much larger per mile than SCIDD's canals. For example, the Florence Casa Grande Canal has reaches in which the canal width is approximately 60 feet. The largest SCIDD canal would be considerably smaller. The larger volume results in a larger amount of silt removal and hauling for SCIP.

Second, Coolidge Dam, Ashurst-Hayden Dam, Picacho Reservoir, and 98 Project wells were not considered even though labor costs go toward maintenance of these facilities.

Third, SCIDD erroneously makes the following statement under Item 3. B. of the May 21st letter: "It is therefore impossible to comprehend why it is necessary to have six heavy equipment mechanics, seven operators, three laborers, two welders, and three engineers all on its payroll." SCIP has four heavy equipment mechanics (not six) including the foreman that charge 25% of their annual salary to the Irrigation Division and 75% of their annual salary to the Power Division. This is the equivalent of one heavy equipment mechanic being charged to the Irrigation Division. There are five operators (not seven) including the foreman. The five operators are budgeted for 95% of their time to be charged to the Irrigation Division. There

is only one laborer (not three) and 85% of the laborer's time is budgeted to the Irrigation Division in FY 2003 and FY 2004. There are two engineers (not three) and 80% of one engineer's time is budgeted for the Irrigation Division in FY 2003 and FY 2004.

Fourth, SCIDD states "In addition to the extraordinarily high wages it pays to its employees, SCIP's Irrigation Division also is allocated an unduly high amount of labor costs from other departments within the Project and the BIA Area Director's Office." According to the Draft 1 budget, if the percentages of salaries of non-Irrigation Division employees charging to the Irrigation Division are added together, it results in 190% or 1.9 employees. A total of 55% of the 190% is for Power Division employees who work on Irrigation Division wells when the wells have electrical problems. The remaining support staff is the equivalent of 1.35 employees. In addition, although funds are budgeted for this support staff, our records indicate that the SCIP Irrigation Division is not always charged for its share of these costs. SCIP does not believe the salary expenditure ~~for~~ this support staff by the Irrigation Division to be unreasonable.

**Item 4 – "The proposed 2004 O&M Budget, as well as current and forecasted costs, contain expenditures associated with the archeological study of the so-called "bathtub ring" around San Carlos Lake. SCIDD strongly opposes any contention that any portion of the costs of this federally mandated study should come from the SCIP Irrigation Budget."**

Response: The archaeological work at San Carlos Reservoir is in defense of litigation that could drastically restrict water deliveries to SCIP's water users if the United States is unsuccessful in court. Further, the costs of technical work performed in defense of SCIP's water deliveries to SCIDD and the Indian Works are reasonably and logically part of SCIP's O&M budget.

SCIDD states, "There was no money budgeted for this archaeological study in the approved 2002 budget, ...". This is incorrect. The FY 2002 budget was adjusted in FY 2001 to include $20,800 for San Carlos Reservoir archaeological survey work. The BIA Western Regional Director approved the adjustment.

**Item 5 – "The proposed 2004 O&M Budget contains the purchase of a new pick-up truck. We think that, with the full reduction in force outlined above, there would not be a need for new vehicles to be added the SCIP Irrigation fleet..."**

Vehicles remaining from a reduction-in-force (RIF) will be auctioned or reassigned to the remaining employees. The only RIF presently being contemplated is directed at the Pump Shop.

The Western Regional Director approved the FY 2003 budget, which contained four pickups. In an effort to reduce costs, SCIP proposed in the Draft 1 FY 2004 budget that the FY 2003 budget be adjusted to purchase one vehicle. This is a reduction of three vehicles from the original approved budget.

The vehicle budgeted for FY 2004 is for a ditchrider and is based on the mileage rate history for a particular employee. Due to the difficulties and lengthy time requirements for obtaining vehicles, SCIP intends to leave this vehicle in the budget. The FY 2004 vehicle budget will be re-evaluated in FY 2003 and if it appears that a vehicle will be available from the existing fleet, then this vehicle will be eliminated from the FY 2004 budget.

**Cost Saving Proposal for FY 2004 - Refinement of SCIP's Well Replacement Program**

In order to better inform Project decision making concerning the well replacement program for the FY 2004 budget, SCIP prepared an analysis of Project wells. A copy of SCIP's analysis is contained in Exhibits 5,6,7 and 8 titled "Project Well Summary with Wells Listed by Well ID", "Project Well Summary with Wells Listed by Drilling Date", "Drilling Chronology of SCIP Wells", and "Plan for Replacing Wells Through 2009". These exhibits demonstrate the wisdom of continuing a well replacement program and sinking fund, especially since Project wells provide an essential portion of the SCIP water supply. According to the data, there are 26 wells that are over 60 years old. These wells have already surpassed what is generally considered the life of a well.

However, SCIP is sensitive to the economic burden the well replacement program might place on water users in FY 2004 in light of the current drought conditions, and SCIP proposes the following plan for the program. Four wells will be drilled in FY 2002 thru FY 2003 using existing sinking funds. A total of $500,000 of well replacement money will be returned to the general budget in FY 2004 in order to keep the Operation and Maintenance (O&M) assessment at $20.00 per acre. This will result in a balance in the sinking fund of $100,000 at the end of FY 2004. An annual amount of $300,000 per year will be added to the sinking fund beginning in FY 2005 through FY 2009. Five replacement wells will be constructed by FY 2009. This plan will provide a means of keeping the O&M assessment at $20 per acre through FY 2004 and allows SCIP to continue replacing wells in a way that approximates the discharge of twelve new wells per decade, which is the average number of wells drilled per decade of SCIP history.

SCIP would appreciate any comments you might have on this proposal for the FY 2004 budget no later than June 14, 2002. If we do not receive a response from SCIDD, GRIC or Pima Agency concerning this proposal by that date, SCIP will incorporate this proposal into its annual budget starting in FY 2004.

If you have any questions, please speak with Randy Shaw of my staff at (520) 723-6216.

Sincerely,

Robert E. Carolin
Project Manager

Enclosures