# Irrigation Division Budget
## San Carlos Irrigation Project

**DRAFT 3**
Prepared by: R. Shaw, SCIP
Date: 4/10/2003

| Item | FY 2003 | | | | | FY 2004 | | | | FY 2005 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Draft 1 Budget | SCIDD Response | Orig.Apprvd Budget | Apprvd.Adj. Budget #1 | DRAFT 3 Adj. Bdgt #2 | Draft 1 Budget | SCIDD Response | Orig.Apprvd Budget | DRAFT 3 Adj. Bdgt #1 | DRAFT 3 Budget |
| UNOBLIGATED CASH: | | | | | | | | | | |
| Unoblig. Cash on 10/1 (BIA700 Report) | $3,423,642 | $3,423,642 | $3,480,064 | $3,599,706 | $3,935,367 | $2,322,206 | $2,754,206 | $2,497,206 | $3,250,619 | $3,687,119 |
| Unoblig. Cash from Prior Year Corrections | $100,000 | $207,526 | $100,000 | $50,000 | $29,752 | $50,000 | $50,000 | $50,000 | $35,000 | $35,000 |
| TOTAL UNOBLIGATED CASH | $3,523,642 | $3,631,168 | $3,580,064 | $3,649,706 | $3,965,119 | $2,372,206 | $2,804,206 | $2,547,206 | $3,285,619 | $3,722,119 |
| INCOME: | | | | | 2004 Assess | | | | 2005 Assess | 2006 Assess |
| Assessment Collected | $3,000,000 | $1,500,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,500,000 | $1,500,000 | $2,000,000 | $3,000,000 | $0 |
| Florence-Casa Grande Project | $12,000 | $12,000 | $12,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 | $18,000 |
| Interest | $185,000 | $185,000 | $185,000 | $103,000 | $107,000 | $81,000 | $137,000 | $81,000 | $71,000 | $19,000 |
| Miscellaneous | $26,300 | $26,300 | $26,500 | $33,500 | $490,500 | $33,500 | $33,500 | $33,500 | $33,500 | $33,500 |
| TOTAL INCOME | $3,223,300 | $1,723,300 | $2,223,500 | $2,154,500 | $2,615,500 | $2,632,500 | $1,688,500 | $2,132,500 | $3,122,500 | $70,500 |
| TOTAL FUNDS AVAILABLE: | $6,746,942 | $5,354,468 | $5,803,564 | $5,804,206 | $6,580,619 | $5,004,706 | $4,492,706 | $4,679,706 | $6,408,119 | $3,792,619 |
| OBLIGATIONS: | | | | | | | | | | |
| Personnel (boc 11) | $1,196,000 | $759,000 | $1,014,000 | $993,000 | $1,088,000 | $1,027,000 | $482,761 | $1,027,000 | $894,000 | $921,000 |
| Benefits (boc 12) | $275,000 | $174,000 | $235,000 | $232,000 | $259,000 | $240,000 | $112,826 | $240,000 | $208,000 | $214,000 |
| Travel (boc 21) | $16,000 | $16,000 | $16,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 |
| Utilities (boc 23 less power for pumping) | $92,000 | $57,000 | $66,000 | $81,000 | $63,000 | $83,000 | $83,000 | $83,000 | $65,000 | $67,000 |
| Services (boc 25) | $1,021,000 | $938,000 | $988,000 | $1,349,000 | $1,054,000 | $1,001,000 | $915,943 | $986,000 | $879,000 | $897,000 |
| Supplies (boc 26) | $211,000 | $211,000 | $201,000 | $172,000 | $194,000 | $178,000 | $178,000 | $178,000 | $199,000 | $205,000 |
| Equipment (boc 31) | $182,000 | $116,000 | $116,000 | $32,000 | $18,000 | $32,000 | $13,792 | $32,000 | $32,000 | $52,000 |
| Land & Structures (boc 32) | $0 | $0 | $0 | $0 | $0 | $351,000 | $351,000 | $351,000 | $0 | $351,000 |
| Power for Pumping (boc 23 for 51030) | $433,000 | $433,000 | $433,000 | $439,000 | $645,000 | $439,000 | $439,000 | $439,000 | $435,000 | $435,000 |
| Special Projects | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other (boc 22, 24 & 42) | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| TOTAL OBLIGATIONS | $3,428,000 | $2,706,000 | $3,071,000 | $3,307,000 | $3,330,000 | $3,360,000 | $2,585,322 | $3,345,000 | $2,721,000 | $3,151,000 |
| SINKING FUNDS AND RESERVE (SF&R) BALANCES: | | | | | | | | | | |
| Heavy Equipment | $551,450 | $645,450 | $535,450 | $432,975 | $35,000 | $443,950 | $419,183 | $443,950 | $26,975 | $9,844 |
| Well Replacement | $1,500,000 | $0 | $1,200,000 | $750,000 | $0 | $600,000 | $0 | $250,000 | $0 | $0 |
| China Wash Flume Rehab/Replacement | $117,000 | $234,000 | $234,000 | $234,000 | $234,000 | $0 | $0 | $0 | $351,000 | $0 |
| Cash Reserve | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $300,000 | $600,000 |
| SUBTOTAL SF&R BALANCES: | $2,768,450 | $1,479,450 | $2,569,450 | $2,016,975 | $869,000 | $1,643,950 | $1,019,183 | $1,293,950 | $677,975 | $609,844 |
| TOTAL OBLIGATIONS WITH SF&R: | $6,196,450 | $4,185,450 | $5,640,450 | $5,323,975 | $4,199,000 | $5,003,950 | $3,604,505 | $4,638,950 | $3,398,975 | $3,760,844 |
| END OF YEAR UNOBLIGATED CASH: | | | | | | | | | | |
| With Sinking Funds and Reserve Unoblig. | $3,318,942 | $2,648,468 | $2,732,564 | $2,497,206 | $3,250,619 | $1,644,706 | $1,907,384 | $1,334,706 | $3,687,119 | $641,619 |
| With Sinking Funds and Reserve Oblig. | $550,492 | $1,169,018 | $163,114 | $480,231 | $2,381,619 | $756 | $888,201 | $40,756 | $3,009,144 | $31,776 |