# FY 2004 IRRIGATION BUDGET

Prepared by: Carl Christensen
Date: 10/04/04
Months Elapsed This Fiscal Year: 100%

| | Draft 4 Budget | September | Income & Obligations As Percent of Budget |
|---|---|---|---|
| Unobligated Cash: Beginning | 3,324,119 | 2,992,919 | |
| Unobligated Cash: Ending | 3,047,644 | 2,586,687 | |
| Summation Income: | | | |
| Indian Works (Overpumping) | | 463,282 | |
| Interest | 71,000 | 39,214 | 55 |
| Miscellaneous | 51,500 | 76,829 | 149 |
| Total Income | 122,500 | 579,325 | 472 |
| Balance Undelivered Orders: | | | |
| FY 2002 Services | | -0- | |
| FY 2003 Services | | -0- | |
| Total Undelivered Orders | | -0- | |
| Summation Obligations: | | | |
| Personnel | 894,000 | 729,490 | 82 |
| Benefits | 208,000 | 188,758 | 91 |
| Severance | | 16,339 | |
| Travel | 7,000 | -0- | -0- |
| Utilities | 65,000 | 30,718 | 47 |
| Power for Pumping | 435,000 | 484,490 | 111 |
| Services | 522,600 | 421,181 | 81 |
| Water Commissioner-Revised | 459,562 | 459,446 | 100 |
| Supplies | 199,000 | 227,905 | 115 |
| Equipment | 32,000 | 6,613 | 21 |
| Other | 2,000 | -0- | -0- |
| Total Obligations | 2,824,162 | 2,564,440 | 91 |