# FY 2005 IRRIGATION BUDGET

Prepared by: Carl Christensen
Date: 10/05/05
Months Elapsed This Fiscal Year: 100%

| | Budget | September | Income & Obligations As Percent of Budget |
|---|---|---|---|
| Unobligated Cash: Beginning | 2,586,687 | 4,184,173 | |
| Unobligated Cash: Ending | 2,400,000 | 4,051,569 | |
| ***Summation Income:*** | | | |
| Indian Works (Overpumping) | 300,000 | 333,216 | 111 |
| Interest | 35,000 | 49,644 | 142 |
| Miscellaneous | 85,000 | 128,479 | 151 |
| FY 2005 Assessment | 3.000.000 | 3,000,000 | 100 |
| Total Income | 3.420,000 | 3.511,339 | 103 |
| FY 2006 Assessment * | 3.000.000 | | |
| *Summation Obligations:* | | | |
| Personnel | 1.020,000 | 779,600 | 76 |
| Severance | | 39,063 | |
| Travel | 5,000 | 3,582 | 72 |
| Utilities | 50,000 | 26,597 | 53 |
| Power for Pumping | 500,000 | 348,218 | 70 |
| Services | 500,000 | 377,868 | 76 |
| Water Commissioner | 375,000 | 363,446 | 97 |
| Supplies | 150,000 | 80,013 | 60 |
| Equipment | 10,000 | 2,790 | 28 |
| China Wash | 260,000 | -0- | -0- |
| Total Obligations | 2,870,000 | 2.031.177 | 71 |

* SCIDD - $1,500,000 due May 15, 2005
IW - $1,500,000 due October 1, 2005