United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
SAN CARLOS IRRIGATION PROJECT
P O Box 250
Coolidge, Arizona 85228

38a

IN REPLY REFER TO
Carl Christenson
520 723 6203

FEB - 8 2005

RECEIVED
FEB 10 2005

Mr. J. Michael Urton, President
SAN CARLOS IRRIGATION &
DRAINAGE DISTRICT
Post Office Box 218
Coolidge, Arizona 85228

Re: Non-payment of Operation and Maintenance Assessment FY 2005

Dear Mr. Urton:

This is in response to the non-payment by the San Carlos Irrigation and Drainage District Fiscal Year 2005, operation and agreement bill in the amount of One million five hundred thousand dollars ($1,500,000), which was due on March 1, 2004. The payment is currently Eleven (11) months past due.

The 1924 Act of Congress states that the payment is to be paid in advance not later than March 1, and the June 8, 1931 Repayment Contract states "The United States reserves the right to refuse to deliver water to the District in the event of default by the District for more than twelve months in any of the payments due the United States hereunder.

Therefore, the San Carlos Irrigation Project will abide by the terms of the 1931 Contract and terminate delivery of irrigation water to the San Carlos Irrigation and Drainage District on March 2, 2005, if payment in the amount of $1,500,000.00 plus accumulated interest and penalties since May 15, 2004 is not received by close of business March 1, 2005.

In addition, the Department of the Interior will resubmit the $1,500,000 00 bill for collection to the Department of Treasury on March 2, 2005, under authority of the "Debt Collection Improvement Act of 1996". If it is referred, you may incur additional fees up to 30 percent of the balance due. The Treasury has the authority to report your debt to a credit bureau, offset any Federal tax refunds or other Federal payments owed you, report your debt to a private collection agency, or refer your debt to the Department of Justice for litigation.

This decision to terminate deliver of water may be appealed to the Regional Director, Western Regional Office, Bureau of Indian Affairs, 400 N. 5th Street, 14th Floor, P. O. Box 10, Phoenix, Arizona 85001, in accordance with the regulations in 25 CFR Part 2 (copy enclosed). Your notice of appeal to the Regional Director must be signed by you or your attorney and must be mailed within 30

days of the date you receive this decision. It should clearly identify the decision being appealed. If possible, attach a copy of the decision. You must send copies of your notice of appeal to: (1) each interested party known to you; and (2) this office. If no notice of appeal is timely filed, this decision will become final for the Department of the Interior at the expiration of the appeal period. No extension of time may be granted for filing a notice of appeal.

If you have any questions, please do not hesitate to call Mr. Carl Christenson at 520.723.6203.

Sincerely yours,

Charles R. Tate
Acting Project Manager

Enclosure

Cc: Mr. Riney B. Salmon II
Mr. Douglas Mason
Mr. Wayne Nordwall
Mr. John Doney