TAKE PRIDE IN AMERICA

United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
WESTERN REGIONAL OFFICE
P.O. BOX 10
PHOENIX, ARIZONA 85001

IN REPLY REFER TO:
Division of Natural Resources, MS 460
(602) 379-6789

MAR 01 2005

Mr. Riney Salmon
2850 E. Camelback Road, Suite 200
Phoenix, Arizona 85016

RE: Final Decision on Notice of Appeal – San Carlos Irrigation Project's Notice to Terminate Irrigation Water Deliveries for Nonpayment of 2005 Irrigation Operation and Maintenance Assessment

Dear Mr. Salmon:

The purpose of this letter is to affirm, with one modification described below, the February 8, 2005, decision of the San Carlos Irrigation Project (Project) to terminate irrigation water deliveries due to the nonpayment of the 2005 irrigation operation and maintenance assessment owed by the San Carlos Irrigation and Drainage District (SCIDD). Additionally, I have determined that public safety, protection of trust resources, or other public exigency requires that my decision be made effective immediately.

On February 25, 2005, I received the Notice of Appeal you filed on behalf of SCIDD concerning the Project's decision to terminate delivery of irrigation water to SCIDD effective March 2, 2005, based on SCIDD's nonpayment of its 2005 irrigation operation and maintenance assessment. The Project's decision was contained in a February 8, 2005, letter to SCIDD's President.

The Assistant Secretary for Indian Affairs established the 2005 irrigation operation and maintenance assessment rate for the Project by Federal Register Notice on April 30, 2004 (69 FR 23805). The Project rate for 2005 was established at $30 an acre. Based on the assessment established by the Assistant Secretary for Indian Affairs, and the 50,000 assessable acres in SCIDD, the assessment that SCIDD owes to the Project for 2005 is $1.5 million.

The 1924 Act authorizing the Project and certain contract documents between the United States and SCIDD establish when the assessment must be paid and what the consequences are of nonpayment. The Project's February 8, 2005, letter to SCIDD identifies the pertinent provisions which identify when the operation and maintenance assessment is due, and describe the remedy available to the United States in the event SCIDD fails to make its payment on time. The Project's February 8, 2005, letter accurately summarizes the pertinent provisions. You assert that the March 1 due date for payment of the assessment established by the Act of 1924 was

modified and extended to May 15 by a supplement to the repayment contract between the United States and SCIDD. BIA disagrees with your interpretation of the May 15 provision of the supplement to the repayment contract. It is clear that an administrative act to amend a repayment contract cannot modify a provision of an act of Congress.

The Notice of Appeal you filed on behalf of SCIDD states the following as its basis for the appeal:

". . . the District has withheld a portion of the Project assessment for Fiscal Year 2005 because of disagreements with the Project regarding the assessment rate and the Bureau of Indian Affairs' (BIA's) operation and management of the Project."

First, SCIDD has not withheld a "portion" of the Project assessment for 2005. To date, SCIDD has refused to pay any of the Project assessment for 2005, including any undisputed portion of the 2005 assessment.

Second, the Project assessment rate for 2005 was established by the Assistant Secretary for Indian Affairs in April 2004. Neither the Project nor this office has the ability or authority to change the established rate for 2005.

Third, it is my determination that SCIDD's failure to pay the 2005 assessment places the Project at risk. The Project's irrigation operations are funded one-half by assessments collected from SCIDD and one-half from the Project Indian Works. Failure by SCIDD to make its assessment payment for 2005 subjects the Project to a potential violation of the Anti-Deficiency Act. Additionally, if the Project does not have sufficient funds to operate in 2005, Project water deliveries to the Indian Works and the associated trust lands on the Gila River Indian Reservation may be impaired.

Therefore, if no assessment payment is made by SCIDD to the Project by close of business on March 3, 2005, this decision will be final for the Department and effective on that date, and the Project will terminate irrigation water deliveries to SCIDD at 8 a.m. on March 4, 2005. However, if SCIDD makes an assessment payment to the Project equal to the 2004 assessment payment ($1.0 million), plus the accumulated penalty to date, by close of business on March 3, 2005, the BIA will stay the Project's decision to terminate irrigation water deliveries until 8 a.m. on April 4, 2005.

If you have any questions or would like to discuss this matter further, please contact my staff, Ms. Cathy Wilson, at (602) 379-6789.

Sincerely,

Acting Regional Director