# FY 2005 IRRIGATION BUDGET

**Prepared by: Carl Christensen**
**Date: 03/08/05**
**Months Elapsed This Fiscal Year: 42%**

| | Budget | February | Income & Obligations As Percent of Budget |
|---|---|---|---|
| Unobligated Cash: Beginning | 2,586,687 | 1,981,864 | |
| Unobligated Cash: Ending | 2,400,000 | 1,814,575 | |
| Summation Income: | | | |
| Indian Works (Overpumping) | 300,000 | -0- | |
| Interest | 35,000 | 19,034 | 54 |
| Miscellaneous | 85,000 | 6,235 | 7 |
| Total Income | 420,000 | 25,269 | 6 |
| Balance Undelivered Orders: | | | |
| FY 2004 Undelivered Orders | | 44,726 | |
| Summation Obligations: | | | |
| Personnel | 1,020,000 | 332,415 | 33 |
| Severance | | 21,786 | |
| Travel | 5,000 | 1,543 | 31 |
| Utilities | 50,000 | 21,647 | 43 |
| Power for Pumping | 500,000 | 69,578 | 14 |
| Services | 500,000 | 265,933 | 53 |
| Water Commissioner | 375,000 | -0- | -0- |
| Supplies | 150,000 | 42,755 | 29 |
| Equipment | 10,000 | -0- | -0- |
| China Wash | 260,000 | | |
| Total Obligations | 2,870,000 | 755,657 | 26 |