# SAN C_RLOS IRRIGATION AND DRAINA_E DISTRICT

PO BOX 218
COOLIDGE ARIZONA 85228

J. MICHAEL URTON, PRESIDENT
C.R. "BOBBY" SKOUSEN, SECRETARY
MICKEY A. CLARK
STEVEN M. DALEY
DOUGLAS GLADDEN
JIM PATE
EMMIT RANKIN
JUSTIN ROBERTS

DOUGLAS D. MASON
GENERAL MANAGER

THERESA LARA
BUSINESS MANAGER

TELEPHONE
(520) 723-5408
FAX
(520) 723-7965

March 2, 2005

Bob Carolin
Project Engineer
San Carlos Irrigation Project
P.O. Box 250
Coolidge, Arizona 85228

Dear Mr. Carolin:

Per the Regional Director's March 1, 2005 letter the attached check for $1,047,500 is being paid under protest for the O&M assessment for fiscal year 2005. The check includes $1,000,000 for the 2005 assessment and $47,500 for penalties as calculated by Carl Christensen of your office.

Sincerely

Douglas D. Mason

Douglas D. Mason
General Manager

DDMason:lml

5468

**1601 SAN CARLOS IRRIGATION & DRAINAGE DISTRICT**
P.O BOX 218
COOLRIDGE, AZ 85228

DATE 3-1-05 91-229-1221

PAY TO THE ORDER OF SCIP------------------------------------------------ $ 1,047,500.00

ONE MILLION FORTYSEVENTHOUSAND FIVE HUNDRED -------------------- DOLLARS

BANK ONE.
Bank One, Arizona, NA
Municipal Banking (730)
Phoenix, Arizona

WARRANT

FOR 2005 ASSESSMENT-UNDER PROTEST

[redacted] [redacted]