INFORMATION

UNITED STATES GOVERNMENT

# memorandum

DATE: SEP 15 2004

REPLY TO ATTN OF: Robert E. Carolin, Project Manager, San Carlos Irrigation Project

SUBJECT: Recommended Irrigation Division Budget for FY 2006

TO: Office of the Regional Director
ATTN: Regional Director, Wayne C. Nordwall, MS 100

Attached for your review and approval is the recommended Irrigation Division budget for FY 2006. Actual income and obligations are shown for FY 2001 through FY 2003 along with the anticipated income and obligations for FY 2004 and FY 2005.

We have included a tentative budget for FY 2007 and FY 2008 in anticipation of the "Enforceability Date" of the Water Settlement Act.

The operation and maintenance rate recommended for FY 2006 is $15.00 per acre for a total assessment of $1,500,000 due to be paid by March 1, 2005; $750,000 by San Carlos Irrigation and Drainage district (SCIDD) and $750,000 by Pima Agency Indian Works (PAIW).

Currently, SCIDD is over six (6) months delinquent in paying their FY 2005 assessment of $1,500,000. PAIW paid $1,000,000 of their FY 2005 assessment in May 2004 (two months delinquent) and they are over six (6) months delinquent in paying $500,000.

A fact finding committee meeting was held June 29, 2004, (agenda attached) by participants from PAIW, SCIDD, and the Gila River Irrigation and Drainage District (GRIDD) (sign-in sheet attached).

The participants at the Fact Finding Committee seem satisfied with the proposed FY 2006 budget and the recommended assessment rate of $15.00 per acre.

In addition, attached is a summary of the FY 2004 budget through August 31, 2004, which shows total obligations of $2,340,751 to date. It is currently anticipated the total obligations for FY 2004 will not exceed $2,700,000. If it is $2,700,000 the carryover to FY 2005 will increase from $2,350,000 to about $2,600,000.

*U.S. Government Printing Office: 1991 — 281-782/40120

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114

If you have any questions, please contact Carl Christensen, Supervisory Civil Engineer, at (520) 723-6203.

Attachments

cc: Douglas Mason, San Carlos Irrigation & Drainage District, w/Attachments
Gary Parker, Gila River Irrigation & Drainge District, w/Attachments
Cecelia Martinez, Acting Superintendent, Pima Agency, w/Attachments