IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 06-576C |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

30(b)(6) DEPOSITION OF

SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT

Phoenix, Arizona

October 4, 2007

Prepared by:

Gerard T. Coash, RPR, RMR
Certified Reporter
Certification No. 50503

(Copy)

identification.)

BY MR. MANHARDT:

Q. Exhibit 12 is -- the first page is a document on the letterhead of San Carlos Irrigation and Drainage District; the letter dated July 6, 2004. Do you recognize this document?

A. Yes.

Q. And what is that?

A. A transmittal letter to the treasurer indicating that the assessment should be $51.

Q. And this is the assessment -- Again, maybe turning to the second page of that, which is the board's resolution, as I understand it?

A. That's correct.

Q. This provides for SCIDD's estimate of its needs for the year in which it would pay or be billed or however -- Let me rephrase that. I'm trying not to characterize either of our positions in the litigation.

What budget -- what portion of the SCIP year would this be estimating payment for?

A. This would be estimating for 2006.

Q. Okay. And the assessment, overall, for the district was reflected here is $51. Is that right?

A. That's correct.

Q. And what portion of that -- or what portion of

that would have been the estimate of the payment to SCIP for 2006?

A. 1,125,000.

Q. So that would be approximately --

A. Yeah, $1,000,000.

Q. So approximately $20 per acre?

A. Right.

Q. And why was that number used in the budget?

A. Because I assessed a million dollars for 2004 -- or 2005. I was borrowing from my reserves by $500,000. I was trying to build back my reserves by the difference here, the 500,000, to bring us back to where my reserves were neutral. So we -- the board agreed to assess ourselves a little bit more to offset the expenses we had for 2005.

Q. So that would have recouped approximately half the amount --

A. About 250,000, yes.

Q. -- that was in the '05 year?

Was there a time when you found out that the 15 was not going to be the rate SCIP was going to assess?

A. That's true.

Q. And approximately when was that? Do you remember?

A. I believe December is when I was notified that

they were not going to go with the 15.

Q. And was there a new fact-finding meeting?

A. Sometime in December, if I remember right, yes.

Q. I would like to now go back, if you could pull out Exhibit 10.

A. 10.

Q. If you could turn to the page that's marked SC018672.

A. Okay.

Q. Do you recognize this document?

A. I don't know -- I'm not sure. It looks like a proposed budget for SCIP.

Q. Would this -- could this have been the budget presented at the December fact-finding in 2004?

A. It could be.

Q. Do you recall the differences between the budget that you presented in the fact-finding that supported the $15 rate and the differences in the December '04 budget?

A. Most cases, I believe it was in the lands and structures and reserves that they felt they had to have sinking funds. But I would have to compare them.

Q. Do you recall, in that fact-finding meeting, any of the discussion?

A. Some, but vaguely. It was pretty well a one-way discussion, and we were objecting to it.