Oct-01-04 04:48P
10/01/2004 15:34 BIA LAND AND WATER → 915207361347

Item IX P.02
NO.116 P001

RECEIVED

| Post-it® Fax Note 7671 | Date 10/1/04 | # of pages ▶ 1 |
| --- | --- | --- |
| To Gary Hansen | From Russell Kaskalla | |
| Co./Dept. | Co. | |
| Phone # | Phone # | |
| Fax # | Fax # | |

UNITED STATES GOVERNMENT

# memorandum

Branch of Land and Water Resources
(602) 379-6789

DATE: OCT 1 2004

REPLY TO ATTN OF: Western Regional Director

SUBJECT: San Carlos Irrigation Project - Proposed FY 2006 Assessment Rate

TO: Project Manager, San Carlos Irrigation Project

We have reviewed the proposed budget you submitted on September 15, 2004. We do not concur with your recommendation to decrease the assessment rate for FY 2006 to $15.00 per acre. Your proposed budget does not include any work on deferred maintenance items. Various studies and an Inspector General report have concluded that the assessment rates should include rehabilitation or replacement of structures that have not been maintained over a long period of time. These are deferred maintenance items. Additionally, your proposed budget does not include any funding for the well replacement program. The well replacement program is considered deferred maintenance, and must be addressed. Please provide a plan for addressing deferred maintenance. This plan should include what will be rehabilitated/replaced, when it will be done, and the cost.

In your proposed budget, funding for the China Wash flume repair is reduced from $351,000 to $260,000. Until the project is completed, the amount of funds set aside should remain at $351,000.

When the 2005 budget was formulated, the Heavy Equipment Replacement Fund was reduced to help mitigate an error in the 2004 budget which over estimated the amount of carryover funds available by $2,000,000. This fund will have to be reestablished. Please provide a plan for reestablishing this fund.

Please revise your proposed budget in accordance with the above items and provide backup documentation. If you require further information or have any questions, please contact Russell Kaskalla, Civil Engineer, at (602) 379-6789.

Wayne Nordwall

RKASKALLA:rk 9/30/04 C:FY 2006 Budget Response.wpd

OPTIONAL FORM NO. 10
GSA
(REV 1-94)
5010-118