Ross Mooney/DC/BIA/DOI
09/30/2004 03:11 AM

To Russell Kaskalla/PHOENIX/BIA/DOI@BIA
cc Barry Welch/PHOENIX/BIA/DOI@BIA, Carl Christensen/PHOENIX/BIA/DOI@BIA, Cathy Wilson/PHOENIX/BIA/DOI@BIA, Robert
bcc
Subject Re: SCIP rates

Will do. Thanks for getting back.

Thanks,

Ross Mooney
Chief, Branch of Irrigation, Power,
Safety of Dams, Operation of Non-federal Dams (FERC)
Desk (202) 208-5480
Fax (202) 219-0006
Russell Kaskalla

Russell Kaskalla
09/29/2004 03:31 PM
MST

To: Ross Mooney/DC/BIA/DOI@BIA
cc: Barry Welch/PHOENIX/BIA/DOI@BIA, Carl Christensen/PHOENIX/BIA/DOI@BIA, Robert Carolin/PHOENIX/BIA/DOI@BIA, Cathy Wilson/PHOENIX/BIA/DOI@BIA
Subject: Re: SCIP rates

Ross

We will be keeping the 2006 rate for the Joint Works at $30.00 per acre. Please go ahead and publish this proposed rate. Thanks. Russell

Russell Kaskalla
Civil Engineer
Western Regional Office
Branch of Land and Water
Irrigation Section
(602) 379-6789
Ross Mooney/DC/BIA/DOI

Ross Mooney/DC/BIA/DOI
09/29/2004 07.51 AM

To Russell Kaskalla/PHOENIX/BIA/DOI@BIA
cc
Subject Re: SCIP rates

Send it on when you get it. I can hold the notice up until then.

Thanks,

Ross Mooney
Chief, Branch of Irrigation, Power,
Safety of Dams, Operation of Non-federal Dams (FERC)
Desk (202) 208-5480
Fax (202) 219-0006
Russell Kaskalla

Russell Kaskalla
09/29/2004 07:34 AM MST

To: Ross Mooney/DC/BIA/DOI@BIA
cc:
Subject: Re: SCIP rates

Ross

We are still working on the SCIP - Joint Works rate for 2006. We should have it finalized sometime next week.

Russell Kaskalla
Civil Engineer
Western Regional Office
Branch of Land and Water
Irrigation Section
(602) 379-6789
Ross Mooney/DC/BIA/DOI



Ross Mooney/DC/BIA/DOI
09/29/2004 07:02 AM

To Russell Kaskalla/PHOENIX/BIA/DOI@BIA
cc
Subject SCIP rates

Russell, I am finalizing the proposed rate notice for 2005 and 2006. In the memo I received it gives me the 2005 rate at $76.77 for the SCIP - Indian Works. The memo asks it to be rounded to $77.00, which I did.

For the joint works I assumed the $30 is also for 2006 since we have to do the Joint works two years ahead. Let me know if this is OK.

I also got Unitah in for the $25 for the minimum bill.