NITED STATES GOVERNMENT

# memorandum

DATE: JAN 18 2006

REPLY TO ATTN OF: Robert E. Carolin, Project Manager, San Carlos Irrigation Project

SUBJECT: Proposed FY 2007 Assessment

TO: Acting Western Regional Director
ATTN: Cathy Wilson, Division Chief, Natural Resources

The San Carlos Irrigation Project (SCIP) held a fact finding meeting on June 29, 2004, to discuss the FY 2006 Assessment and the Tentative FY 2007 and FY 2008 Assessment.

Due to the ongoing prolonged drought and the RIF of the pump shop crew, we were attempting to cut expenditures as much as possible for the FY 2006 through FY 2008. Therefore, SCIP, recommended that the assessment be reduced from the FY 2005 rate of $30.00 per acre to $15.00 per acre for FY 2006, which would leave only $1,050,000 in the reserve and sinking fund accounts. The proposed tentative FY 2007 Assessment was $20.00 per acre leaving only $700,000 in the reserve and sinking funds.

On September 15, 2005, SCIP recommended to the Western Regional Director, that the FY 2006 Assessment be reduced to $15.00 per acre and the tentative FY 2007 be $20.00 per acre, and tentative FY 2008 be $24.40 per acre.

On October 1, 2004, the Western Regional Director, did not concur with the reductions of the SCIP recommended rates.

Consequently, on October 28, 2004, Russell Kaskalla, and Carl Christensen recalculated the proposed 2006 budget as well as tentative budgets for FY 2007 through FY 2010 based upon keeping the Assessment Rate at $30.00 per year.

A Fact Finding Meeting was held on December 16, 2004, to discuss the revised budgets. The main difference between SCIP's September 15th proposal and the revised budgets was the reinstatement of the Sinking Funds and recalculation of the Reserve Funds. At the meeting, it was stressed by Kaskalla and Christensen that the Assessment would not be less than $30.00 per acre for the period FY 2006 through FY 2010, but due to unforeseen circumstances, the assessment may have to be raised to a rate higher than $30.00 per acre.

A special Fact Finding Meeting to discuss only the FY 2007 was not held in the Spring of 2005 because of the following conditions:

1. The FY 2007 rate was thoroughly discussed at the December 16, 2004 meeting (2½ monthls into FY 2005).

2. The filing of the lawsuit by the San Carlos Irrigation and Drainage District against SCIP in regard to the FY 2005 Assessment (SCIP believed until the lawsuit was settled, no changes could be made to what was proposed on December 16, 2004).

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114

★ U.S.GPO:1991-0-281-782/20315

3. The letter from the Office of the Secretary, dated March 25, 2005, in regard to SCIDD's request dated November 14, 2003, in regard to SCIDD owners have the ability to pay the O&M Assessment.

4. An investigative team to conduct the ability to pay did not meet with SCIDD until the latter part of July 2005. As of this date, we have not heard of their findings.

The SCIDD Board of Directors met monthly during the past year. Carl Christensen, represented SCIP at their meetings when he was available. The following summarizes items discussed at their meetings.

Tuesday, January 13, 2005 – Christensen was in Miami, Florida attending National Irrigation Conference.

Tuesday, February 8, 2005 – Christensen handed out January budget data to Board and discussed current cash balance, income to date, past year Undelivered Orders, and expense to date. Board was informed that BIA 700 Report for October, November, December had not been entered into BIA financial system as of February 8; however, he has been in contact with Central Office about report which should be available by the middle of February.

Riney Salmon asked about status of letter he sent December 30, 2004, and January 21, 2005, in regard to his request for copies of SCIP monthly reports for period CY 2002 to date. Christensen said a letter was being prepared by the Regional Office in response, which Riney should receive sometime this week. The Board asked about SCIP shutting off water delivery on March 1, 2005, for non-payment of the FY 2005 Assessment. Christensen told the Board he will be completing a letter of intent to shut off the water by March 1, 2005, for nonpayment, which should be submitted to SCIDD by COB February 9, 2005. This was discussed extensively by Christensen, Salmon, and the Board. Christensen stated that SCIP will be keeping the Assessment at a minimum of $30.00 per acre at least through 2010, which the Board was not receptive to because of the drought we are experiencing. However, Christensen stated based upon current inflows and projected inflows, it appears the drought is over. Picacho Reservoir proposal work is still delayed until archaeological work is completed.

