# FY 2006 IRRIGA ION BUDGET

Prepared by: Carl Christensen
Date: Revised 10/11/06
Months Elapsed This Fiscal Year: 100%

| | Budget | September | Summation 10/01/05-09/30/06 | Income & Obligations As Percent of Budget |
|---|---|---|---|---|
| Unobligated Cash: Beginning | 4,053,255 10/01/05 | | 5,255,122 08/31/06 | |
| Unobligated Cash: Ending | 3,481,087 09/30/06 | | 4,558,612 ~~08/31/06~~ 09/30/06 | |
| ***Summation Income:*** | | | | |
| Indian Works (Overpumping) | | | | |
| Interest | 19,000 | | 233,249 | |
| Miscellaneous | 20,000 | 6,000 | 93,300 | |
| O&M Assessment * | 3,000,000 | | 3,000,000 | 100 |
| Total Income | 3,039,000 | | 3,326.549 | 109 |
| ***Balance Undelivered Orders:*** | | | | |
| FY 2005 Services | | | | |
| ***Summation Obligations:*** | | | | |
| Personnel | 970,000 | 64,780 | 819,648 | 84 |
| Travel | 8,000 | | 2,707 | 34 |
| Utilities | 70,000 | 3,661 | 26,377 | 38 |
| Power for Pumping | 520,000 | 74,769 | 437,902 | 84 |
| Services | 495,000 | 55,642 | 588,418 | 119 |
| Water Commissioner | 385,000 | | 362,015 | 94 |
| Supplies | 215,000 | 7,520 | 158,159 | 74 |
| Equipment | 80,000 | | 43,450 | 54 |
| China Wash' * | 260,000 | 492,275 | 492,275 | 189 |
| Other | 2,000 | | 452 | 23 |
| Subtotal Obligations | 3,005,000 | 698,647 | 2,931,403 | 98 |

* 2006 Assessment:
IW Paid $500,000 – 01/13/06
SCIDD Paid $1,500,000 – 03/01/06
2007 Assessment:
IW Paid $1,000,000 – 01/13/06
IW Owes $500,000 – Due 10/01/06
SCIDD Owes $1,500,000 – Due 05/15/06

CASH

| | | |
|---|---|---|
| 8/31/06 | | $5,255,122 |
| Obligation | + | 465,840 |
| Income | + | 6,000 |
| Disbursement | - | 236,670 |
| 9/30/06 | | $4,558,612 |