COPY FOR YOUR INFORMATION

UNITED STATES GOVERNMENT

# memorandum

DATE: DEC 0 9 2004

REPLY TO ATTN OF: Robert E. Carolin, Project Manager, San Carlos Irrigation Project

SUBJECT: FY 2006 Operation and Maintenance Assessment/Budget for the Irrigation Programs of Joint Works, Fact Finding Meeting

TO: Western Regional Director
ATTN: Branch of Land & Water Resources Management, Mail Stop 420

There will be a Fact finding Committee meeting on December 16, 2004, at 9:00 A.M. in the conference room of the Gila River Indian Community, Office of Water Rights, located at 5002 N. Maricopa Road.

The purpose of the meeting is to discuss the revised recommended Fiscal Year 2006 Operation and Maintenance Assessment and the Fiscal year 2006 Budget for the Irrigation Program of the Joint Works of the San Carlos Irrigation Project.

Based upon current Bureau of Indian Affairs, Irrigation Handbook, financial management and deferred maintenance guidelines (attached), the recommended assessment is being increased from $15.00 per acre to $30.00 per acre.

Attached is a tentative agenda for the meeting. Should you have any questions, please contact Carl Christensen, Supervisory Civil Engineer, at (520) 723-6203.

Attachment

# A G E N D A

## FACT FINDING COMMITTEE MEETING

December 16, 2004

- Picacho Reservoir Inlet Channel and Outlet Channel
- San Carlos Reservoir Area Capacity Table
- China Wash Flume Repairs
- Current Delinquent Payments from Pima Agency and San Carlos Irrigation and Drainage District (SCIDD) for 2005 Assessment
- Deferred Maintenance
- San Carlos Irrigation Project (SCIP) Joint Works Revised Proposed Assessment for FY 2006 and Budgets thru FY 2010
- Discussion of Concerns by SCIDD, Gila River Irrigation and Drainage District (GRIDD), and Pima Agency