# IRRIGATION DIVISION BUDGET
# SAN CARLOS IRRIGATION PROJECT

Prepared by: C Christensen, SCIP
Date: 6/22/04

| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Tentative 2007 | Tentative 2008 |
|---|---|---|---|---|---|---|---|---|
| UNOBLIGATED CASH: | | | | | | | | |
| | $4,677,772 | $4,501,241 | $3,827,973 | $2,597,248 | *$4,350,000 | $1,900,000 | $1,050,000 | $700,000 |
| INCOME: | | | | | | | | |
| Assessment Assessed | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $3,000,000 | $1,500,000 | 2,000,000 | $2,440,000 |
| Assessment Delinquent | | | | | | | | |
| Indian Works | | | | $500,000 | | | | |
| SCIDD | | | $1,000,000 | $1,500,000 | | | | |
| Assessment Collected | $2,000,000 | $2,000,000 | $1,000,000 | $2,000,000 | $1,500,000 | $2,000,000 | $2,440,000 | $2,600,000 |
| Interest | 289,681 | 76,642 | 145,523 | 39,214 | 35,000 | 45,000 | 45,000 | 35,000 |
| Miscellaneous | 43,523 | 66,299 | 59,871 | 60,852 | 45,000 | 45,000 | 45,000 | 45,000 |
| Surplus Sales | | 195,700 | | | 40,000 | 10,000 | 10,000 | 10,000 |
| Overpumping | 281,520 | | 75,616 | 463,282 | 300,000 | 200,000 | 100,000 | |
| SUBTOTAL INCOME | 614,724 | 338,641 | 281,010 | 563,348 | 420,000 | 300,000 | 200,000 | 90,000 |
| Total Income | $2,614,724 | $2,338,641 | $1,281,010 | $2,563,348 | $1,920,000 | $2,300,000 | $2,640,000 | $2,690,000 |
| OBLIGATIONS: | | | | | | | | |
| Personnel | $1,249,760 | $1,152,499 | $1,092,445 | $1,070,000 | $1,020,000 | $970,000 | $920,000 | $920,000 |
| Power for Pumping | 536,475 | 630,810 | 481,698 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Services | 659,285 | 651,354 | 619,213 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Gila Commissioner | 373,331 | 342,181 | 85,910 | 460,000 | 375,000 | 395,000 | 415,000 | 425,000 |
| Supplies | 163,634 | 139,311 | 235,866 | 200,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Equipment | 27,198 | 81,272 | 7,297 | 10,000 | 10,000 | 80,000 | 10,000 | 60,000 |
| Land & Structures | | | | | 260,000 | | | |
| Utilities | 69,092 | 78,811 | 64,321 | 75,000 | 50,000 | 50,000 | 50,000 | 60,000 |
| Travel | 6,727 | 8,151 | 8,179 | 1,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| TOTAL OBLIGATIONS | $3,085,502 | $3,084,389 | $2,594,929 | $2,816,000 | $2,870,000 | $2,650,000 | $2,550,000 | $2,620,000 |

* Total if SCIDD and Indian Works pay delinquent payments by 9/30/04

| | | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|---|
| Unobligated Balance | | $2,350,000 | $1,900,000 | $1,050,000 | $700,000 |
| Assessment | Delinquent | 2,000,000 | 1,500,000 | 2,000,000 | 2,440,000 |
| Total Misc. | | 420,000 | 300,000 | 200,000 | 80,000 |
| Total Receivables | | 4,770,000 | 3,700,000 | 3,250,000 | 3,220,000 |
| Total Obligations | | 2,870,000 | 2,650,000 | 2,550,000 | 2,620,000 |
| Carryover to Next FY | | $1,900,000 | $1,050,000 | $700,000 | $600,000 |