# Irrigation Division Operation and Maintenance Budget

## San Carlos Irrigation Project - Joint Works

**$30/acre budget projection**

Prepared by: R. Shaw, BIA
Date: 2/27/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

| ITEM | FY 2006 | | FY 2007 | | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|---|---|---|
| | Original Budget | Prop.Adjusted Budget #1 | Original Budget | Prop.Adjusted Budget #1 | Proposed Budget | Projected Budget | Projected Budget | Projected Budget |
| **UNOBLIGATED CASH:** | | | | | | | | |
| Unoblig. Cash on 10/1: | $3,813,187 | $4,053,255 | $3,481,087 | $4,999,255 | $5,557,255 | $4,760,255 | $5,036,255 | $4,039,255 |
| Deoblig. Cash from Prior Year UDOs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TOTAL UNOBLIGATED CASH | $3,813,187 | $4,053,255 | $3,481,087 | $4,999,255 | $5,557,255 | $4,760,255 | $5,036,255 | $4,039,255 |
| **INCOME:** | | | | | | | | |
| Assessment Collections for Next FY ($/Acre) | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $31.00 | |
| Assessment Collections for Next FY | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $3,100,000 | |
| Assessment Collections for This FY | $0 | $2,000,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest | $19,000 | $90,000 | $19,000 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 |
| Excess Pumping | | $0 | $0 | $100,000 | $100,000 | $100,000 | $100,000 | $100,000 |
| Miscellaneous | $34,000 | $34,000 | $34,000 | $34,000 | $34,000 | $34,000 | $34,000 | $34,000 |
| TOTAL INCOME | $3,053,000 | $5,124,000 | $3,053,000 | $3,234,000 | $3,234,000 | $3,234,000 | $3,334,000 | $234,000 |
| **TOTAL CASH AND INCOME** | $6,866,187 | $9,177,255 | $6,534,087 | $8,233,255 | $8,791,255 | $7,994,255 | $8,370,255 | $4,273,255 |
| **OBLIGATIONS:** | | | | | | | | |
| Personnel (boc 11) & Benefits (boc 12) | $970,000 | $920,000 | $1,000,000 | $1,021,000 | $1,052,000 | $1,083,000 | $1,115,000 | $1,149,000 |
| Travel (boc 21) | $8,000 | $5,000 | $8,250 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| Utilities (boc 23 less power for pumping) | $70,000 | $45,000 | $72,100 | $76,000 | $79,000 | $81,000 | $83,000 | $86,000 |
| Power for Pumping (boc 23 for 51030) | $520,000 | $619,000 | $546,000 | $619,000 | $619,000 | $619,000 | $619,000 | $619,000 |
| Services (boc 25 less Gila Water Commissioner) | $495,000 | $570,000 | $510,300 | $443,000 | $606,000 | $470,000 | $634,000 | $498,000 |
| Gila Water Commissioner (boc 25) | $385,000 | $365,000 | $404,300 | $376,000 | $387,000 | $399,000 | $411,000 | $423,000 |
| Supplies (boc 26) | $215,000 | $168,000 | $222,000 | $101,000 | $104,000 | $107,000 | $110,000 | $113,000 |
| Equipment (boc 31) | $80,000 | $66,000 | $10,000 | $33,000 | $12,000 | $42,000 | $225,000 | $89,000 |
| Land & Structures & Special Projects (boc 32) | $640,000 | $1,418,000 | $761,700 | $0 | $1,165,000 | $150,000 | $1,127,000 | $50,000 |
| Deferred Maintenance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other (boc 22, 24 & 42) | $2,100 | $2,000 | $2,200 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| TOTAL OBLIGATIONS | $3,385,100 | $4,178,000 | $3,536,850 | $2,676,000 | $4,031,000 | $2,958,000 | $4,331,000 | $3,034,000 |
| **SINKING FUNDS AND RESERVE (SF&R) CASH:** | | | | | | | | |
| Heavy Equipment | $262,000 | $6,000 | $522,000 | $35,000 | $85,000 | $126,000 | $4,000 | $7,000 |
| Well Replacement | $0 | $0 | $330,000 | $500,000 | $0 | $531,000 | $0 | $563,000 |
| China Wash Flume Rehab/Replacement | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| SCR Arch Survey of Drawdown Zone | $55,000 | $0 | $0 | $75,000 | $0 | $75,000 | $0 | $75,000 |
| Cash Reserve | $846,275 | $600,000 | $884,213 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 |
| SUBTOTAL SF&R CASH: | $1,163,275 | $606,000 | $1,736,213 | $1,210,000 | $685,000 | $1,332,000 | $604,000 | $1,245,000 |
| **TOTAL OBLIGATIONS AND SF&R CASH:** | $4,548,375 | $4,784,000 | $5,273,063 | $3,886,000 | $4,716,000 | $4,290,000 | $4,935,000 | $4,279,000 |
| **END OF YEAR CASH:** | | | | | | | | |
| Cash Less Total Obligations (TO) | $3,481,087 | $4,999,255 | $2,997,237 | $5,557,255 | $4,760,255 | $5,036,255 | $4,039,255 | $1,239,255 |
| Cash Less TO and Next Year Assessment | $481,087 | $1,999,255 | -$2,763 | $2,557,255 | $1,760,255 | $2,036,255 | $939,255 | $1,239,255 |
| Cash Less TO, Next Year Assess. and SF&R Cash | -$682,188 | $1,393,255 | -$1,738,976 | $1,347,255 | $1,075,255 | $704,255 | $335,255 | -$5,745 |