UNITED STATES GOVERNMENT

# memorandum

DATE: SEP 13 2006

REPLY TO ATTN OF: Carl A. Christensen, Supervisory Civil Engineer, Irrigation Division

SUBJECT: SCIDD Board Meeting – September 12, 2006

TO: Robert E. Carolin, Project Manager, San Carlos Irrigation Project

I met with the SCIDD Board of Directors between 11:00 A.M. and 11:20 A.M. Tudesday, September 12, 2006.

Attending the meeting were board members: Mike Urton, Dennis Bagnall, Donnie England, Emmitt Rankin, Justin Roberts, Jamie Shaw; SCIDD Staff: Douglas Mason, Theresa Lara, SCIDD Attorney, Riney Salmon.

I passed out copy of the 2006 Irrigation Budget for the month of August, which was discussed by the group.

Discussed the current storage at 225,000 acre-feet in the San Carlos Reservoir. SCIDD board unanimously did not want apportionment increased by more than 0.35 acre-feet per acre for the remainder of the calendar year. I told board I have been in contact with Larry Nelson, Indian Works, and Larry agrees with an increase of 0.35 acre-feet per acres. I told board that I will recommend 0.35 to Western Regional Director at a point when the Reservoir quits increasing in storage, which will probably be within two to three weeks.

Told board we will be holding site visit at China Wash for prospective bidders this Friday, September 15, 2006. Western Regional Office will try to analyze bids and ward repair contact prior to September 30, 2006.

Discussed with board the proposed surplus sales of the American dragline and the Preistman excavator, which they concurred to sell both.

Carl Christensen

*U.S. Government Printing Office: 1991 — 281-782/40126

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114