United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
WESTERN REGION
P.O. Box 10
Phoenix, Arizona 85001

TAKE PRIDE® IN AMERICA

IN REPLY REFER TO:

Division of Natural Resources
(602) 379-6789

RECEIVED FEB - 3 2006

FEB 0 2 2006

San Carlos Irrigation and Drainage District
Attn: Mr. Doug Mason, Manager
P.O. Box 218
Coolidge, Arizona 85228

Re: Notice of Due Date for 2006 Operation and Maintenance (O&M) Assessment And Notice to Terminate Irrigation Water Deliveries for Nonpayment of 2006 O&M Assessment

Dear Mr. Mason:

On January 30, 2006, the U.S. Department of the Interior issued Bill No. 02006000000001 (copy enclosed) to the San Carlos Irrigation and Drainage District (SCIDD) for the 2006 O&M assessment owed to the San Carlos Irrigation Project Joint Works (SCIP), reflecting the Repayment Contract due date of March 1, 2005, and the alternate due date of March 1, 2006. Penalties in the amount indicated in the Repayment Contract will begin to accrue if the 2006 O&M assessment is not paid by the alternate due date of March 1, 2006. The 2006 O&M assessment of $1.5 million is based on the $30/acre rate for 50,000 assessable acres in SCIDD established by the Assistant Secretary for Indian Affairs by Federal Register Notice dated August 8, 2005 (Federal Register Notice, Vol. 70, No. 151, p. 45740).

If SCIDD does not pay the 2006 O&M assessment by the alternate due date of March 1, 2006, I have directed the Project to terminate irrigation water deliveries to SCIDD at 8 a.m. on March 2, 2006. For the following reasons, I have determined that public safety, protection of trust resources, or other public exigency require that this decision be made effective immediately. See 25 CFR Part 2.6(a). First, SCIDD's failure to pay the 2006 O&M assessment would place the Project at risk. The Project's irrigation operations are funded one-half by assessments collected from SCIDD and one-half from the Project Indian Works. Second, failure by SCIDD to make its assessment payment for 2006 would place the Project in a position to violate the Anti-Deficiency Act. Finally, if the Project does not have sufficient funds to operate in 2006, Project water deliveries to the Indian Works and the associated Indian trust lands on the Gila River Indian Reservation may be impaired.

If you have any questions or would like to discuss this matter further, please contact my staff, Ms. Cathy Wilson, at (602) 379-6789.

Sincerely,

/s/ Allen I. Anspach

Acting Regional Director

Enclosure

cc: Project Manager
Phoenix Field Solicitor
✓Riney Salmon