# FY 2006 IRRIGATION BUDGET

**Prepared by: Carl Christensen**
**Date: 02/02/06**
**Months Elapsed This Fiscal Year: 33%**

| | Budget | January | Income & Obligations As Percent of Budget |
|---|---|---|---|
| Unobligated Cash: Beginning 10/01/05 | 3,813,187 | 3,523,999 | |
| Unobligated Cash: Ending 09/30/06 | 3,481,087 | 4,922,108 | |
| ***Summation Income:*** | | | |
| Indian Works (Overpumping) | | | |
| Interest | 19,000 | 105,258 | 554 |
| Miscellaneous | 20,000 | 11,052 | 55 |
| FY 2006 Assessment * | 3,000,000 | 1,500,000 | 50 |
| Total Income | 3,039,,000 | 1,616,310 | 53 |
| **Balance Undelivered Orders:** | | | |
| FY 2005 Services | | 110,078 | |
| ***Summation Obligations:*** | | | |
| Personnel | 970,000 | 298,942 | 31 |
| Travel | 8,000 | 619 | |
| Utilities | 70,000 | 6,422 | 9 |
| Power for Pumping | 520,000 | 28,895 | 6 |
| Services | 495,000 | 276,288 | 56 |
| Water Commissioner | 385,000 | | |
| Supplies | 215,000 | 117,431 | 55 |
| Equipment | 80,000 | 701 | 1 |
| China Wash** | 260,000 | | |
| Well Replacement | 640,000 | | |
| Other | 2,000 | 43 | 2 |
| Total Obligations | 3,645,000 | 729,341 | 20 |

* SCIDD - $1,500,000 due May 15, 2005
IW - $1,500,000 due October 1, 2005 – Paid 1/13/06

** Carryover from 2005