**United States Department of the Interior**
BUREAU OF INDIAN AFFAIRS
WESTERN REGIONAL OFFICE
P.O. BOX 10
PHOENIX, ARIZONA 85001

TAKE PRIDE IN AMERICA

IN REPLY
REFER TO:

Division of Natural Resources
(602) 379-6789

FEB 28 2006

MAR - 1 2006

By Telefax and First Class Mail

Mr. Riney Salmon
2850 East Camelback Road, Suite 200
Phoenix, Arizona 85016

Re: San Carlos Irrigation Project Operation and Maintenance Rate and Assessment

Dear Mr. Salmon:

Thank you for the letter dated February 17, 2006, on behalf of the San Carlos Irrigation and Drainage District (SCIDD) concerning the operation and maintenance (O&M) rate and assessment for Fiscal Year (FY) 2006 and future years for the San Carlos Irrigation Project (Project). When we met on February 13, 2006, I expressed concern about SCIDD's request to continue to receive irrigation water deliveries in 2006, and SCIDD's continuing refusal to pay the Project's FY 2006 O&M assessment. I invited SCIDD to suggest options, with the understanding that the Project's annual O&M rate was set by, and can only be adjusted by, the Assistant Secretary for Indian Affairs.

In your letter dated February 17, 2006, there are several allegations of fact which are inaccurate or incomplete, and in which I do not concur. However, I do not find it necessary to respond in detail to these factual allegations in order to respond to the specific requests in your letter.

You request on behalf of SCIDD that the Project: (1) credit SCIDD $547,500 from the O&M payment it made under protest in FY 2005 and apply this credit to the FY 2006 O&M assessment; (2) credit SCIDD an additional $500,000 from the Project cash reserves for FY 2006; and (3) accept a cash payment from SCIDD in the amount of $452,000 on March 1, 2006. You further request that the 2007 O&M rate be set at $20 an acre, and that the Project meet with the affected water users in the near future to reach agreement on an O&M rate for 2008 before July 2006. I offer the following responses and observations concerning your requests.

First, I am told that the national irrigation O&M billing and collection system used by the Bureau of Indian Affairs does not currently have the capability to credit funds from a previous year's assessment collection and apply the credit to a current year's O&M assessment. This type of an

action would appear to be a rate reduction which would require approval of the Assistant Secretary for Indian Affairs under our current system.

Second, based on my recent review of the Project income, expenditures, and obligations, I do not believe that the request by SCIDD to credit an amount from one year's assessment collection and apply such an amount to SCIDD's FY 2006 O&M assessment is justified, as there are outstanding O&M activities which the Project will need to perform with the funds associated with these requested credits. For example, the Project's O&M activities include a well replacement program (approximately $400-500,000 per well at two wells replaced every other year), a well abandonment program (estimated costs yet to be determined), reconstruction of Picacho inlet/outlet channel ($59,000), a condition assessment study directed by the Assistant Secretary for Indian Affairs ($100,000), and repair of China Wash Flume ($350,000).

Third, I have reiterated my instructions to the Project to terminate irrigation water deliveries to SCIDD on March 2, 2006, at 8 a.m., if SCIDD does not pay its FY 2006 O&M assessment in full by close of business on March 1, 2006.

Fourth, the Assistant Secretary for Indian Affairs intends to establish the 2007 O&M rate for the Project at $30/acre, and it is my understanding that the publication of this rate in the Federal Register is imminent. Based on my review of the Project's fiscal reports, I believe that a $30/acre O&M rate for 2007 is appropriate. Enclosed please find a copy of the Project's summary spreadsheet for FY 2006-2011 showing at the O&M rate of $30/acre the actual and projected collections, cash and income, total obligations, sinking funds and emergency reserve, and surplus cash. The summary spreadsheet indicates that a $30/acre O&M rate provides the most stability for managing the Project's O&M obligations through FY 2011. You will recall that in December 2004 at a Fact Finding Meeting, the Project provided a summary spreadsheet projecting that the $30/acre O&M rate was likely to remain constant through 2010. If the Project were to reduce the O&M rate to $20/acre or $25/acre in 2006 or 2007, the Project would have to engage in deficit spending and then increase the rate to $33/acre or $34/acre for FY 2008-2010 in order to meet Project O&M obligations. As described below, more detailed documentation of this summary spreadsheet will soon be provided to the Project water users for review and discussion.

Fifth, during the last two weeks, my staff and I have been reviewing the Project's income, expenditures, and obligations from 2005 to the present, as well as the Project's anticipated income, expenditures, and obligations through 2011. This information has been formulated into a detailed spreadsheet format which the Project used and maintained up through the development of the FY 2005 O&M budget. Due to management issues associated with staffing changes at the Project, this detailed budget spreadsheet format was not maintained by the Project during the last two years. I have corrected this situation.

In addition, I have asked the Project to review this detailed budget information with the affected water users at a Fact Finding meeting in March 2006 to discuss the Project's FY 2008 O&M budget and assessment rate. This detailed budget information is based on the best information available to the Project, and displays the O&M activities which the Bureau of Indian Affairs believes are important or required to be completed over time. Later this week, the Project's

water users will receive a copy of the detailed budget spreadsheet and notebook, and an invitation to attend a Fact Finding meeting to be hosted by the Project Manager, Mr. Robert Carolin.

Finally, the Bureau of Indian Affairs has been criticized in audits and program reviews for delivering irrigation water to water users who do not pay their annual O&M assessments. The controlling statute and related documents governing the relationship between the Project and SCIDD reserve to the Secretary of the Interior or his agent the right to refuse to deliver water to any one delinquent in paying O&M charges. The Project has been delivering irrigation water to SCIDD for five months of the current fiscal year and for two months of the current calendar year even though SCIDD has not yet paid any of its FY 2006 O&M assessment. Based on the information available to me about the Project's O&M budget, including the information provided to me by SCIDD, I believe it is appropriate to reaffirm my decision to terminate irrigation water deliveries to SCIDD for nonpayment of the FY 2006 O&M assessment.

Please remember that the Bureau of Indian Affairs is subject to the Debt Collection Improvement Act, and payments which are delinquent for 180 days are required to be referred to the U.S. Department of Treasury for collection.

I look forward to working with you, SCIDD, the SCIP Indian Works, and the Gila River Indian Irrigation and Drainage District in the upcoming months concerning the Project's FY 2008 O&M budget to ensure that adequate input from all users is received as the budget is developed.

Sincerely,

Acting Regional Director

Enclosure