# FY 2006 IRRIGATION BUDGET

Prepared by: Carl Christensen
Date: 03/09/06
Months Elapsed This Fiscal Year: 42%

| | Budget | February | Summation 10/01/05-02/28/06 | Income & Obligations As Percent of Budget |
|---|---|---|---|---|
| Unobligated Cash: Beginning | 4,053,255 10/01/05 | | 4,922,108 01/31/06 | |
| Unobligated Cash: Ending | 3,481,087 09/30/06 | | 4,789,338 02/28/06 | |
| ***Summation Income:*** | | | | |
| Indian Works (Overpumping) | | | | |
| Interest | 19,000 | | 105,258 | 554 |
| Miscellaneous | 20,000 | 15 | 11,067 | 55 |
| FY 2006 Assessment * | 3,000,000 | | 1,500,000 | 50 |
| Total Income | 3,039,000 | 15 | 1,616,325 | 53 |
| ***Balance Undelivered Orders:*** | | | | |
| FY 2005 Services | | | 11,078 | |
| ***Summation Obligations:*** | | | | |
| Personnel | 970,000 | 69,737 | 368,679 | 38 |
| Travel | 8,000 | 197 | 859 | 11 |
| Utilities | 70,000 | 871 | 7,292 | 10 |
| Power for Pumping | 520,000 | | 28,895 | 6 |
| Services | 495,000 | 55,179 | 332,467 | 67 |
| Water Commissioner | 385,000 | | | |
| Supplies | 215,000 | 12,992 | 130,423 | 61 |
| Equipment | 80,000 | | 701 | 1 |
| China Wash** | 260,000 | | | |
| Well Replacement | 640,000 | | | |
| Other | 2,000 | | 43 | 2 |
| Subtotal Obligations | 3,645,000 | 138,976 | 868,359 | 24 |
| Deobligations | | -6,191 | | |

SCIDD - $1,500,000 due May 15, 2005 – Paid 3/1/06
IW - $1,500,000 due October 1, 2005 – Paid 1/13/06
** Carryover from 2005

4,922,108
+ 15
- 138,976
+ 6,191

4,789,338