# SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT

PO BOX 218
COOLIDGE, ARIZONA 85228

J. MICHAEL URTON, PRESIDENT
EMMIT RANKIN, SECRETARY
DENNIS BAGNAL
STEVEN M. DALEY
DONALD ENGLAND, JR
JIM PATE
JUSTIN ROBERTS
JAMES SHAW

DOUGLAS D. MASON
GENERAL MANAGER

THERESA LARA
BUSINESS MANAGER

TELEPHONE
(520) 723-5408
FAX
(520) 723-7965

March 1, 2006

Bob Carolin
Project Engineer
San Carlos Irrigation Project
P.O. Box 250
Coolidge, Arizona 85228

Dear Mr. Carolin:

Per the Regional Director's February 02, 2006 letter the attached check for $1,500,000 is being paid under protest for the O&M assessment for fiscal year 2006.

Sincerely

Douglas D. Mason
General Manager

DDMason:lml

**1601 SAN CARLOS IRRIGATION & DRAINAGE DISTRICT**
P.O BOX 218
COOLRIDGE, AZ 85228

5512

PAY TO THE ORDER OF SAN CARLOS IRRIGATION PROJECT ---------- DATE 3-1-06

91-229-1221

ONEMILLION FIVEHUNDRED THOUSAND AND NO/100---------- $1,500,000.00

BANK ONE.
Bank One, Arizona, NA
Municipal Banking (739)
Phoenix, Arizona

WARRANT DOLLARS

FOR 2006 ASSESSMENT UNDER PROTEST

[redacted] [redacted]

CO1002P2 DEPARTMENT OF THE INTERIOR - BUREAU OF INDIAN AFFAIRS 20060301
CO1002M3 NATIONAL IRRIGATION INFORMATION MANAGEMENT SYSTEM 15:42:23

C O U N T E R R E C E I P T

PROJECT: SAN CARLOS IRRIGATIO
OPERATION AND MAINTENANCE

| BILL NUMBER | AMOUNT PAID |
|---|---|
| 2006000000001 | 1,500,000.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BILLED TO:
SAN CARLOS IRRIG/DRAINAGE DIST
P.O. BOX 218

COOLIDGE AZ 85228

PAID BY : SCIDD
TOTAL RECEIVED: 1500000.00
CHECK NUMBER : 5512
RECEIPT DATE : 03/01/2006

Lucy A. Dage

AUTHORIZED COLLECTOR