UNITED STATES GOVERNMENT

# memorandum

DATE: FEB 0 2 2006

Allen J. Anspach

REPLY TO ATTN OF: Acting Western Regional Director
Division of Natural Resources, MS 460

SUBJECT: San Carlos Irrigation and Drainage District – Outstanding 2005 Debt

TO: Project Manager, San Carlos Irrigation Project

Recently, there has been extensive discussion by your office, my office, the Central Office Irrigation/Power/Safety of Dams (IPSOD) program, and the Solicitor's Office concerning the irrigation operation and maintenance (O&M) billing issues relating to San Carlos Irrigation and Drainage District (SCIDD) for 2005, 2006, and 2007. The purpose of this memorandum is to confirm the policy decisions made on these issues in consultation with the Solicitor's Office, and to request that you take immediate steps to direct your staff to implement the pertinent policy decisions. Although there may be other ways to address the policy decisions in this matter, the policy decisions outlined below were chosen as the best way to address this matter. Based on legal guidance from the Solicitor's Office on these issues, no question exists as to our authority to implement these policy decisions.

2005 Outstanding Debt – It is my understanding that the outstanding SCIDD debt for 2005 is approximately $7525.00. For the following reasons, the policy decision concerning this outstanding debt is that the Project should initiate a journal entry to cancel the 2005 outstanding debt as an erroneous penalty due to an administrative error. First, BIA initially billed SCIDD for the 2005 assessment based on a $20/acre rate rather than the correct $30/acre assessment. Second, the 2005 rate for the SCIP-Joint Works was not published as final in the Federal Register until April 2004, two months after the 2005 O&M bill for SCIDD was due as provided in the Repayment Contract between SCIDD and the United States. Third, SCIDD filed a lawsuit against the United States early in calendar year 2005 challenging the 2005 O&M rate, and this litigation was pending throughout calendar year 2005. The lawsuit was recently dismissed from the U.S. District Court in Arizona and may be re-filed in the U.S. Court of Claims in the future. For all of these reasons, it may be difficult to defend the collection of this outstanding debt if it were to be referred to the U.S. Treasury Department.

2006 O&M Assessment – The 2006 O&M rate for the SCIP-Joint Works was published as final in the Federal Register on August 8, 2005. The invoice for the 2006 O&M assessment was recently mailed to SCIDD and reflects a due date of March 1, 2005, and an alternate due date of March 1, 2006. Penalties will begin to accrue on any unpaid portion of this invoice after March 1, 2006, rather than the May 15, 2005, date contained in the Repayment Contract between SCIDD and the United States. The basis for this consideration on the penalties is the late Federal Register Notice establishing the 2006 O&M rate, and the lawsuit referenced above which was pending in U.S. District Court

until recently. Under separate cover, I have sent a letter to SCIDD advising them of the consequences of nonpayment of the 2006 O&M assessment. If SCIDD does not pay its 2006 assessment in full by March 1, 2006, I am directing you to terminate irrigation water deliveries to SCIDD effective March 2, 2006, at 8 a.m.

2007 O&M Assessment – The invoice to SCIDD for the 2007 O&M assessment will be issued on or about March 1, 2006, in accordance with the terms of the Repayment Contract, and penalties and interest will begin to accrue on May 15, 2006, in accordance with the Repayment Contract. It is my understanding that the publication of the Federal Register Notice establishing the 2007 O&M rate for the SCIP-Joint Works is imminent.

If you have any questions, or would like to discuss this, please contact Cathy Wilson at 602-379-6789.