F

**SALMON, LEWIS & WELDON, P.L.C.**
Attorneys at Law

Riney B. Salmon II, P.C.
John B. Weldon, Jr.
Lisa M. McKnight
James R. Huntwork
Ronnie P. Hawks
Kristin D. Magin
Maxine M. Becker

2850 E. Camelback Road, Suite 200
Phoenix, Arizona 85016
Telephone 602-801-9060
Facsimile 602-801-9070

M. Byron Lewis
Stephen E. Crofton
Mark A. McGinnis
Karen S. Gaylord
Elizabeth M. Behnke
Rebecca C. Goldberg
Douglas J. Kunath

*Of Counsel*
Richard N. Morrison
Janis L. Bladine

*Writer's Direct Line*
(602) 801-9061
*Writer's Internet Address*
rbs@slwplc.com

November 1, 2007

Allen Anspach
Western Regional Director
Bureau of Indian Affairs
Western Regional Office
400 N. 5th Street
14th Floor, P.O. Box 10
Phoenix, Arizona 85001

Re: Unauthorized Back Charge to Project FY 2007 Irrigation Operation and Maintenance Budget

Dear Mr. Anspach:

This letter shall serve as the San Carlos Irrigation and Drainage District's formal objection to a $2 million back charge to the San Carlos Irrigation Project's FY 2007 operation and maintenance budget. This is nothing less than a calculated attempt to spend down a large portion of the Project's $4 million cash reserves to better position the Project in defending the pending lawsuit by the District over the Project maintaining excessive cash reserves.

On October 9, 2007, Carl Christensen appeared before the District Board of Directors and presented an irrigation budget update for September 2007 showing the $2 million back charge as the Project's water users purported share of a new $8 million office building. A copy of this September update is enclosed. The Board lost no time in objecting to this totally unauthorized retroactive charge to the 2007 budget year that had ended about a week earlier on September 30, 2007. The District's General Manager, Doug Mason, had earlier on October 4, 2007 during a deposition in the lawsuit similarly objected to this back charge pointing out that putting this cost in the 2007 budget had never been discussed with or approved by the District and was in no way justified on a need or cost basis.

There are many reasons why the $2 million back charge is unjustified putting aside for the moment the ulterior motive existing here. For starters, the Bureau of Indian Affairs cannot when it feels like it go back into closed annual budgets and "rearrange" the numbers to suit its purposes. This violates all underlying principles of a budget proposed in advance, discussed

with the District and approved by the District on behalf of the District water users. A new office building costing millions of dollars is also not a normal operation and maintenance expense but a capital betterment requiring the approval of the District Board of Directors under the Repayment Contract of 1931. The Board has not given approval for any such cost expenditure much less had the opportunity to obtain the facts on the necessity for and the cost/benefit of such an expensive building.

The decision to back-charge the water users $2 million in the 2007 budget for an unauthorized and unjustified office building is contrary to Department of Interior regulations, a breach of the Repayment Contract with the District, and an affront to the lawsuit by the District pending against the United States in the United States Court of Federal Claims. The District insists that the back charge be reversed and the $2 million reinstated to cash reserves. Please respond to this letter in writing prior to the next Board of Directors meeting of the District on November 13, 2007. Thank you for your cooperation. If you need any further information I can supply please let me know.

Very truly yours,

Salmon, Lewis & Weldon, P.L.C.

By [signature]
Riney B. Salmon II

RBS:aga

cc: San Carlos Drainage and Irrigation District
Brian Bowker, San Carlos Irrigation Project Manager
Board of Directors, San Carlos Irrigation and Drainage District
Jennifer K. Giff, Senior Counsel, Gila River Indian Community
Gary Parker, Manager, Gila River Indian Irrigation and Drainage District
Kirk T. Manhardt, Department of Justice
Daniel L. Jackson, Office of the Solicitor, Phoenix Field Office

# FY 2007 IRRIGATION BUDGET

Prepared by: Carl Christensen
Date: 10/1/07
Months Elapsed This FY: 100%

| | Budget | September | FY Summation | Income & Obligations As Percent of Budget |
|---|---|---|---|---|
| Unobligated Cash: Beginning | 4,558,612<br>10/1/06 | | 4,478,190<br>8/31/07 | |
| Unobligated Cash: Ending | 4,500,000<br>9/30/07 | | 2,134,904<br>9/30/2007 | |
| **Summation Income:** | | | | |
| Indian Works (Overpumping) | | | | |
| Interest | 150,000 | | 245,174 | 163% |
| Miscellaneous | 155,000 | 5 | 55,680 | 36% |
| O&M Assessment* | 3,050,000 | | 2,000,000 | 66% |
| Total Income | 3,355,000 | 5 | 2,300,854 | 69% |
| **Balance Undelivered Orders:** | | | | |
| FY 2006 Services | | | | |
| **Summation Obligations:** | | | | |
| Personnel** | 1,091,000 | 12 | 947,254 | 87% |
| Travel | 5,000 | | 816 | 16% |
| Utilities + Rent + Equipment | 76,000 | 1,921 | 35,601 | 47% |
| Power for Pumping | 619,000 | 479,158 | 509,577 | 82% |
| Services | 422,000 | 110,727 | 617,204 | 146% |
| Water Commissioner | 376,000 | | 389,441 | 104% |
| Supplies | 113,000 | 145,611 | 301,723 | 267% |
| Equipment | 33,000 | | 3,176 | 10% |
| Well Replacement & Abandonment*** | 675,000 | 2,000,000 | 2,345,297 | 347% |
| Subtotal Obligations | 3,410,000 | 2,737,429 | 5,150,089 | 151% |

