# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
WESTERN REGION
400 North 5th Street
Two Arizona Center – 12th Floor
Phoenix, Arizona 85004

TAKE PRIDE IN AMERICA

IN REPLY REFER TO:
Division of Natural Resources
MS 460

NOV 29 2007

RECEIVED
DEC - 1 2007
BY: RBS

Mr. Riney Salmon
2850 E. Camelback Road, #200
Phoenix, Arizona 85016

Dear Mr. Salmon:

This responds to your letter dated November 1, 2007, objecting on behalf of the San Carlos Irrigation and Drainage District (SCIDD) to the proposal of the San Carlos Irrigation Project (Project) to use $2.0 million of irrigation operation and maintenance (O&M) collections to pay a share of the new building construction for the Project. Upon further consideration, the Project has revised its proposed building plans and will not use Project irrigation O&M collections for this purpose. In the event that Project irrigation employees are housed in the new building in the future, a reasonable rental charge will be included in the Project's annual irrigation O&M budget.

Thank you for sharing SCIDD's concerns on this matter. If you have any questions or require further clarification, please contact Ms. Cathy Wilson, Chief, Division of Natural Resources, at (602) 379-6789.

Sincerely,

Matt W Craig

Acting Regional Director

cc: Phoenix Field Solicitor
Project Manager, San Carlos Irrigation Project