# FY 2008 IRRIGATION BUDGET

Prepared by: Carl Christensen
Date: 3/03/08
Months Elapsed This FY: 42%

| | Budget | February | FY Summation | Income & Obligations As Percent of Budget |
|---|---|---|---|---|
| Unobligated Cash: Beginning | 4,134,904<br>10/1/07 | | 3,173,862<br>1/31/08 | |
| Unobligated Cash: Ending | 4,292,356<br>9/30/08 | | 4,133,127<br>2/29/08 | |
| **Summation Income:** | | | | |
| Indian Works (Overpumping) | 100,000 | | | |
| Interest | 100,000 | | 104,504 | 105% |
| Miscellaneous | 60,000 | 5 | 4,525 | 8% |
| O&M Assessment* | 2,100,000 | 1,050,000 | 1,050,000 | 50% |
| Total Income | 2,360,000 | 1,050,005 | 1,159,029 | 49% |
| **Balance Undelivered Orders:** | | | | |
| FY 2007 Services | | | 545,721 | |
| **Summation Obligations:** | | | | |
| Personnel | 1,147,000 | 73,253 | 428,835 | 37% |
| Travel | 6,000 | (5) | 30 | 1% |
| Utilities + Rent + Equipment | 59,000 | (320) | 24,496 | 42% |
| Power for Pumping | 619,000 | | | 0% |
| Services | 627,000 | 6,960 | 200,197 | 32% |
| Water Commissioner | 465,000 | | 107,867 | 23% |
| Supplies | 159,000 | 14,200 | 65,155 | 41% |
| Equipment | 12,000 | | | 0% |
| Land & Structure | 250,000 | | | 0% |
| Subtotal Obligations | 3,344,000 | 94,088 | 826,580 | 25% |

* 2008 Assesment:
IW Owes $1,050,000 - Due 10/01/2007
SCIDD PAID $1,050,000 on 02/29/2007

2009 Assessment:
IW Owes $1,050,000 - Due 10/01/2008
SCIDD Owes $1,050,000 Due 03/01/2008

| | Cash |
|---|---|
| 1/31/2008 | 3,173,862 |
| Obligation | 105,938 |
| Income | 1,050,005 |
| Disbursement | (196,678) |
| 2/29/2008 | 4,133,127 |

# Irrigation Division - Unobligated Cash

| | FY 1996 Unobligated Cash | FY 1997 Unobligated Cash | FY 1998 Unobligated Cash | FY 1999 Unobligated Cash | FY 2000 Unobligated Cash | FY 2001 Unobligated Cash | FY 2002 Unobligated Cash | FY 2003 Unobligated Cash | FY 2004 Unobligated Cash | FY 2005 Unobligated Cash | FY 2006 Unobligated Cash | FY 2007 Unobligated Cash | FY 2008 Unobligated Cash |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **September** | 4,373,099 | 2,600,123 | 4,047,697 | 5,018,352 | 5,248,467 | 4,677,772 | 4,501,241 | 3,827,873 | 2,597,348 | 2,586,687 | 4,053,255 | 4,558,612 | 2,134,904 |
| **October** | 4,087,906 | 2,666,370 | 4,621,890 | 6,185,337 | 5,353,454 | 4,505,835 | 4,342,848 | 3,798,786 | 2,464,801 | 2,464,007 | 4,028,008 | 4,446,509 | 1,610,757 |
| **November** | 3,846,090 | 2,529,480 | 4,518,021 | 6,015,349 | 5,253,978 | 4,347,710 | 4,092,340 | 3,427,756 | 3,324,194 | 2,357,167 | 3,838,638 | 4,345,160 | 1,406,800 |
| **December** | 3,554,743 | 2,593,101 | 4,378,700 | 5,837,829 | 4,915,626 | 4,453,995 | 3,988,815 | 3,320,093 | 3,191,633 | 2,063,024 | 3,523,999 | 4,142,294 | 1,208,631 |
| **January** | 3,291,153 | 2,389,395 | 5,075,787 | 5,528,652 | 4,529,920 | 4,412,561 | 3,720,047 | 3,134,584 | 2,943,254 | 1,981,864 | 4,922,108 | 4,258,532 | 3,173,862 |
| **February** | 3,224,021 | 2,260,487 | 4,800,532 | 5,532,555 | 4,344,681 | 5,293,544 | 4,459,766 | 2,926,173 | 2,847,866 | 1,814,575 | 4,789,338 | 5,478,737 | 4,133,127 |
| **March** | 3,104,654 | 3,682,278 | 4,667,891 | 5,307,254 | 4,089,778 | 5,042,326 | 4,227,756 | 2,804,115 | 3,097,327 | 2,823,229 | 6,185,813 | 5,229,759 | |
| **April** | 3,003,917 | 3,690,228 | 4,508,415 | 5,276,513 | 4,071,809 | 4,978,827 | 4,062,288 | 2,791,049 | 3,025,972 | 3,090,023 | 6,032,932 | 5,144,275 | |
| **May** | 2,644,665 | 5,130,953 | 4,367,667 | 6,825,208 | 4,892,897 | 5,383,288 | 4,929,908 | 2,636,102 | 3,943,316 | 4,963,669 | 5,998,065 | 5,056,622 | |
| **June** | 2,602,887 | 4,721,069 | 5,319,308 | 6,140,746 | 4,754,545 | 5,099,137 | 4,393,401 | 3,375,437 | 3,371,997 | 4,590,746 | 5,792,200 | 5,171,496 | |
| **July** | 2,443,994 | 4,559,762 | 5,167,802 | 5,877,896 | 5,467,374 | 4,965,184 | 4,267,473 | 3,144,307 | 3,248,253 | 4,279,377 | 5,531,968 | 4,827,821 | |
| **August** | 2,143,580 | 4,145,267 | 5,417,339 | 5,536,047 | 5,179,536 | 4,580,456 | 4,022,981 | 3,038,332 | 2,992,919 | 4,184,173 | 5,255,122 | 4,478,190 | |
| **September** | 2,600,123 | 4,047,697 | 5,018,352 | 5,248,467 | 4,677,772 | 4,501,241 | 3,827,873 | 2,597,348 | 2,586,687 | 4,051,569 | 4,558,612 | 2,134,904 | |