San Carlos Irrigation Project - Joint Works
Irrigation Division
Operation & Maintenance Budget

Prepared by R Shaw, BIA, 5/19/2006
Modified by A Riggs, BIA, 12/12/2006

| ITEM | FY 1999 Original Budget | FY 1999 Inc &Oblig. End of Year | FY 2000 Original Budget | FY 2000 Inc &Oblig End of Year | FY 2001 Original Budget | FY 2001 Inc.&Oblig End of Year | FY 2002 Original Budget | FY 2002 Inc &Oblig End of Year | FY 2003 Original Budget | FY 2003 Inc &Oblig. End of Year |
|---|---|---|---|---|---|---|---|---|---|---|
| UNOBLIGATED CASH: | | | | | | | | | | |
| Unoblig Cash on 10/1: | $5,018,352 | $5,018,352 | $5,102,000 | $5,303,866 | $4,332,000 | $4,677,772 | $3,652,111 | $4,501,241 | $3,480,064 | $3,827,873 |
| Deoblig Cash from Prior Year UDOs | | $164,607 | | $277,444 | | $366,522 | $0 | $69,076 | $100,000 | $8,804 |
| TOTAL UNOBLIGATED CASH | $5,018,352 | $5,182,959 | $5,102,000 | $5,581,310 | $4,332,000 | $5,044,294 | $3,652,111 | $4,570,317 | $3,580,064 | $3,944,172 |
| INCOME: | | | | | | | | | | |
| Assessment Collections Next FY ($/Acre) | $28.29 | $28.29 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $10.00 |
| Total Assessment Collections Next FY | $2,829,000 | $2,829,100 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $1,000,000 |
| Assessment Collections Next FY (GRIDD) | | | | | | | | | | |
| Assessment Collections Next FY (SCIDD) | | | | | | | | | | |
| Unpaid Assessment Collections This FY (GRIDD) | | | | | | | | | | |
| Unpaid Assessment Collections This FY (SCIDD) | | | | | | | | | | |
| Interest | $360,000 | $431,228 | $380,000 | $352,334 | $310,000 | $289,681 | $162,500 | $76,642 | $185,000 | $145,523 |
| Excess Pumping | | $0 | | $248,723 | | $281,520 | | $0 | | $75,616 |
| Miscellaneous | $69,648 | $217,631 | $40,000 | $70,437 | $40,000 | $2,312 | $40,000 | $263,618 | $38,500 | $129,778 |
| TOTAL INCOME | $3,258,646 | $3,477,959 | $2,420,000 | $2,671,494 | $2,350,000 | $2,573,513 | $2,202,500 | $2,340,250 | $2,223,500 | $1,350,917 |
| TOTAL CASH AND INCOME | $8,277,000 | $8,660,918 | $7,522,000 | $8,252,805 | $6,682,000 | $7,617,807 | $5,854,611 | $6,910,576 | $5,803,564 | $5,295,089 |
| OBLIGATIONS: | | | | | | | | | | |
| Personnel (boc 11) & Benefits (boc 12) | $1,530,000 | $1,358,314 | $1,302,000 | $1,241,944 | $1,340,000 | $1,249,760 | $1,295,000 | $1,152,498 | $1,249,000 | $1,092,445 |
| Travel (boc 21) | $15,000 | $11,058 | $16,000 | $11,422 | $16,000 | $6,727 | $16,000 | $8,151 | $16,000 | $8,179 |
| Utilities (boc 23 less power for pumping) | $48,000 | $65,949 | $50,000 | $82,421 | $52,000 | $69,092 | $94,000 | $78,811 | $66,000 | $64,321 |
| Power for Pumping (boc 23 for 51030) | $500,000 | $553,484 | $700,000 | $568,116 | $700,000 | $536,475 | $541,000 | $630,810 | $433,000 | $481,698 |
| Services (boc 25 less Gila Water Commissioner) | $600,000 | $785,256 | $359,436 | $964,412 | $342,904 | $659,265 | $643,000 | $651,354 | $901,900 | $619,213 |
