8553

**1601 SAN CARLOS IRRIGATION & DRAINAGE DISTRICT**
P.O BOX 218
COOLRIDGE, AZ 85228

DATE 2/27/07

91-229-1221

PAY TO THE ORDER OF SAN CARLOS IRRIGATION PROJECT ------------------------------ $ 1,500,000.00

ONEMILLION FIVEHUNDREDTHOUSAND AND no/100---------------------- DOLLARS

WARRANT

BANK ONE.
Bank One, Arizona, NA
Municipal Banking (739)
Phoenix, Arizona

7 DOM

FOR 2008 ASSESSMENT -UNDER PROTEST

[redacted] [redacted]

04/08/2008 15:02 SCIDD → RINEY NO.488 D02