| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Services - Facilities/Offices** | | | | | | | | |
| The Caleb Company | Renovate shop yard bathroom. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| The Xerox Company | Maint. of copiers at Diesel Plant and Main Office. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Danka Office Imaging Company | Service and maintenance of Duplex copier. | $530 | $546 | $563 | $580 | $597 | $615 | $633 |
| United Exterminating Company | Extermination services for offices. | $424 | $437 | $450 | $464 | $478 | $492 | $507 |
| Tri-Valley Fire Equipment | Service and testing of fire extinguishers. | $424 | $437 | $450 | $464 | $478 | $492 | $507 |
| TeePee Contractors | Remove old fire hydrant & install a new fire hydrant. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Solvent Systems Inc. | Remove waste solvent and refill (1 time/2 months). | $106 | $109 | $113 | $116 | $119 | $123 | $127 |
| Brown Evans Distributing Co. | Remove used motor oil including environ. Fee | $371 | $382 | $394 | $406 | $418 | $430 | $443 |
| Jonovich Companies, Inc. | Service septic tanks at Coolidge Dam & Compound | $743 | $765 | $788 | $811 | $836 | $861 | $887 |
| City of Coolidge | Garbage pickup. | $424 | $437 | $450 | $464 | $478 | $492 | $507 |
| City of Coolidge | Fire protection services. | $106 | $109 | $113 | $116 | $119 | $123 | $127 |
| Nextira Telecommunications | Service phone system. | $637 | $656 | $675 | $696 | $716 | $738 | $760 |
| Brutinnel Plumbing | Plumbing repairs. | $212 | $219 | $225 | $232 | $239 | $246 | $253 |
| Other (Air Compressors Inc, Al & Rileys etc.) | Misc service to AC units, shop equip., bf valve test, servicing welders, small engine service, computer service, removal of waste oil, service overhead cranes, service water filtering, system, carpet cleaning etc. | $5,305 | $5,464 | $5,628 | $5,796 | $5,970 | $6,149 | $6,334 |
| Subtotal: | | $9,283 | $9,561 | $9,848 | $10,144 | $10,448 | $10,761 | $11,084 |
| **Services - Heavy Equip./Vehicles** | | | | | | | | |
| Kirk's Tire's Sales Service | Buy, mount & repair vehicle & heavy equip. tires. | $4,986 | $5,136 | $5,290 | $5,449 | $5,612 | $5,780 | $5,954 |
| Florence Express Lube, | Preventative maintenance vehicles. | $637 | $656 | $675 | $696 | $716 | $738 | $760 |
| Walt Ludgwig's etc. | | | $0 | $0 | $0 | $0 | $0 | $0 |
| AAA Transmission | Transmission work. | $2,122 | $2,185 | $2,251 | $2,319 | $2,388 | $2,460 | $2,534 |
| Baker Machinery, Chandler | AC service & repair, radiator service, axles & | $8,487 | $8,742 | $9,004 | $9,274 | $9,552 | $9,839 | $10,134 |
| Radiator etc. | housings etc. | | $0 | $0 | $0 | $0 | $0 | $0 |
| Coolidge Collision Center, | Miscellaneous body work. | $2,122 | $2,185 | $2,251 | $2,319 | $2,388 | $2,460 | $2,534 |
| Desert Body Restorations. | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Coolidge Glass & Mirror, | Window replacement. | $1,061 | $1,093 | $1,126 | $1,159 | $1,194 | $1,230 | $1,267 |
| Long Star Auto etc. | | | $0 | $0 | $0 | $0 | $0 | $0 |
| Sunsource | Hydraulic cylinder work. | $3,289 | $3,387 | $3,489 | $3,594 | $3,702 | $3,813 | $3,927 |
| Offroad Unlimited, Stinger Welding etc. | Miscellaneous services. | $1,273 | $1,311 | $1,351 | $1,391 | $1,433 | $1,476 | $1,520 |
| Subtotal: | | $23,976 | $24,696 | $25,436 | $26,200 | $26,986 | $27,795 | $28,629 |
| **Services - Employees** | | | | | | | | |
| CDL physicals | Annual CDL physicals for 16 employees. | $1,440 | $1,483 | $1,528 | $1,574 | $1,621 | $1,669 | $1,719 |
| CDL exams | CDLs for 3 employees. (Renew 5 yrs) | $106 | $109 | $113 | $116 | $119 | $123 | $127 |
| National Safety Council (AZ Chapter) | CPR Annual training. | $530 | $546 | $563 | $580 | $597 | $615 | $633 |
| Training Contractors | Various training. | $9,548 | $4,000 | $4,120 | $4,244 | $4,371 | $4,502 | $4,637 |
| Employee Assistance Program | Counseling, financial and legal services. | $530 | $546 | $563 | $580 | $597 | $615 | $633 |
| EEO | Discrimination complaints | $1,061 | $1,093 | $1,126 | $1,159 | $1,194 | $1,230 | $1,267 |
| Adecco Employment Service* | Temporary employee to pay bills. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| OPM | Reduction-in-force services. | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal: | | $13,216 | $7,778 | $8,011 | $8,252 | $8,499 | $8,754 | $9,017 |
| Total: | | $450,472 | $574,765 | $421,908 | $584,416 | $447,298 | $610,567 | $474,234 |
| Budget: | | | $575,000 | $422,000 | $585,000 | $448,000 | $611,000 | $475,000 |

