
SCIP - Equipment
Equipment Budgeted
Equipment Actual
$350,000
$300,000
$250,000
$200,000
$150,000
$100,000
$50,000
$0
FY 1999
FY 2000
FY 2001
FY 2002
FY 2003
FY 2004
FY 2005
FY 2006
FY 2007
FY 2008
FY 2009
FY 2010
FY 2011


SCIP - Land, Structures & Special Projects
$800,000
$700,000
$600,000
$500,000
$400,000
$300,000
$200,000
$100,000
$0
FY 1999
FY 2000
FY 2001
FY 2002
FY 2003
FY 2004
FY 2005
FY 2006
FY 2007
FY 2008
FY 2009
FY 2010
FY 2011
L, S, & SP Budgeted
L, S, & SP Actual