# Notes from Fact Finding Committee Meeting on 5/30/02

5/31/02

1. The meeting began shortly after 10 AM.

2. The attendees were:

| | |
|---|---|
| Mike Urton | SCIDD |
| Walter Holland | SCIDD |
| Riney Salmon | SCIDD |
| Steve Daley | SCIDD |
| Doug Mason | SCIDD |
| Harry Cruye | GRIID (Gila River Indian Irrigation and Drainage District) |
| Nathaniel Percharo | GRIID |
| Wilfred Wellington | GRIID |
| Norbert Stewart | GRIID |
| Jim Hardee | GRIC Office of Water Rights |
| Larry Nelson | Pima Agency |
| Larry McKeighen | Pima Agency |
| Lee Thompson | GRIC Pima Maricopa Irrigation Project |
| Randy Shaw | SCIP Irrigation Division |

3. The agenda was as follows:

Introduction
Proposed Budget Adjustments and the Proposed FY 2004 Budget
Apportionment Update
New Format for the SCIP Daily Water Report
China Wash Flume Replacement Study
Miscellaneous

4. Some notes from the discussion are presented below:

   A. Introduction – All attendees introduced theirselves. I presented a basic explanation for the SCIP, SCIDD and Pima Agency organizations for the attendees that were new to the Fact Finding Committee meeting. The presentation included an explanation for how funds are collected from decreed lands within SCIDD and GRIC. A very brief history of this year's budget process for establishing the FY 2004 assessment rate was presented. The initial proposed rate of $25 per acre was countered by SCIDD with a proposal for a $15 per acre rate. SCIP was countering once again with a draft 2 budget proposal for a $20 per acre rate.

B. Proposed Budget Adjustments and the Proposed FY 2004 Budget – The presentation was preceded by handing out the Draft 2 FY 2004 budget and supporting data, the SCIDD letter to SCIP dated May 21, 2002 and SCIP's response letter to SCIDD dated May 30, 2002. The presentation began by going over each of the edits to the Draft 1 FY 2004 budget that resulted in the Draft 2 FY 2004 budget. (Any mention of the FY 2004 budget in these notes also refers to the proposed budget adjustments for FY 2002 and FY 2003.) SCIDD voiced strong opposition for the funding of the archaeological work at San Carlos Reservoir. The stated that a Federally-mandated study should be funded by Federal funds. SCIP responded by explaining the consequences of losing the litigation and why SCIP's work at San Carlos Reservoir is important. Harry Cruye expressed mild support for SCIDD's position.

a. The well replacement program was discussed. SCIDD was asked to explain the linkage between the way SCIP divides water and wanting the well program abolished. Walter Holland of SCIDD explained that wells should be put where you get the most for the money. If the best aquifer is on the Reservation then they should be put there and water should be divided using a "common water" approach. SCIP asked how SCIDD would deal with an extended drought if this approach was used and the vast majority of wells were on the Reservation. Walter Holland responded "That's a good question." SCIP suggested that SCIDD rethink their position on this issue.

b. Well drilling data was reviewed and the proposed well program for the remainder of this decade was presented. It was met with some cautiously favorable comments by SCIDD. SCIDD stated that the problem of high expenses would still exist in FY 2005 with this approach. GRIC's opinions on the issue were not clear. Harry Cruye suggested that he could get a special appropriation from Washington for drilling wells. SCIDD and Pima Agency expressed concern about this approach in view of the hefty settlement package being presented to Congress.

c. A considerable amount of time was spent discussing SCIDD's concern of high labor costs at SCIP. Portions of the May 30th letter from SCIP to SCIDD were read to the attendees to answer several of the questions. It was pointed out that SCIP has reduced its Irrigation Division from 45 employees to 26 employees since 1994. There was some discussion regarding why Personnel costs have not gone down more than they had due to such a large number of employees leaving. SCIP suggested that it may be to the way employees trickled "out the gate" and COLA's were implemented. Jim Hardee and Larry Nelson suggested that SCIDD give me "the tools" to lower the costs. They reminded SCIDD how difficult it is in dealing with Federal employees that are unionized. Riney Salmon pointed out the sharp contrast in

labor costs when compared with SCIDD on a per mile of canal basis. SCIP mentioned (without going into detail) that there were some problems to SCIDD's approach in this comparison. Mike Urton of SCIDD said that if you divide the number of employees of SCIP's Irrigation Division by the Irrigation Division's labor costs that it results in more than $50,000 per employee. SCIP was surprised that it was that high and had no answer for this comment.

d. All parties were reminded to submit their comments to SCIP no later than June 14th.

C. Apportionment Update – A draft apportionment sheet was passed out to attendees showing that a 0.05 foot increase in the apportionment was possible. Everyone had hoped for a larger increased and were reluctantly amused that all that could be increased was the equivalent of half and inch of water. The parties were invited to study the numbers and get back to SCIP with their comments. No opposition was expressed. Harry Cruye left the meeting after this presentation.

D. New Format for the SCIP Daily Water Report – A copy of the newly proposed format and the existing format were passed around. The discussion was very brief. It was agreed that this was primarily a management tool for SCIP, Doug Mason and Larry Nelson for determining what was happening with their water on a daily basis. No opposition was expressed.

E. China Wash Flume Replacement Study – A recent status report of this study from the Bureau of Reclamation was passed out to the attendees. The discussion was very brief. SCIP said that the plan that seemed to be emerging was the construction of a box culvert under the existing flume without removing the flume. A problem with silting in China Wash and the Gila River at the confluence with China Wash would make it difficult to pass water down China Wash from a 50-year storm event without backing up water upstream of the flume. SCIP told attendees that it was looking into the problem and would be dealing with it shortly.

5. Final Notes

A. The tone of the meeting was congenial. Strong feelings were expressed by several attendees in a professional manner. Several including Mike Urton and Larry McKeighen complemented SCIP on the presentations in the meeting and the professional way the meeting was conducted.