**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-576C<br>(Judge Block)<br><br>**PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT** |

The San Carlos Irrigation and Drainage District ("District"), pursuant to Rule 26, Rules of the United States Court of Federal Claims, hereby submits its Second Supplemental Disclosure Statement. This disclosure is based upon information reasonably available to the District at the time of this filing. The District will supplement this disclosure as new information is discovered.

## I. <u>List of the Documents that Plaintiff Believes May be Relevant to the Subject Matter of this Action</u>

The following documents may be relevant to the subject matter of this action or may lead to the discovery of admissible evidence:

1. SC03029-SC3030 - Carl Christensen, *FY 2008 Irrigation Budget* (March 3, 2008).

2. SC03031 - Check Dated February 27, 2007 from SCIDD to the Project.

3. SC03032 - Operation and Maintenance Charge Notice and Payment Chart FY 1998-2007

DATED this 9th day of April, 2008.

By: /s/ RINEY B. SALMON

Riney B. Salmon II
SALMON, LEWIS & WELDON, P.L.C. 2850 E. Camelback Rd., Suite 200 Phoenix, Arizona 85016
(602) 801-9060 (office)
(602) 801-9070 (facsimile)
*Attorneys for Plaintiff*

# FY 2008 IRRIGATION BUDGET

Prepared by: Carl Christensen
Date: 3/03/08
Months Elapsed This FY: 42%

| | Budget | February | FY Summation | Income & Obligations As Percent of Budget |
|---|---|---|---|---|
| Unobligated Cash: Beginning | 4,134,904 10/1/07 | | 3,173,862 1/31/08 | |
| Unobligated Cash: Ending | 4,292,356 9/30/08 | | 4,133,127 2/29/08 | |
| **Summation Income:** | | | | |
| Indian Works (Overpumping) | 100,000 | | | |
| Interest | 100,000 | | 104,504 | 105% |
| Miscellaneous | 60,000 | 5 | 4,525 | 8% |
| O&M Assessment* | 2,100,000 | 1,050,000 | 1,050,000 | 50% |
| Total Income | 2,360,000 | 1,050,005 | 1,159,029 | 49% |
| **Balance Undelivered Orders:** | | | | |
| FY 2007 Services | | | 545,721 | |
| **Summation Obligations:** | | | | |
| Personnel | 1,147,000 | 73,253 | 428,835 | 37% |
| Travel | 6,000 | (5) | 30 | 1% |
| Utilities + Rent + Equipment | 59,000 | (320) | 24,496 | 42% |
| Power for Pumping | 619,000 | | | 0% |
| Services | 627,000 | 6,960 | 200,197 | 32% |
| Water Commissioner | 465,000 | | 107,867 | 23% |
| Supplies | 159,000 | 14,200 | 65,155 | 41% |
| Equipment | 12,000 | | | 0% |
| Land & Structure | 250,000 | | | 0% |
| Subtotal Obligations | 3,344,000 | 94,088 | 826,580 | 25% |

* 2008 Assesment:
IW Owes $1,050,000 - Due 10/01/2007
SCIDD PAID $1,050,000 on 02/29/2007

2009 Assessment:
IW Owes $1,050,000 - Due 10/01/2008
SCIDD Owes $1,050,000 Due 03/01/2008

| | Cash |
|---|---|
| 1/31/2008 | 3,173,862 |
| Obligation | 105,938 |
| Income | 1,050,005 |
| Disbursement | (196,678) |
| 2/29/2008 | 4,133,127 |

