Case No. 1:06-cv-00576-LB Electronically filed 7-24-08

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 06-576C<br>(Judge Block)<br><br>**PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |

The San Carlos Irrigation and Drainage District ("District"), pursuant to Rule 26, Rules of the United States Court of Federal Claims, hereby submits its Third Supplemental Disclosure Statement. This disclosure is based upon information reasonably available to the District at the time of this filing. The District will supplement this disclosure as new information is discovered.

## I. List of the Documents that Plaintiff Believes May be Relevant to the Subject Matter of this Action

The following documents may be relevant to the subject matter of this action or may lead to the discovery of admissible evidence:

1. SC03033-SC3034 - Carl Christensen, *FY 2008 Irrigation Budget* (July 1, 2008).
2. SC03035-3091 – Report to the Chairman, Subcommittee on Interior and Related Agencies, Committee on Appropriations, U.S. Senate: Indian Irrigation Projects - Numerous Issues Need to Be Addressed to Improve Project Management and Financial Sustainability (February 2006)

DATED this 24 day of July, 2008.

By: /s/ RINEY B. SALMON

Riney B. Salmon II
SALMON, LEWIS & WELDON, P.L.C. 2850 E. Camelback Rd., Suite 200 Phoenix, Arizona 85016
(602) 801-9060 (office)
(602) 801-9070 (facsimile)
*Attorneys for Plaintiff*

Certificate of Filing

I certify that on July 24, 2008, a copy of the foregoing "PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ RINEY B. SALMON
Riney B. Salmon