Tuesday, March 8, 2005 – Christensen handed February budget data to Board and discussed current cash balance, income to date, past year undelivered orders, and expenses to date. Christensen informed Board that SCIP's recommendation of 2.00 acre feet/acre was approved by the Acting Regional Director on March 3, 2005. The Board asked about the estimated amount of $300,000 of overpumping for Calendar Year 2004 to the Indian Works, which Christensen said should get paid as soon as Indian Works receive authority to spend. Discussion was made of SCIP's Assessment for 2005, and 2006, which the Board disagrees as to the amount of $30.00 per acre. Based upon the December 16, 2004 Fact Finding Meeting,

Christensen stated that SCIP would continue to assess at least $30.00 per acre until 2010 in order to meet needs of SCIP. Christensen stated that for SCIDD's budget planning purposes, it would seem it would be better to stay with a uniform rate in order to build up the sinking funds, at which point proposed major projects such as well replacement and expensive equipment purchases could be funded when needed. Christensen stated that up to about 25 years ago SCIP received special construction funds for well replacement; however, these funds are no longer available.

Tuesday, April 12, 2005 – Christensen handed out March budget data to Board and discussed current cash balance, income to date, and expenses to date. Discussion was held about SCIDD's lawsuit pertaining to the 2005 Assessment in the United States District Court filed March 29, 2005. Salmon stated that a pretrial is scheduled for May 16, 2005. The Board stated they have filed an appeal to Central Office in regard to the FY 2006 proposed Assessment of $30.00 per acre. Christensen was asked when an Investigative Team would begin the ability to pay O&M assessment, which he could not answer since SCIP was not involved in the process. Christensen stated that due to increased storage at San Carlos Reservoir, a second apportionment would be made. Christensen stated since we now have a lawsuit by SCIDD in regard to the 2005 Assessment, an appeal to the Central Office of the 2006 Assessment, and the Investigative Team conducting the ability to pay, that SCIP is planning to continue to assess $30.00 per acre through 2010 based upon SCIP needs presented at the December 16, 2004 Fact Finding meeting.

Tuesday, May 10, 2005 - Christensen was unable to attend SCIDD Board meeting due to sickness, however, he did send to the Board meeting a copy of the April budget data showing current cash balance, income to date, and expense to date.

Tuesday, June 7, 2005 – Prior to the meeting with the Board, Christensen met with Jeffrey Malcom, David Noguera, and Taina Weinberg from the GAO, who were investigating BIA Irrigation Projects. Christensen accompanied the three GAO representatives to the Board meeting. Christensen handed out May budget data to Board and discussed current cash balance, income to date, which included the $333,216 Indian Works overpumping and expenses to date. Christensen discussed with the Board that SCIP proposes to sell existing two well rigs since our pump shop has been reduced to two employees. SCIP completed paying out severance pay to the two RIF employees. Christensen left meeting at request of GAO, so they could discuss status of management, repair, and maintenance needs.

Tuesday, July 12, 2005 – Christensen handed out June budget data to Board and discussed current cash balance, income to date, and expenses to date. Christensen informed Board that the current number of Irrigation employees is 18 which was 43 employees in the summer of 1993. Due to the fact Irrigation employees do work in both the Power and Irrigation Division(s), the funds from Irrigation Division pay an equivalent of 14 and funds from the Power Division pay an equivalent of 4. Christensen and the Board discussed the encroachment of Arizona Water Company's new water line in the right-of-way of the canal adjacent to Kenilworth

Road south of Valley Farms. Christensen stated he would collect about $30,000 from Arizona Water Company because of the encroachment. SCIDD asked about status of their FY 2006 assessment appeal, which Christensen could not answer. Because we did not specifically have a Fact Finding meeting to discuss the FY 2007, Assessment. SCIDD kept their Assessment at $51.00, which was the same as last year. Christensen continued to assert, that for SCIDD budget purposes, they need to plan on paying at least $30.00 per acre through 2010.