| | Cash |
|---|---|
| 8/31/2007 | 4,478,190 |
| Obligation | (1,764,836) |
| Income | 5 |
| Disbursement | (578,455) |
| 9/30/2007 | 2,134,904 |

* 2007 Assessment:
IW Paid $500,000 on 6/29/07
SCIDD Paid $1,500,000 on 02/27/07

* 2008 Assesment:
IW Owes $1,050,000 - Due 10/01/07
SCIDD Owes $1,050,000 - Due 05/15/07

** Includes accrual to 9/30/07

*** Includes Coolidge Dam, San Carlos Reservoir & New Office Building

# Irrigation Division - Unobligated Cash

| | FY 1996 | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash |
| **September** | 4,373,099 | 2,600,123 | 4,047,697 | 5,018,352 | 5,248,467 | 4,677,772 | 4,501,241 | 3,827,873 | 2,597,348 | 2,586,687 | 4,053,255 | 4,558,612 |
| **October** | 4,087,906 | 2,666,370 | 4,621,890 | 6,185,337 | 5,353,454 | 4,505,835 | 4,342,848 | 3,798,786 | 2,464,801 | 2,464,007 | 4,028,008 | 4,446,509 |
| **November** | 3,846,090 | 2,529,480 | 4,518,021 | 6,015,349 | 5,253,978 | 4,347,710 | 4,092,340 | 3,427,756 | 3,324,194 | 2,357,167 | 3,838,638 | 4,345,160 |
| **December** | 3,554,743 | 2,593,101 | 4,378,700 | 5,837,829 | 4,915,626 | 4,453,995 | 3,988,315 | 3,320,093 | 3,191,633 | 2,063,024 | 3,523,999 | 4,142,294 |
| **January** | 3,291,153 | 2,389,395 | 5,075,787 | 5,528,652 | 4,529,920 | 4,412,561 | 3,720,047 | 3,134,584 | 2,943,254 | 1,981,864 | 4,922,108 | 4,258,532 |
| **February** | 3,224,021 | 2,260,487 | 4,800,532 | 5,532,555 | 4,344,681 | 5,293,544 | 4,459,766 | 2,926,173 | 2,847,866 | 1,814,575 | 4,789,338 | 5,478,737 |
| **March** | 3,104,654 | 3,682,278 | 4,667,891 | 5,307,254 | 4,089,778 | 5,042,326 | 4,227,756 | 2,804,115 | 3,097,327 | 2,823,229 | 6,185,813 | 5,229,759 |
| **April** | 3,003,917 | 3,690,228 | 4,508,415 | 5,276,513 | 4,071,809 | 4,978,827 | 4,062,288 | 2,791,049 | 3,025,972 | 3,090,023 | 6,032,932 | 5,144,27[illegible] |
| **May** | 2,644,665 | 5,130,953 | 4,367,667 | 6,825,208 | 4,892,897 | 5,383,288 | 4,929,908 | 2,636,102 | 3,943,316 | 4,963,669 | 5,998,065 | 5,056,[illegible] |
| **June** | 2,602,887 | 4,721,069 | 5,319,308 | 6,140,746 | 4,754,545 | 5,099,137 | 4,393,401 | 3,375,437 | 3,371,997 | 4,590,746 | 5,792,200 | 5,171,496 |
| **July** | 2,443,994 | 4,559,762 | 5,167,802 | 5,877,896 | 5,467,374 | 4,965,184 | 4,267,473 | 3,144,307 | 3,248,253 | 4,279,377 | 5,531,968 | 4,827,821 |
| **August** | 2,143,580 | 4,145,267 | 5,417,339 | 5,536,047 | 5,179,536 | 4,580,456 | 4,022,981 | 3,038,332 | 2,992,919 | 4,184,173 | 5,255,122 | 4,478,190 |
| **September** | 2,600,123 | 4,047,697 | 5,018,352 | 5,248,467 | 4,677,772 | 4,501,241 | 3,827,873 | 2,597,348 | 2,586,687 | 4,051,569 | 4,558,612 | 2,134,904 |