| Gila Water Commissioner (boc 25) | | | $320,564 | | $357,096 | $373,331 | $346,000 | $342,181 | $86,100 | $85,910 |
| Supplies (boc 26) | $230,000 | $227,754 | $260,000 | $398,850 | $260,000 | $163,634 | $176,000 | $139,311 | $201,000 | $235,866 |
| Equipment (boc 31) | $140,000 | $288,686 | $180,000 | $123,550 | $100,000 | $27,196 | $65,000 | $81,272 | $116,000 | $7,297 |
| Land & Structures & Special Projects (boc 32) | $110,000 | $61,874 | $0 | $116,504 | $200,000 | $75,953 | $0 | $0 | $0 | $0 |
| Deferred Maintenance | | | | | | | | | | |
| Other (boc 22, 24 & 42) | $2,000 | $3,041 | $2,000 | $460 | $2,000 | $3,501 | $2,000 | $13,930 | $2,000 | $0 |
| TOTAL OBLIGATIONS | $3,175,000 | $3,355,416 | $3,190,000 | $3,507,679 | $3,370,000 | $3,164,958 | $3,178,000 | $3,098,319 | $3,071,000 | $2,594,929 |
| SINKING FUNDS AND RESERVE (SF&R) CASH: | | | | | | | | | | |
| Heavy Equipment | $685,000 | $744,000 | $665,000 | $687,318 | $725,000 | $673,450 | $789,000 | $431,000 | $535,450 | $436,000 |
| Well Replacement | $300,000 | $300,000 | $600,000 | $600,000 | $900,000 | $900,000 | $1,200,000 | $1,200,000 | $1,200,000 | $750,000 |
| China Wash Flume Rehab/Replacement | | | | | $0 | $0 | $0 | $117,000 | $234,000 | $234,000 |
| SCR Arch Survey of Drawdown Zone | | | | | | | | | | |
| Emergency Reserve | $453,000 | $453,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 | $600,000 |
| SUBTOTAL SF&R CASH: | $1,438,000 | $1,497,000 | $1,865,000 | $1,887,318 | $2,225,000 | $2,173,450 | $2,589,000 | $2,348,000 | $2,569,450 | $2,020,000 |
| TOTAL OBLIGATIONS AND SF&R CASH: | $4,613,000 | $4,852,416 | $5,055,000 | $5,394,997 | $5,595,000 | $5,338,408 | $5,767,000 | $5,446,319 | $5,640,450 | $4,614,929 |
| END OF YEAR CASH: | | | | | | | | | | |
| Cash Less Total Obligations (TO) | $5,102,000 | $5,305,502 | $4,332,000 | $4,745,126 | $3,312,000 | $4,452,850 | $2,676,611 | $3,812,257 | $2,732,564 | $2,700,160 |
| Cash Less TO and Next Year Assessment | $2,273,000 | $2,476,402 | $2,332,000 | $2,745,126 | $1,312,000 | $2,452,850 | $676,611 | $1,812,257 | $732,564 | $1,700,160 |
| Cash Less TO, Next Year Assess and SF&R Cash | $835,000 | $979,402 | $467,000 | $857,808 | -$913,000 | $279,400 | -$1,912,389 | -$535,743 | -$1,836,886 | -$319,840 |

| ITEM | FY 2004 Original Budget | FY 2004 Inc.&Oblig. End of Year | FY 2005 Original Budget | FY 2005 Inc &Oblig. End of Year | FY 2006 Original Budget | FY 2006 Inc.&Oblig End of Year | FY 2007 Original Budget | FY 2007 Adjusted Budget | FY 2007 As Of 11/30/06 | FY 2008 Proposed Budget | FY 2009 Projected Budget | FY 2010 Projected Budget | FY 2011 Projected Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNOBLIGATED CASH: | | | | | | | | | | | | | |