Notes:

2 1. A line was added to the draft 2 budget (4/20/06) to cover Randy Shaw's assistance to SEW in FY 2006.

# Irrigation Division - Gila Water Commissioner (GWC) Assessment
**DRAFT 2**

Prepared by: R. Shaw, BIA
Date: 4/20/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

Acres Assess‹ 102,090.50 acres

| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| GWC Assess ($/acre) | $1.70 | $3.49 | $3.57 | $3.57 | $3.68 | $3.79 | $3.90 | $4.02 | $4.14 |
| Amount Assessed | $173,554 | $356,296 | $364,463 | $364,463 | $375,397 | $386,659 | $398,259 | $410,206 | $422,513 |
| Budget | | | | $365,000 | $376,000 | $387,000 | $399,000 | $411,000 | $423,000 |

# Irrigation Division - Supplies
**DRAFT 2**

Prepared by: R. Shaw, BIA
Date: 4/20/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

Assumed Annual Inflation Rate: 3%

| Company | Description | FY 2005 Original Budget | FY 2006 Adjusted Budget 1 | FY 2007 Adjusted Budget 1 | FY 2008 Draft Budget | FY 2009 Projected Budget | FY 2010 Projected Budget | FY 2011 Projected Budget |
|---|---|---|---|---|---|---|---|---|
| **Supplies - System O&M** | | | | | | | | |
| Lumber and hardware companies | Lumber, fasteners, tools, cable, grease etc. | $5,000 | $5,150 | $5,305 | $5,464 | $5,628 | $5,796 | $5,970 |
| Helena Chemical Company | Herbicide | | $12,000 | $12,360 | $12,731 | $13,113 | $13,506 | |
| Waterman Industries | turnout gates (2/year) | $1,910 | $1,000 | $1,030 | $1,061 | $1,093 | $1,126 | $1,159 |
| Paint & related companies | paint & related supplies for gates & dams etc. | $10,079 | $2,000 | $2,060 | $2,122 | $2,185 | $2,251 | $2,319 |
| Flow Gage companies | fabrication of flow gages | $318 | $328 | $338 | $348 | $358 | $369 | $380 |
| United Metro | Concrete, sand, ABC, gravel etc. | $1,591 | $1,639 | $1,688 | $1,739 | $1,791 | $1,845 | $1,900 |
| Propane companies | propane for burning weeds & backup generators | $637 | $656 | $675 | $696 | $716 | $738 | $760 |
| Other companies | padlocks, signs, sandbags, chainsaws etc | $530 | $546 | $563 | $580 | $597 | $615 | $633 |
| Subtotal: | | $20,065 | $23,319 | $24,018 | $24,739 | $25,481 | $26,246 | $13,122 |
| **Supplies - Wells** | | | | | | | | |
| Keller Equipment Company | Well motors (16) | | | | | | | |
| William I. Horlick Company | Well starter panels(15~00, 7~01, 7~03, 7~04) | $36,177 | $70,000 | $0 | $0 | $0 | $0 | $0 |
| Union Distribution Company | Drip oil (8,000 gal/year) | $24,507 | $20,000 | $20,600 | $21,218 | $21,855 | $22,510 | $23,185 |
| Kelly Pipe, Weber, Simflow | column pipe, tubing, shafting etc inventory | $31,827 | $0 | $0 | $0 | $0 | $0 | $0 |
| Weber, | Replacement bowls | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Zia Electric, | Elect. Meter panels | $2,652 | $0 | $0 | $0 | $0 | $0 | $0 |