SC 03029

# Irrigation Division - Unobligated Cash

| | FY 1996 | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash | Unobligated Cash |
| **September** | 4,373,099 | 2,600,123 | 4,047,697 | 5,018,352 | 5,248,467 | 4,677,772 | 4,501,241 | 3,827,873 | 2,597,348 | 2,586,687 | 4,053,255 | 4,558,612 | |
| **October** | 4,087,906 | 2,666,370 | 4,621,890 | 6,185,337 | 5,353,454 | 4,505,835 | 4,342,848 | 3,798,786 | 2,464,801 | 2,464,007 | 4,028,008 | 4,446,509 | 2,134,904 |
| **November** | 3,846,090 | 2,529,480 | 4,518,021 | 6,015,349 | 5,253,978 | 4,347,710 | 4,092,340 | 3,427,756 | 3,324,194 | 2,357,167 | 3,838,638 | 4,345,160 | 1,610,757 |
| **December** | 3,554,743 | 2,593,101 | 4,378,700 | 5,837,829 | 4,915,626 | 4,453,995 | 3,988,815 | 3,320,093 | 3,191,633 | 2,063,024 | 3,523,999 | 4,142,294 | 1,406,800 |
| **January** | 3,291,153 | 2,389,395 | 5,075,787 | 5,528,652 | 4,529,920 | 4,412,561 | 3,720,047 | 3,134,584 | 2,943,254 | 1,981,864 | 4,922,108 | 4,258,532 | 1,208,631 |
| **February** | 3,224,021 | 2,260,487 | 4,800,532 | 5,532,555 | 4,344,681 | 5,293,544 | 4,459,766 | 2,926,173 | 2,847,866 | 1,814,575 | 4,789,338 | 5,478,737 | 3,173,862 |
| **March** | 3,104,654 | 3,682,278 | 4,667,891 | 5,307,254 | 4,089,778 | 5,042,326 | 4,227,756 | 2,804,115 | 3,097,327 | 2,823,229 | 6,185,813 | 5,229,759 | 4,133,127 |
| **April** | 3,003,917 | 3,690,228 | 4,508,415 | 5,276,513 | 4,071,809 | 4,978,827 | 4,062,288 | 2,791,049 | 3,025,972 | 3,090,023 | 6,032,932 | 5,144,275 | |
| **May** | 2,644,665 | 5,130,953 | 4,367,667 | 6,825,208 | 4,892,897 | 5,383,288 | 4,929,908 | 2,636,102 | 3,943,316 | 4,963,669 | 5,998,065 | 5,056,622 | |
| **June** | 2,602,887 | 4,721,069 | 5,319,308 | 6,140,746 | 4,754,545 | 5,099,137 | 4,393,401 | 3,375,437 | 3,371,997 | 4,590,746 | 5,792,200 | 5,171,496 | |
| **July** | 2,443,994 | 4,559,762 | 5,167,802 | 5,877,896 | 5,467,374 | 4,965,184 | 4,267,473 | 3,144,307 | 3,248,253 | 4,279,377 | 5,531,968 | 4,827,821 | |
| **August** | 2,143,580 | 4,145,267 | 5,417,339 | 5,536,047 | 5,179,536 | 4,580,456 | 4,022,981 | 3,038,332 | 2,992,919 | 4,184,173 | 5,255,122 | 4,478,190 | |
| **September** | 2,600,123 | 4,047,697 | 5,018,352 | 5,248,467 | 4,677,772 | 4,501,241 | 3,827,873 | 2,597,348 | 2,586,687 | 4,051,569 | 4,558,612 | 2,134,904 | |

5553

1601 SAN CARLOS IRRIGATION & DRAINAGE DISTRICT
P.O BOX 218
COOLRIDGE, AZ 85228

DATE 2/27/07 91-229-1221

PAY TO THE ORDER OF SAN CARLOS IRRIGATION PROJECT ------------------------------ $1,500,000.00

ONEMILLION FIVEHUNDREDTHOUSAND AND no/100------------------------ DOLLARS

WARRANT

BANK ONE.
Bank One, Arizona, NA
Municipal Banking (739)
Phoenix, Arizona

7 DDM

FOR 2008 ASSESSMENT -UNDER PROTEST

⑈[redacted] [redacted]

| Fiscal Year | Fiscal Year Begins | Final Notice of Assessment Due Under Repayment Contract & Arizona Law | Payment Originally Due Under Repayment Contract & First Supplement | Final Notice Published by BIA | Months Late | First Opportunity for District to Include Assessment Rate in Annual Property Tax Notice | Assessments Collected from Landowners and Due to District for Payment to Project |
|---|---|---|---|---|---|---|---|
| 1998 | 10/1/97 | 7/1/96 | 5/15/97 | 3/16/98 | 20 | 7/1/98 | 5/15/99 |
| 1999 | 10/1/98 | 7/1/97 | 5/15/98 | 5/7/99 | 22 | 7/1/99 | 5/15/00 |
| 2000 | 10/1/99 | 7/1/98 | 5/15/99 | 5/7/99* | 10 | 7/1/99 | 5/15/00 |
| 2001 | 10/1/00 | 7/1/99 | 5/15/00 | 5/7/99* | - | 7/1/99 | 5/15/00 |
| 2002 | 10/1/01 | 7/1/00 | 5/15/01 | 10/15/02 | 27 | 7/1/03 | 5/15/04 |
| 2003 | 10/1/02 | 7/1/01 | 5/15/02 | 12/5/03 | 30 | 7/1/04 | 5/15/05 |
| 2004 | 10/1/03 | 7/1/02 | 5/15/03 | 4/30/04 | 22 | 7/1/04 | 5/15/05 |
| 2005 | 10/1/04 | 7/1/03 | 5/15/04 | 4/30/04 | 10 | 7/1/04 | 5/15/05 |
| 2006 | 10/1/05 | 7/1/04 | 5/15/05 | 8/8/05 | 13 | 7/1/05 | 5/15/06 |
| 2007 | 10/1/06 | 7/1/05 | 5/15/06 | 4/5/06 | 9 | 7/1/06 | 5/15/07 |

* The rate notice for FY 1999 indicated that the FY 1999 rate would carry forward into future years until further notice.

*C:\Documents and Settings\mbecker\Local Settings\Temporary Internet Files\OLKE\OM Charge Notice and Payment Chart FY1998-2007 (4-1-08)2.doc*