Tuesday, August 9, 2005 – Christensen handed out July budget data to the Board and discussed current cash balance, income to date, and expenses to date. Discussed monsoon damage to Northside Canal adjacent to Dan Palmer's, the lack of rehabilitation of the Picacho Reservoir due to archaeology holdup. The Investigative Team to determine ability to pay has visited both SCIP and SCIDD in July and will be back for additional information at a later date to gather additional information from SCIDD. Board asked Christensen about status of 2006 Assessment Appeal, which he could not answer.

Tuesday, September 13, 2005 – Christensen handed out August budget data to Board and discussed current cash balance, income to date, and expenses to date. Discussed domestic wells, which will become a major issue as so much land is being bought up by developers or is being subdivided by existing owners into small 1½ acre to 5 acre lots. Discussed fire within Florence substation, which required replacement of large transformer. Assessments for 2006 to 2010 were not discussed.

Tuesday, October 11, 2005 – Christensen handed out September budget data to the Board and discussed current cash balance, income to date, and expenses to date. Christensen gave copies of the August 8, 2005 Federal Register, which shows final FY 2006 rate at $30.00 per acre. Christensen gave copies of the October 4, 2005 Federal Register which shows the proposed FY 2007 rate of $30.00 per acre. Christensen told the Board the October 4, 2005 Federal Register had a typo under the 2006 rate, which showed proposed rather than current. Still waiting on archaeologist to complete Picacho Reservoir work. Christensen will complete Interior investigation of China Wash Flume during dry up. Agreed to postpone beginning of annual dry up for one week to allow farmers to complete fall seeding of alfalfa.

Tuesday, November 8, 2005 – Christensen met with Board, but was unable to present budget data due to F Y 2005 BIA internal audit, which only tracks daily summaries and not documents which provide accurate monthly reports. Christensen and Board discussed people using canal and lateral banks as road access to get to homes and properties. This has become a major issue due to land development. A list of wells which have had new control panels was given to the Board.

Tuesday, December 13, 2005 – Christensen handed out both October and November budget data to Board and discussed current cash balance, income to date, undelivered orders from FY 2005, and current expense to date. Still waiting on archaeologist, who now says she only needs approved burial agreements if human remains are discovered. Again, discussed use of canal banks for access by property owners. Christensen will meet with new attorney in Solicitors office for advice and guidance along with Salmon.

K.R. Saline & Associates along with Robert Carolin gave presentation to Board in regard to proposed electrical rate increase. Rates of Project wells is proposed to increase by 35%.

Tuesday, January 10, 2006 – Christensen handed out December budget data and discussed current cash balance, income to date, undelivered orders FY 2005, and expenses to date. Discussed proposed water apportionment of 2.20 acre feet per acre for initial CY 2006 Apportionment. Christensen stated SCIDD should receive invoice from NIIMS for FY 2006 assessment by January 20th for an amount of $1,500,000.

Currently, SCIP does have funds in the O&M account to provide for ongoing expenditures. The sinking funds and reserve fund are being increased to a reasonable amount.

The SCIP Power Division is proposing to increase the Power for Pumping rate from 26 mils to 35 mils on or about April 1, 2005, which is an increase of 35%. In addition, fuel for our vehicles had doubled in the past two years.

For your information, the deferred maintenance for SCIP was $260,000,000 which included the SCIDD system. This was later reduced to about $108,000,000 for the SCIP joint works, however, this figure was derived based upon new reconstruction of the system, which would be defined as a betterment.

The current estimated deferred maintenance is projected to be $750,000. However, the Central Office is preparing to have a private consulting firm investigate all of the Irrigation Projects, in order to determine a realistic amount for each Irrigation Project.

We have copied approximately 98 pages of documentation which will be hand delivered to your office on January 18, 2006, by 10:00 A.M.