| Unoblig Cash on 10/1: | $2,497,206 | $2,597,248 | $2,586,687 | $2,586,687 | $3,813,187 | $4,558,612 | $3,481,087 | $4,953,758 | $4,345,180 | $3,946,758 | $3,124,758 | $2,760,758 | $2,618,758 |
| Deoblig Cash from Prior Year UDOs | $50,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| TOTAL UNOBLIGATED CASH | $2,547,206 | $2,557,248 | $2,586,687 | $2,586,687 | $3,813,187 | $4,558,612 | $3,481,087 | $4,953,758 | $4,345,160 | $3,946,758 | $3,124,758 | $2,760,758 | $2,618,758 |
| INCOME: | | | | | | | | | | | | | |
| Assessment Collections Next FY ($/Acre) | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $21.00 | $21.00 | $21.00 | $23.00 | $29.00 | |
| Total Assessment Collections Next FY | $3,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | | $3,000,000 | | | | | | | |
| Assessment Collections Next FY (GRIDD) | | | | | $1,500,000 | | $1,500,000 | $1,050,000 | $1,000,000 | $1,050,000 | $1,150,000 | $1,450,000 | |
| Assessment Collections Next FY (SCIDD) | | | | | $1,500,000 | | $1,500,000 | $1,050,000 | | $1,050,000 | $1,150,000 | $1,450,000 | |
| Unpaid Assessment Collections This FY (GRIDD) | | | | | | | | | $500,000 | | | | |
| Unpaid Assessment Collections This FY (SCIDD) | | | | | | | | | $1,500,000 | | | | |
| Interest | $81,000 | $39,214 | $19,000 | $49,644 | $19,000 | $233,249 | $19,000 | $150,000 | $64,897 | $100,000 | $100,000 | $100,000 | $100,000 |
| Excess Pumping | | $463,283 | $0 | $333,216 | | $0 | $0 | $0 | $0 | $100,000 | $100,000 | $100,000 | $100,000 |
| Miscellaneous | $51,500 | $76,829 | $34,000 | $141,434 | $34,000 | $93,300 | $34,000 | $155,000 | $10,800 | $55,000 | $55,000 | $55,000 | $55,000 |
| TOTAL INCOME | $3,132,500 | $3,579,326 | $3,053,000 | $3,524,294 | $3,053,000 | $3,326,549 | $3,053,000 | $2,405,000 | $1,075,697 | $2,355,000 | $2,555,000 | $3,155,000 | $255,000 |
| TOTAL CASH AND INCOME | $5,679,706 | $6,176,574 | $5,639,687 | $6,110,981 | $6,866,187 | $7,885,161 | $6,534,087 | $7,358,758 | $5,420,857 | $6,301,758 | $5,679,758 | $5,915,758 | $2,873,758 |
| OBLIGATIONS: | | | | | | | | | | | | | |
| Personnel (boc 11) & Benefits (boc 12) | $1,267,000 | $934,587 | $1,135,000 | $818,663 | $970,000 | $819,648 | $1,000,000 | $1,091,000 | $162,161 | $1,123,000 | $1,157,000 | $1,191,000 | $1,227,000 |
| Travel (boc 21) | $7,000 | $0 | $7,000 | $3,562 | $8,000 | $2,707 | $8,250 | $5,000 | $140 | $3,000 | $3,000 | $4,000 | $4,000 |
| Utilities (boc 23 less power for pumping) | $83,000 | $30,718 | $67,000 | $26,597 | $70,000 | $26,377 | $72,100 | $76,000 | $4,942 | $79,000 | $81,000 | $83,000 | $86,000 |
| Power for Pumping (boc 23 for 51030) | $439,000 | $484,490 | $500,000 | $348,216 | $520,000 | $437,902 | $546,000 | $619,000 | $26,915 | $619,000 | $619,000 | $619,000 | $619,000 |
| Services (boc 25 less Gila Water Commissioner) | $618,929 | $421,181 | $581,406 | $377,868 | $495,000 | $588,418 | $510,300 | $422,000 | $43,658 | $585,000 | $448,000 | $611,000 | $475,000 |