| Layne Christensen, Kelly Pipe, | Machined parts, fence parts, conc.mix, couplings, butterfly valves | $9,548 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal: | | $104,711 | $90,000 | $20,600 | $21,218 | $21,855 | $22,510 | $23,185 |
| **Supplies - Facilities/Shops** | | | | | | | | |
| Brown's Welding | Welding supplies | $3,925 | $2,000 | $2,060 | $2,122 | $2,185 | $2,251 | $2,319 |
| Plumbing, Fence, Lube Companys | Misc supplies for fencing, plumbing and shops | $637 | $656 | $675 | $696 | $716 | $738 | $760 |
| Other companies | Custodial supplies | $849 | $874 | $900 | $927 | $955 | $984 | $1,013 |
| Subtotal: | | $5,411 | $3,530 | $3,636 | $3,745 | $3,857 | $3,973 | $4,092 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Supplies - Equipment/Vehicles** | | | | | | | | |
| Union Distribution Company | Unleaded bulk purchases. | $16,974 | $17,484 | $18,008 | $18,548 | $19,105 | $19,678 | $20,268 |
| Miscellaneous Service Stations | Unleaded fuel for vehicles and car washes | $4,244 | $10,000 | $10,300 | $10,609 | $10,927 | $11,255 | $11,593 |
| Phoenix Fuel Company | Diesel bulk purchases. | $9,548 | $15,000 | $15,450 | $15,914 | $16,391 | $16,883 | $17,389 |
| Brown Evans Distributing | Oil bulk | $530 | $546 | $563 | $580 | $597 | $615 | $633 |
| Heavy equipment and auto parts companies | Engine parts, brakes, oil filters, anti-freeze etc. | $21,218 | $10,000 | $10,300 | $10,609 | $10,927 | $11,255 | $11,593 |
| Miscellaneous Transport/Shipping | Includes freight | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other companies | glass and mirrors, floor mats, seat cushions etc. | $637 | $656 | $675 | $696 | $716 | $738 | $760 |
| Subtotal: | | $53,151 | $53,686 | $55,296 | $56,955 | $58,664 | $60,424 | $62,236 |
| | | | | | | | | |
| **Supplies - Employees** | | | | | | | | |
| Safety supply companies | safety shoes, safety glasses etc. | $6,365 | $4,000 | $4,120 | $4,244 | $4,371 | $4,502 | $4,637 |
| Other | Subscriptions, books, manuals, keys, archaeological field supplies, water coolers etc. | $1,061 | $1,093 | $1,126 | $1,159 | $1,194 | $1,230 | $1,267 |
| Subtotal: | | $7,426 | $5,093 | $5,246 | $5,403 | $5,565 | $5,732 | $5,904 |
| | | | | | | | | |
| **Supplies - Office** | | | | | | | | |
| Office supply companies | Paper, copier toner, pens, paper clips etc. | $2,652 | $3,000 | $3,090 | $3,183 | $3,278 | $3,377 | $3,478 |
| Computer and Software companies | Printer ink, software etc. | $530 | $546 | $563 | $580 | $597 | $615 | $633 |
| Other | | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal: | | $3,183 | $3,546 | $3,653 | $3,762 | $3,875 | $3,991 | $4,111 |
| | | | | | | | | |
| Total: | | $193,946 | $179,173 | $112,449 | $115,822 | $119,297 | $122,876 | $112,651 |
| Budget: | | | $180,000 | $113,000 | $116,000 | $120,000 | $123,000 | $113,000 |