| Gila Water Commissioner (boc 25) | $367,071 | $459,446 | $367,092 | $363,446 | $385,000 | $362,015 | $404,380 | $376,000 | $0 | $387,000 | $399,000 | $411,000 | $423,000 |
| Supplies (boc 26) | $178,000 | $227,905 | $205,000 | $80,013 | $215,000 | $158,159 | $222,000 | $113,000 | $32,759 | $116,000 | $120,000 | $123,000 | $113,000 |
| Equipment (boc 31) | $32,000 | $6,613 | $52,000 | $2,790 | $80,000 | $43,450 | $10,000 | $33,600 | $184 | $13,000 | $40,000 | $203,000 | $77,000 |
| Land & Structures & Special Projects (boc 32) | $351,000 | $0 | $410,000 | $0 | $640,000 | $492,275 | $761,700 | $675,000 | $0 | $250,000 | $50,000 | $50,000 | $50,000 |
| Deferred Maintenance | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other (boc 22, 24 & 42) | $2,000 | $0 | $2,000 | $0 | $2,100 | $452 | $2,200 | $2,000 | $0 | $2,000 | $2,000 | $2,000 | $2,000 |
| TOTAL OBLIGATIONS | $3,345,000 | $2,564,940 | $3,326,500 | $2,021,177 | $3,385,100 | $2,931,403 | $3,536,850 | $3,412,000 | $270,759 | $3,177,000 | $2,919,000 | $3,297,000 | $3,076,000 |
| SINKING FUNDS AND RESERVE (SF&R) CASH: | | | | | | | | | | | | | |
| Heavy Equipment | $443,950 | $26,975 | $9,844 | $9,844 | $262,000 | $8,000 | $522,000 | $39,000 | $0 | $89,000 | $133,000 | $34,000 | $51,000 |
| Well Replacement | $250,000 | $0 | $0 | $0 | $0 | $300,000 | $330,000 | $0 | $0 | $0 | $0 | $0 | $0 |
| China Wash Flume Rehab/Replacement | $0 | $351,000 | $0 | $351,000 | $0 | $492,275 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| SCR Arch Survey of Drawdown Zone | | $51,500 | $0 | $0 | $55,000 | $0 | $0 | $75,000 | $0 | $0 | $75,000 | $0 | $75,000 |
| Emergency Reserve | $600,000 | $300,000 | $600,000 | $600,000 | $846,275 | $800,000 | $884,213 | $800,000 | $0 | $600,000 | $800,000 | $800,000 | $800,000 |
| SUBTOTAL SF&R CASH: | $1,293,950 | $729,475 | $609,844 | $960,844 | $1,163,275 | $1,600,275 | $1,736,213 | $914,000 | $0 | $689,000 | $1,008,000 | $834,000 | $926,000 |
| TOTAL OBLIGATIONS AND SF&R CASH: | $4,638,950 | $3,294,415 | $3,936,344 | $2,982,021 | $4,548,375 | $4,531,678 | $5,273,063 | $4,326,000 | $0 | $3,866,000 | $3,927,000 | $4,131,000 | $4,002,000 |
| END OF YEAR CASH: | | | | | | | | | | | | | |
| Cash Less Total Obligations (TO) | $2,334,706 | $3,611,634 | $2,313,187 | $4,089,804 | $3,481,087 | $4,953,758 | $2,997,237 | $3,946,758 | $5,150,098 | $3,124,758 | $2,760,758 | $2,618,758 | $202,242 |
| Cash Less TO and Next Year Assessment | -$665,294 | $611,634 | -$686,813 | $1,089,804 | $481,087 | $1,953,758 | $2,997,237 | $3,946,758 | $4,150,098 | $3,124,758 | $2,780,758 | $2,618,758 | -$202,242 |
| Cash Less TO, Next Year Assess and SF&R Cash | -$1,959,244 | -$117,841 | -$1,296,657 | $128,960 | -$682,188 | $353,483 | $1,261,024 | $3,032,758 | $4,150,098 | $2,435,758 | $1,752,758 | $1,784,758 | -$1,128,242 |