Notes:

1. Herbicide was not included in the draft 1 budget (3/27/06) and was added to the draft 2 budget (4/20/06).

# Irrigation Division - Equipment
**DRAFT 2**

Prepared by: R. Shaw, BIA
Date: 4/20/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

Assumed Annual Inflation Rate: 3%

| Vehicles and Heavy Equipment | Estimated Cost as of 3/24/03 | Irrig.'s Portion of Cost* | Estimated Irrig. Cost as of 3/24/03 | FY 2004 Adjusted Budget #1 | FY 2005 Original Budget | FY 2006 Adjusted Budget 1 | FY 2007 Adjusted Budget 1 | FY 2008 Draft Budget | FY 2009 Projected Budget | FY 2010 Projected Budget | FY 2011 Projected Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pickups 4x4 1/2 ton | $17,500 | 100% | $17,500 | 1 | 2 | 1 | 1 | | | 1 | 0 |
| Pickups 4x4 3/4 ton (diesel) | $24,000 | 100% | $24,000 | | 0 | 1 | | 0 | 1 | | 1 |
| Truck 1 ton (diesel) | $30,000 | 20% | $6,000 | | | 1 | | | | | |
| Service Truck | $75,000 | 20% | $15,000 | | | | | | | | |
| Tractor L-9000 (transporting activities) | $90,000 | 50% | $45,000 | | | | | | | | |
| Tractor L-8000 (hauling activities) | $60,000 | 50% | $30,000 | | | | | | | | |
| Autocar (hauling activities) | $70,000 | 50% | $35,000 | | | | | | | 0 | 1 |
| International Water Truck | $70,000 | 50% | $35,000 | | | | | | | | |
| 619 Cat Water Pull | $80,000 | 100% | $80,000 | | | | | | | | |
| Gradall XL 5100 | $150,000 | 100% | $150,000 | | | | | | | 1 | |
| VC-20 Priestman Excavator | $90,000 | 100% | $90,000 | | | | | | | | |
| 631B Cat Scraper (@ Whiteriver) | $130,000 | 100% | $130,000 | | | | | | | | |
| 14H Cat Grader/Sloper | $150,000 | 100% | $150,000 | | | | | | | | |
| 672B John Deere Grader | $80,000 | 100% | $80,000 | | | | | | | | |
| 772B John Deere Sloper/Grader | $250,000 | 100% | $250,000 | | | | | | | | |
| Clement End Dump (25-ton) | $60,000 | 100% | $60,000 | | | | | | 0 | | |
| Dump Truck (15-ton) | $80,000 | 100% | $80,000 | | | | | | | | |
| Cat 436C Backhoe | $100,000 | 75% | $75,000 | | | | | | | | |
| Case 580K Backhoe | $80,000 | 100% | $80,000 | | | | | | | | |
| Crane (17-ton)* | $85,000 | 20% | $17,000 | | | | | | | | |
| Dresser 540 Loader | $100,000 | 100% | $100,000 | | | | | | | 0 | |
| Cat IT28F Frontend Loader | $90,000 | 50% | $45,000 | | | | | | | | |
| Bobcat (Small Loader) | $50,000 | 50% | $25,000 | | | | | | | | |
| American Crane 7225 Dragline | $500,000 | 100% | $500,000 | | | | | | | | |
| Weed Burner Trailer | $5,000 | 100% | $5,000 | | | | | | | | |
| Ingersoll-Rand 185 Air Comp.Trailer | $15,000 | 75% | $11,250 | | | | | | | | |
| Trailking Trailer | $60,000 | 50% | $30,000 | | | | | | | | |
| TD-25 International Dozer | $130,000 | 100% | $130,000 | | | | | | | | |
| Komatsu D135A Dozer | $250,000 | 100% | $250,000 | | 0 | | | | | | |
| Subtotal Vehicle & Heavy Equip. Expenses | | | | $18,025 | $37,132 | $51,905 | $19,696 | $0 | $26,225 | $188,523 | $62,593 |

| | FY 2004 Adjusted Budget #1 | FY 2005 Original Budget | FY 2006 Adjusted Budget 1 | FY 2007 Adjusted Budget 1 | FY 2008 Draft Budget | FY 2009 Projected Budget | FY 2010 Projected Budget | FY 2011 Projected Budget |
|---|---|---|---|---|---|---|---|---|
| **Miscellaneous Equipment** | | | | | | | | |
| Tools (equip. tools, tool boxes, brush hooks, grease pumps, shop equipment, welding equipment, surveying equipment etc.) | $11,330 | $12,020 | $10,000 | $10,300 | $10,609 | $10,927 | $11,255 | $11,593 |
| Office and Building Equipment (AC Unit, drafting equipment, computer cables/cards etc.) | $2,060 | $2,185 | $2,000 | $2,060 | $2,122 | $2,185 | $2,251 | $2,319 |
| Miscellaneous Equipment Expenses | $13,390 | $14,205 | $12,000 | $12,360 | $12,731 | $13,113 | $13,506 | $13,911 |
| Total Expenses | $31,415 | $51,337 | $63,905 | $32,056 | $12,731 | $39,338 | $202,029 | $76,504 |
| Budget | | | $64,000 | $33,000 | $13,000 | $40,000 | $203,000 | $77,000 |

* - Needs concurrence by the Power Division.

# Irrigation Division - Land, Structures & Special Projects
**DRAFT 2**

Prepared by: R. Shaw, BIA
Date: 4/20/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

| Description | FY 2005 Original Budget | FY 2006 Prop.Adj Budget 1 | FY 2007 Prop.Adj Budget 1 | FY 2008 Proposed Budget | FY 2009 Projected Budget | FY 2010 Projected Budget | FY 2011 Projected Budget |
|---|---|---|---|---|---|---|---|
| SRP Flow Measurement Construction | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Office Space | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| China Wash Flume Rehab/Replacement | $351,000 | $358,216 | $0 | $0 | $0 | $0 | $0 |
| Well Replacement (2 wells every other year)* | $0 | $0 | $675,000 | $0 | $0 | $0 | $0 |
| Reconstruct Picacho Inlet/Outlet Channel | $59,000 | $59,000 | $0 | $0 | $0 | $0 | $0 |
| Well Abandonment Project (~40 wells)* | | $0 | $0 | $50,000 | $50,000 | $50,000 | $50,000 |
| JW Condition Assessment Study | | | | $100,000 | | $0 | |
| Area Capacity Table for SC Reservoir | | $0 | $0 | $100,000 | $0 | $0 | |
| Total: | $410,000 | $417,216 | $675,000 | $250,000 | $50,000 | $50,000 | $50,000 |
| Budget: | $410,000 | $418,000 | $675,000 | $250,000 | $50,000 | $50,000 | $50,000 |

* See details at the bottom of this spreadsheet.

Notes:
1. A letter was written to the Gila Water Commissioner asking him for his opinion on the need for updated stage discharge tables and how to fund the work. This work was moved back to FY 2008 in the draft 2 budget (4/20/06) to allow time to resolve this issue with the Gila Water Commissioner.
2. Two wells (wells 24B and 90) were budgeted to be replaced in FY 2006. Due to issues of well location and creating the construction specifications, this work was moved to FY 2007 in the draft 2 budget (4/20/06). After a thorough analysis of well data no other wells were identified that need to be replaced.
3. The well replacement site for well 24B is proposed to be in the vicinity of well 24B. The well replacement site for well 90 is proposed to be around 600 to 800 feet west of well 6C near Ashurst Hayden Dam. A well in the vicinity of Ashurst Hayden Dam would only be about 100 feet deep due to shallow bedrock and the estimated cost of the well would be about $200,000.
4. The amounts budgeted for well abandonment will be refined as the magnitude of the work is better defined in several months. This year and next year regional office staff will assist SCIP in identifying and mapping wells that need proper abandonment. As progress is made in identifying these wells, the information will be given to the SCIP water users.

**Cost Estimate of a Replacement Well**
Estimate Date: 2/24/06
Depth: 1000 ft
Casing 20 inch

| No. | Item | Qty | Unit | Cost | Total |
|---|---|---|---|---|---|
| 1 | Mob/demob drill rig & equipment | 1 | LS | $32,800 | $32,800 |
| 2 | 36" Steel surface casing construction | 1 | LS | $12,000 | $12,000 |
| 3 | 32" Borehole construction | | | | |
| | A. Drill 16-inch pilot hole | 961 | LF | $65 | $62,465 |
| | B. Ream hole to 32-inch | 961 | LF | $40 | $38,440 |
| | C. Lost circulation | 0 | Hr | $300 | $0 |
| 4 | Conduct geophysical logging | 1 | LS | $5,500 | $5,500 |
| 5 | Formation water quality sampling | 5 | Samples | $6,000 | $30,000 |
| 6 | 20-inch low carbon steel (LCS) casing | | | | |
| | A. 20-inch LCS blank well casing, 0.375 wall | 502 | LF | $67 | $33,634 |
| | B. 20-inch LCS louvered well casing, 0.312 wall | 480 | LF | $124 | $59,520 |
| | C. 20-inch LCS casing with a bullnose plug | 20 | LF | $78 | $1,560 |
| | D. Sounding tube with 100 feet of perforations | 600 | LF | $5 | $3,000 |
| 7 | Casing installation | | | | |
| | A. Well casing and screen | 1000 | LF | $12 | $12,000 |
| | B. Sounding tube | 600 | LF | $4 | $2,400 |
| 8 | Annulus materials cost & installation | | | | |
| | A. Bentonite seal | 80 | Cu Ft | $20 | $1,600 |
| | B. Silica sand filter pack (Takna 6x12) | 120 | Ton | $283 | $33,960 |
| | C. Fine silica sand seal | 1 | Ton | $600 | $600 |
| | D. Formation stabilizer | 80 | Ton | $125 | $10,000 |
| | E. Filter pack disinfection | 1 | LS | $700 | $700 |
| | F. Cement grout | 15 | Cu Yd | $325 | $4,875 |
| 9 | Airlift swab & development @ 7 min./ft | 60 | Hr | $300 | $18,000 |
| 10 | Aquifer testing | | | | |
| | A. Furnish, install, remove test pumping monitoring & ancillary equipmnet @ 450 ft | 1 | LS | $11,040 | $11,040 |
| | B. Pump surge development | 12 | Hr | $205 | $2,460 |
| | C. Conduct step-drawdown & constant rate | 36 | Hr | $205 | $7,380 |
| 11 | Plumbness & alignment test | 1 | LS | $4,650 | $4,650 |
| 12 | Furnish downhole television scan | 1 | LS | $1,000 | $1,000 |
| 13 | Unavoidable delays | | | | |
| | A. With crew | 0 | Hr | $300 | |
| | B. Without crew | 0 | Hr | $165 | |
| 14 | Abandon well | 0 | LF | $14 | |
| Subtotal | | | | | $389,584 |
| 15 | Bowl assembly | 1 | LS | $4,500 | $4,500 |
| 16 | 10-inch Column pipe, Shaft and Tubing | 800 | LF | $63 | $50,000 |
| 17 | Motor (150 Hp) | 1 | Ea | $7,000 | $7,000 |
| 18 | Starter Panel | 1 | Ea | $5,000 | $5,000 |
| 19 | Powerline extension | 0.25 | Mile | $75,000 | $18,750 |
| Subtotal | | | | | $85,250 |
| Grandtotal w/o tax | | | | | $474,834 |
| Budget | | | | | $475,000 |

**Well Abandonment Cost Estimate**

1. In a conversation on 3/1/06 with Gary Weesner, SCIP well consultant, the cost for abandoning a well is in the range of $8,000 to $20,000 per year. According to Carl Christensen, SCIP, most of the abandoned wells were drilled only 200 ft to 400 ft deep. Assume a cost of $10,000 per well to abandon a well according to the Arizona Department of Water Resources specifications. Therefore, 4 to five wells per year will be abandoned beginning in FY 2008.

# Irrigation Division - Other
**DRAFT 2**

Prepared by: R. Shaw, BIA
Date: 4/20/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

Assumed Annual Inflation Rate: 3%

| Item | FY 2005 Actual Oblig. | FY 2006 Prop.Adj Budget 1 | FY 2007 Prop.Adj Budget 1 | FY 2008 Proposed Budget | FY 2009 Projected Budget | FY 2010 Projected Budget | FY 2011 Projected Budget |
|---|---|---|---|---|---|---|---|
| Other (boc 22, 24 & 42) | $0 | $1,700 | $1,751 | $1,804 | $1,858 | $1,913 | $1,971 |
| Budget | | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |

| BOC | Title | Description |
|---|---|---|
| 22 | Towing and Transporting | Towing of vehicles, transporting of heavy equipment from agency to agency. |
| 24 | Printing, Reproduction & Film Develop. | Copying, aerial photography etc. |
| 42 | Insurance Claims and Indemnities | Tort claims |

# Irrigation Division - Land, Structures & Special Projects
**DRAFT 2**

Prepared by: R. Shaw, BIA
Dat 4/20/2006

Original Budget: FY 2008
Adjusted Budgets: FY 2006 and FY 2007

| Sinking Fund Accumulation for Vehicles and Heavy Equipment | | | | | | |
|---|---|---|---|---|---|---|
| FY | SF&R Starting Balance | Cash Added | SF&R Balance | Equipment Expense Budget | SF&R Ending Balance Budget | Budget |
| 1999* | $585,000 | $240,000 | $825,000 | $87,000 | $738,000 | |
| 2000 | $738,000 | $120,000 | $858,000 | $123,550 | $734,450 | |
| 2001 | $734,450 | $40,000 | $774,450 | $101,000 | $673,450 | |
| 2002 | $673,450 | $20,000 | $693,450 | $89,000 | $604,450 | |
| 2003 | $30,000 | $10,000 | $40,000 | $5,000 | $35,000 | |
| 2004 | $35,000 | $10,000 | $45,000 | $18,025 | $26,975 | |
| 2005 | $26,975 | $20,000 | $46,975 | $37,132 | $9,844 | |
| 2006 | $9,844 | $50,000 | $59,844 | $51,905 | $7,939 | $8,000 |
| 2007 | $7,939 | $50,000 | $57,939 | $19,696 | $38,243 | $39,000 |
| 2008 | $38,243 | $50,000 | $88,243 | $0 | $88,243 | $89,000 |
| 2009 | $88,243 | $70,000 | $158,243 | $26,225 | $132,017 | $133,000 |
| 2010 | $132,017 | $90,000 | $222,017 | $188,523 | $33,494 | $34,000 |
| 2011 | $33,494 | $80,000 | $113,494 | $62,593 | $50,901 | $51,000 |

## 2. Well Replacement Sinking Fund

Notes:

1. The plan which began in 1999, was to add $300,000 per year to a sinking fund for well replacement.
2. Due to issues regarding the splitting of water in drought years, $300,000 was not added to the fund in the FY 2003 budget.
3. In an effort to keep the O&M assessment from rising during the present drought, the $300,000 will not be added to the FY 2004 budget.
4. In FY04, $500,000 was removed from the sinking fund and put in the general budget to prevent an increase in assessment rates.
5. SCIP is planning to resume building the sinking fund in FY05 by adding $300,000 each year.
6. A quote of $389,584 for drilling a 1,000 ft well with 20-inch casing was obtained from a well drilling company in Feb 2006. See the details of the quote on the spreadsheet labeled "Land, Structures & Special Projects". Additional costs for bowls column pipe, tube and shafting etc. result in a cost estimate of $475,000.
7. The cost of replacement wells is escalated 3% each year in the draft 1 budget (3/27/06).
8. After a detailed analysis of well data, only 2 wells were identified as needing replacement. They will be replaced in FY 2007. Future replacements will be funded from emergency reserves and a sinking fund for this item will no longer be needed. Draft 2 of the budget (4/20/06) reflects these changes.

| | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 |
|---|---|---|---|---|---|---|
| Increase | $300,000 | $375,000 | $0 | $0 | $0 | $0 |
| Expenditure | $0 | $675,000 | $0 | $0 | $0 | $0 |
| Balance | $300,000 | $0 | $0 | $0 | $0 | $0 |
| Budget | $300,000 | $0 | $0 | $0 | $0 | $0 |

**3. China Wash Flume Rehab/Replacement**

(Note: Glenn Smoak recommended repairs of China Wash flume commence no later than 2003 or 2004. A sinking fund will be set up to prepare for this expense.

Assumed Annual Inflation Rate: 3%

| FY 2000 Smoak Estimate | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 |
|---|---|---|---|---|---|---|
| $300,000 | $309,000 | $318,270 | $327,818 | $337,653 | $347,782 | $358,216 |

| Fiscal Year | Sinking Fund Balance Beg. of Year | Sinking Fund Amount Added | Sinking Fund Debit | Sinking Fund Balance End of Year | Budget |
|---|---|---|---|---|---|
| 2000 | $0 | | $0 | $0 | $0 |
| 2001 | $0 | | $0 | $0 | $0 |
| 2002 | $0 | $117,000 | $0 | $117,000 | $117,000 |
| 2003 | $117,000 | $117,000 | $0 | $234,000 | $234,000 |
| 2004 | $234,000 | $117,000 | $0 | $351,000 | $351,000 |
| 2005 | $351,000 | $0 | $0 | $351,000 | $351,000 |
| 2006 | $351,000 | $7,216 | $358,216 | $0 | $0 |
| 2007 | $0 | $0 | $0 | $0 | $0 |
| 2008 | $0 | $0 | $0 | $0 | $0 |
| 2009 | $0 | $0 | $0 | $0 | $0 |
| 2010 | $0 | $0 | $0 | $0 | $0 |
| 2011 | $0 | $0 | $0 | $0 | $0 |

**4. San Carlos Reservoir Archaeology Survey of Drawdown Zone**

Note: Money ($110,000) will be obligated every other year for this work.

| Fiscal Year | Sinking Fund Balance Beg. of Year | Sinking Fund Amount Added | Sinking Fund Debit | Sinking Fund Balance End of Year | Budget |
|---|---|---|---|---|---|
| 2005 | $0 | $0 | $0 | $0 | $0 |
| 2006 | $0 | $140,000 | $140,000 | $0 | $0 |
| 2007 | $0 | $75,000 | $0 | $75,000 | $75,000 |
| 2008 | $75,000 | $75,000 | $150,000 | $0 | $0 |
| 2009 | $0 | $75,000 | $0 | $75,000 | $75,000 |
| 2010 | $75,000 | $75,000 | $150,000 | $0 | $0 |
| 2011 | $0 | $75,000 | $0 | $75,000 | $75,000 |

**5. Emergency Reserves**

Notes:

1. An emergency reserve balance of $600,000 was originally established to handle an emergency (I.e. disaster) that may require a large sum of money to remedy.
2. The emergency reserve balance was $300,000 for FY 2004 only. The reduction in the cash reserve is due to a shortage in cash in FY 2004.
3. The emergency reserves were set in the FY 06 and FY 07 budgets to $846,275 and $884,213 respectively. These amounts fell into the upper range of emergency reserves for a Project of this size according to the BIA National Irrigation Handbook. The draft 1 budget adjusted these costs back to $600,000 which is in the middle of the range recommended in the Handbook. Due to significant changes in the well replacement program, the emergency reserve in the draft 2 budget will be set at $800,000 of which $500,000 would fund the immediate replacement of any future well that needs to be replaced. The sinking fund for well replacement will be eliminated from the budget. The replacement of wells 24B and 90 will be paid for with sinking funds.