# Objectives, Scope, and Methodology

We were asked to address several issues concerning the Department of the Interior's Bureau of Indian Affairs' (BIA) management of its 16 irrigation projects. Specifically, we were asked to examine (1) BIA's estimated deferred maintenance cost for its 16 irrigation projects; (2) what shortcomings, if any, exist in BIA's current management of its irrigation projects; and (3) any issues that need to be addressed to determine the long-term direction of BIA's irrigation program.

For all three objectives, we collected documentation on BIA's 16 irrigation projects from officials in each of BIA's central Irrigation, Power, and Safety of Dams offices (central irrigation offices) located in Washington, D.C., and other locations in the western United States. We also visited and collected information from each of BIA's four regional offices that oversee the 16 irrigation projects, including the Rocky Mountain, Northwest, Western, and Southwest regions. In addition, we visited 9 of the 16 projects located across all 4 regions. Specifically, we visited: (1) the Blackfeet Irrigation Project, (2) the Colorado River Irrigation Project, (3) the Crow Irrigation Project, (4) the Fort Belknap Irrigation Project, (5) the Pine River Irrigation Project, (6) the San Carlos Indian Works Irrigation Project, (7) the San Carlos Joint Works Irrigation Project, (8) the Wapato Irrigation Project, and (9) the Wind River Irrigation Project. We selected these projects based on a combination of factors aimed at maximizing our total coverage (over 50 percent of the projects), visiting at least one project in each of the regions where irrigation projects are located, visiting the project with the highest deferred maintenance cost estimate in each region using BIA's fiscal year 2004 data, and visiting what BIA considered to be the three best projects and the five worst projects. During the site visits, we collected project-specific information from BIA officials and project stakeholders including tribes and water users. We also met with and collected documentation from the Department of the Interior's Bureau of Reclamation, the federal agency charged with managing water in the western United States, for comparative purposes.

To examine BIA's estimated deferred maintenance cost for its 16 irrigation projects, we toured each of the 9 projects we visited to see examples of deferred maintenance and their impact, and we reviewed BIA's lists of deferred maintenance items and associated cost estimates for both fiscal years 2004 and 2005. We also reviewed the methodology BIA used to develop these lists and estimates and interviewed BIA staff involved in developing these lists and estimates to identify major deficiencies. Although we analyzed the cost estimates provided by BIA, we did not develop our own estimate of deferred maintenance. To assess the reliability

of data we received from BIA on deferred maintenance, we interviewed officials most knowledgeable about the collection and management of these data. We reviewed the relevant controls and found them adequate. We also conducted tests of the reliability of the computerized data. On the basis of these interviews, tests, and reviews, we concluded that BIA's estimates of deferred maintenance were sufficiently reliable for the purposes of this report.

To examine what shortcomings, if any, exist in BIA's current management of its irrigation projects, we reviewed relevant federal regulations and agency guidance, and analyzed BIA-wide and project-specific management protocols and systems for the nine projects we visited. We also reviewed general guidance on internal control standards, including risk assessment, monitoring, and information and communication. We interviewed BIA officials from the central irrigation office in Washington, D.C., Colorado, Oregon, Arizona and Montana. We also interviewed BIA regional officials as well as agency and project officials associated with each of the 9 projects we visited for information on key shortcomings in BIA's management of its irrigation projects. Finally, we interviewed a variety of project stakeholders—including tribal representatives, individual Indian water users, and non-Indian water users—at each of the 9 projects we visited for information on key shortcomings in BIA's management.

Finally, to examine any issues that need to be addressed to determine the long-term direction of BIA's irrigation program, we reviewed previous studies highlighting key issues impacting the future of BIA's irrigation program. This included reviewing previous studies conducted by GAO, the Department of the Interior's Office of Inspector General, and the Bureau of Reclamation, as well as other studies conducted at the request of the Congress. We also reviewed relevant federal regulations and agency guidance, as well as historical information relevant to BIA's management of the irrigation program, including budget information and agency memos. Finally, we interviewed BIA officials from the central irrigation office, regional offices, and the 9 projects we visited for information on the key challenges impacting the long-term direction of the program. We also interviewed project stakeholders—including tribal representatives and water users—at the 9 projects we visited for information on the key issues impacting the future direction of BIA's irrigation program.

We performed our work between March 2005 and February 2006 in accordance with generally accepted government auditing standards.

# Profiles of the Nine Irrigation Projects GAO Visited

This appendix contains brief profiles of the nine irrigation projects we visited. Each project profile begins with a short overview of basic facts about the project, followed by a set of bullet points describing the key operations and maintenance concerns and the key management concerns expressed to us by BIA officials, tribal officials, or water users during our site visits.

## Blackfeet Irrigation Project

The Blackfeet Irrigation Project was authorized for construction in 1907, but construction was never completed. It consists of 38,300 acres being assessed operations and maintenance fees (and 113,100 acres authorized for irrigation). The project is located in Browning, Montana on the Blackfeet Indian Reservation of Montana, home of the Blackfeet Tribe. About 60 percent of the project's land is owned by either the tribe or individual tribal members, and about 40 percent is owned by non-Indians. BIA currently estimates the project's total deferred maintenance costs to be $29,130,222. See figure 8 below for pictures of the Blackfeet Irrigation Project.

**Figure 8: Pictures of the Blackfeet Irrigation Project (July 2005)**





Source: GAO.

Deteriorating Canal Lining

Leaking Check Gate

### Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Fees are insufficient to cover the costs of project operations and maintenance.



SC 03074

- Weeds and overgrown vegetation are problematic and impair water flow.
- Deferring maintenance has led to bigger and more costly maintenance problems.
- Deferring maintenance decreases water efficiency and access to water.
- The project as built cannot meet the increased demand for water.

### Key Management Concerns Expressed During Our Site Visit

- Communication between BIA and the water users could be improved, such as enhancing transparency, increasing involvement, and meeting separately with the tribe.
- Lack of training and expertise undermines BIA's management of the project.
- Inadequate oversight within BIA exacerbates problems associated with lack of training and expertise.
- Project staff should report to managers with expertise in irrigation and/or engineering.
- BIA protocols are too vague, such as when project staff should consult with regional or central irrigation office engineers.
- BIA needs to be able to measure water in order to better manage water deliveries and identify critical problems.
- Irrigation is a low priority for BIA.

## Colorado River Irrigation Project

The Colorado River Irrigation Project was the first BIA irrigation project built, authorized for construction in 1867, but construction was never completed. It is now considered the best of BIA's 16 revenue-generating irrigation projects due, in part, to its innovative leadership and customer service attitude. The project has adopted a user fee system that measures and assesses water users based on their actual usage as well as charging water users additional fees for using more water than their individual allotment. The project is located in Parker, Arizona on the Colorado River

Indian Reservation, home of the Colorado River Indian Tribes. The project, which has a 10-month-long irrigation season, consists of 79,350 assessed acres (and 107,588 acres authorized for irrigation), and is composed entirely of Indian land—land owned by the tribe or its members. BIA currently estimates the project's total deferred maintenance costs to be $134,758,664. See figure 9 for pictures of the Colorado River Irrigation Project.

**Figure 9: Pictures of the Colorado River Irrigation Project (June 2005)**



Source: GAO.

Concrete-lined Irrigation Canal



Leaking Check Gate

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Development leases may no longer be allowed, potentially resulting in irrigable land going un-irrigated and costing the tribe and project potential revenues.
- Replacement of deteriorating irrigation structures needed.
- Canal needs new lining due to years of deterioration and, in some cases, poor construction.
- Clearing moss and pondweed is needed lest the flow of water be impaired.
- New irrigation structures needed to regulate water flow where ditches converge.

## Key Management Concerns Expressed During Our Site Visit

- Understaffing and high turnover of project system operators adversely impact water deliveries in that there are too few system operators to deliver water in a timely manner.
- BIA procurement and contracting is time-consuming and costly.
- Annual project budget may understate actual funding because it does not include possible additional fees.
- Operations and maintenance fees can only be used to address operations and maintenance on the existing project, rather than expand the project.

## Crow Irrigation Project

The Crow Irrigation Project was authorized for construction in 1890, but construction was never completed. It is one of the oldest of BIA's 16 revenue-generating irrigation projects with 38,900 acres being assessed operations and maintenance fees (and 46,460 acres authorized for irrigation). The project is located in Crow Agency, Montana on the Crow Reservation, home of the Crow Tribe of Montana. About 56 percent of the project land is owned by either the tribe or individual tribal members, and about 44 percent is owned by individual non-Indians. BIA currently estimates the project's total deferred maintenance costs to be $54,550,496. See figure 10 for pictures of the Crow Irrigation Project.

**Figure 10: Pictures of the Crow Irrigation Project (March 2005)**





Source: GAO.

Abandoned Car in Deteriorated Canal

Crumbling Irrigation Structure

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Fees are insufficient to cover the project's operations as well as maintenance costs.
- Weeds, overgrown vegetation, tree roots and garbage impair water flow in the canals and ditches.
- Crumbling or dilapidated irrigation structures impair water delivery.
- The repair of Rotten Grass Flume needs further work.
- Canal erosion causes sink holes and impairs water flow.
- Deferred maintenance of certain structures leads to safety concerns, such as when BIA staff must go into the canal to raise or lower broken check gates.

## Key Management Concerns Expressed During Our Site Visit

- The project's recently reassigned project manager was under-qualified, resulting in some decisions that hurt the project and undermine water delivery, such as the Rotten Grass Flume incident.
- BIA has inadequate oversight of the project manager and his decisions.
- BIA relies on "crisis-style" management rather than a long-term plan to manager project.
- Allegations that a former project manager inappropriately used fees and was not accountable for financial decisions.[1]
- Communication breakdown between BIA and its water users.
- The project may be better managed if BIA turned over the project's management to water users or tribe.
- Irrigation is a low priority for BIA.

[1]GAO referred these allegations to the Department of the Interior's Office of the Inspector General in August 2005.

## Fort Belknap Irrigation Project

The Fort Belknap Irrigation Project was authorized for construction in 1895, but construction was never completed. It is one of the smallest of BIA's 16 revenue-generating irrigation projects with 9,900 acres being assessed operations and maintenance fees (and 13,320 acres authorized for irrigation). The project is located in Harlem, Montana on the Fort Belknap Reservation, home of the Fort Belknap Indian Community of the Fort Belknap Reservation of Montana. About 92 percent of the land is owned by either the tribe or individual tribal members, and about 8 percent is owned by individual non-Indians. BIA currently estimates the project's total deferred maintenance costs to be $17,535,494. See figure 11 for pictures of the Fort Belknap Irrigation Project.

**Figure 11: Pictures of the Fort Belknap Irrigation Project (July 2005)**





Source: GAO.

Graffiti on Irrigation Structure

Overgrown Vegetation Around Dilapidated Irrigation Check Structure

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Fees and appropriations are insufficient to cover the project maintenance needs.
- Weeds and overgrowth of vegetation impair water flow.
- Canal erosion caused by cattle-crossings impairs water flow.
- Deteriorated and leaking irrigation structures impair water delivery.
- Additional equipment is needed to conduct maintenance on project.

- Deferred maintenance exacerbates problems of poor farming land and low crop values.

## Key Management Concerns Expressed During Our Site Visit

- Poor communication and tense relations between BIA and water users.
- Staff turnover and difficulty finding qualified staff are problematic.
- Some project staff lack adequate expertise and training to manage project.
- Lack of transparency and water management plan limits BIA accountability.
- Some water users want BIA to begin water delivery earlier in season.

# Pine River Irrigation Project

The Pine River Irrigation Project is the only one of BIA's 16 revenue-generating irrigation projects located in the Southwest region, with 11,855 acres being assessed operations and maintenance fees. Construction on the project was never completed. The project is located in Ignacio, Colorado on the Southern Ute Reservation, home to the Southern Ute Indian Tribe of the Southern Ute Reservation, Colorado. About 85 percent of the land is owned by either the tribe or individual tribal members, and about 15 percent is owned by individual non-Indians. BIA currently estimates the project's total deferred maintenance costs to be $20,133,950. See figure 12 for pictures of the Pine River Irrigation Project.

**Figure 12: Pictures of the Pine River Irrigation Project (August 2005)**





Source: GAO.

Irrigation Ditch in Need of Reshaping

Overgrown Vegetation in Irrigation Ditch

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Collections from operations and maintenance fees do not provide adequate funds to properly operate and maintain the project.
- The project's operations and maintenance fees have not been raised since 1992. BIA has proposed doubling the fees from $8.50 per acre to $17.00 per acre for the 2006 irrigation season.
- The project's cash reserves were depleted in 2004.
- The project has a number of old water delivery contracts, referred to as "carriage contracts," from the 1930s that are at low fixed rates. Under some of the contracts the water users only pay $1.00 per acre to the project.

## Key Management Concerns Expressed During Our Site Visit

- The practice of subsidizing the project through other BIA programs, such as Natural Resources, Roads Construction, Roads Maintenance and Realty, was scheduled to end at the end of fiscal year 2005. Alternative sources of funds must be found for the project manager and clerk positions.
- "Crisis-style" management only, no preventive maintenance.

- Project staff does not formally meet with or provide information to individual water users.
- A Bureau of Reclamation study in 1999 found that some of the water users could not afford to pay fees of $8.50 to the project and operate a profitable farming operation. BIA has not responded to the study.
- The former project manager stated that the BIA irrigation projects should be turned over to the Bureau of Reclamation.

## San Carlos Indian Works Irrigation Project (Pima)

The San Carlos Indian Works Irrigation Project was authorized for construction in 1924, but construction was never completed. It is one of the newest of BIA's 16 revenue-generating irrigation projects with 50,000 acres being assessed operations and maintenance fees (and 50,546 acres authorized for irrigation). The project, also referred to as Pima, is located in Sacaton, Arizona on the Gila River Indian Reservation, home of the Gila River Indian Community. It is served both by its own infrastructure and by that of the San Carlos Joint Works Irrigation Project. The project land is generally owned by the tribe or tribal members, with about 99 percent of the land owned by either the tribe or individual tribal members, and about 1 percent owned by individual non-Indians. BIA currently estimates Pima's total deferred maintenance costs to be $62,865,503. See figure 13 for pictures of the San Carlos Indian Works Irrigation Project.

**Figure 13: Pictures of the San Carlos Indian Works Irrigation Project (June 2005)**





Source: GAO.

Concrete-lined Irrigation Canal

Canal with Vegetation Growth



SC 03082

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Inefficiency in water delivery results in fewer water users being able to receive water, leading to idle acreage in some cases.
- Clearing tumbleweeds and other vegetation that can clog culverts are a recurring problem and represents a large part of the project's spending on operations and maintenance.
- Erosion is a continuing problem, in part, because the canal is used for both water deliveries as well as drainage.
- BIA staff has a "wish list" of items that would bring the project into top condition, extending beyond the basic deferred maintenance.
- Project infrastructure may not have the capacity to deliver water to all potential water users.

## Key Management Concerns Expressed During Our Site Visit

- 2007 turnover to water users is still underway.
- Insufficient reserve funds means that project staff may not have enough money to conduct needed maintenance towards the end of the year.
- Vacancies are a constant problem at the project, leaving too few staff to conduct project maintenance.
- BIA is too slow to respond to water users' requests for repairs.

# San Carlos Joint Works Irrigation Project (Coolidge)

The San Carlos Joint Works Irrigation Project was authorized for construction in 1924, but construction was never completed. It provides water to non-Indian irrigators as well as the San Carlos Indian Works Irrigation Project. It consists of 100,000 acres being assessed operations and maintenance fees (and 100,546 acres authorized for irrigation), with 50 percent of the land owned by non-Indian irrigators and 50 percent owned by Indian irrigators (in the form of the San Carlos Indian Works Irrigation Project). The project is located in Coolidge, Arizona. BIA currently estimates Coolidge's total deferred maintenance costs to be $5,775,427. See figure 14 for pictures of the San Carlos Joint Works Irrigation Project.

**Figure 14: Pictures of the San Carlos Joint Works Irrigation Project (June 2005)**



Source: GAO.

Deteriorating China Wash Flume | Concrete that Fell from Flume | Weeds in Irrigation Canal

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Lack of certainty in BIA's ability to deliver requested water to all water users has led some to purchase additional water from outside of the project.
- Silt removal from irrigation canals and ditches is a recurring problem, leading BIA to purposefully over-excavate the main canal each year in an attempt to catch excess silt that can clog culverts and prevent water delivery impairments.
- Repair of China Wash Flume is an expensive undertaking, but the flume's failure could jeopardize water deliveries for much of the project.
- Removal of weeds to prevent clogged culverts is a recurring problem for the project.

## Key Management Concerns Expressed During Our Site Visit

- 2007 turnover to water users is under way but not finalized.
- Lawsuit against BIA's increase in operations and maintenance fees resulted in some water delivery delays while the lawsuit is pending.
- Contracting delays within BIA have resulted in postponed project maintenance.

- Turnover of BIA staff and lack of water user inclusion in project decisionmaking impedes effective communication.
- BIA lacks accountability to water users in terms of how it spends operations and maintenance fees.

## Wapato Irrigation Project

The Wapato Irrigation Project is one of the oldest and largest of BIA's 16 revenue-generating irrigation projects with 96,443 acres being assessed operations and maintenance fees (and 145,000 acres authorized for irrigation). It was authorized for construction in 1904, but construction was never completed. The project is located in Yakima, Washington on the Yakama Reservation, home of the Confederated Tribes and Bands of the Yakama Nation. About 60 percent of the project land is owned by either the tribe or individual tribal members, and about 40 percent is owned by individual non-Indians. BIA currently estimates the project's total deferred maintenance costs to be $183,128,886. See figure 15 for pictures of the Wapato Irrigation Project.

**Figure 15: Pictures of the Wapato Irrigation Project (April 2005)**





Source: GAO.

Weed Clearing Machine

Irrigation Canal with Crumbling Concrete Lining



SC 03085

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Deterioration of project prevents some water users from receiving water.
- Lack of regular project maintenance has led many water users to make repairs on their own in order to irrigate crops.
- Water users claim that project staff performs inadequate or faulty repairs, resulting in wasted operations and maintenance payments or the need for water users to fix the sloppy repairs.
- Fees are insufficient because (a) rates have been set too low, and (b) the tribe's appeal of BIA's operations and maintenance bills since 2001 has decreased income by at least $2 million annually because the agency will not collect on these bills or issue subsequent bills until the matters raised in the appeal are resolved.
- Fees are insufficient to cover both maintenance and administrative costs, such as salaries and benefits, leading to suggestions that BIA cover such costs.

## Key Management Concerns Expressed During Our Site Visit

- Understaffing due to inadequate funds and difficulty in finding qualified staff has resulted in too few staff to operate and maintain project.
- BIA relies on "crisis-style" management to manage project, resulting in a lack of planning and preventive maintenance.
- Water users lack voice in project decisionmaking, resulting in concerns about limited accountability of project staff to its water users.
- Alleged errors with operations and maintenance billing—such as BIA billing dead landowners and BIA overbilling living landowners—led the tribe and its members to appeal BIA's billing of operations and maintenance fees. Resolution of these appeals is still pending within the agency. BIA will not collect on these bills or issue subsequent bills until the matters raised in the appeal are resolved.

# Wind River Irrigation Project

The Wind River Irrigation Project was authorized for construction in 1905, but construction was never completed. It is one of BIA's 16 revenue-generating irrigation projects with 38,300 acres being assessed operations



SC 03086

and maintenance fees (and 51,000 acres authorized for irrigation). The project is located in Fort Washakie, Wyoming on the Wind River Reservation, home of the Arapaho Tribe of the Wind River Reservation and the Shoshone Tribe of the Wind River Reservation. About 67 percent of the project land is owned by either the tribe or individual tribal members, and about 33 percent is owned by individual non-Indians. BIA currently estimates the project's total deferred maintenance costs to be $84,956,546. See figure 16 for pictures of the Wind River Irrigation Project.

**Figure 16: Pictures of the Wind River Irrigation Project (July 2005)**





Source: GAO.

Beaver Holes and Overgrown Vegetation in Canal

Cattle-Crossing Eroding Irrigation Canal

## Key Operations and Maintenance Concerns Expressed During Our Site Visit

- Weeds and tree roots impair water flow and lead to seepage.
- Cattle-crossings erode canal banks and impair water flow.
- Deteriorating irrigation infrastructure impairs water delivery.
- Additional water storage and improved efficiency needed to meet demand for water.
- Deferring maintenance undermines long-term sustainability of project.
- BIA financial management may limit ability of project staff to conduct needed maintenance in short maintenance season.

## Key Management Concerns Expressed During Our Site Visit

- BIA relies on "crisis-style" management and "band-aid" solutions rather than a long-term plan to manage project.
- Poor communication between BIA and water users.
- Water users are not involved enough in project decisionmaking.
- Supervision of project staff is insufficient and BIA is not accountable to water users.
- Turnover of BIA staff is problematic.
- Some water users want to manage all or part of the project.

# GAO Contact and Staff Acknowledgments

## GAO Contact

Robin M. Nazzaro, (202) 512-3841, nazzaror@gao.gov

## Staff Acknowledgments

In addition to those individuals named above, Jeffery D. Malcolm, Assistant Director, Tama R. Weinberg, Rebecca A. Sandulli, and David A. Noguera made key contributions to this report. Also contributing to the report were Richard P. Johnson, Nancy L. Crothers, Stanley J. Kostyla, Kim M. Raheb, and Jena Y. Sinkfield.

## GAO's Mission

The Government Accountability Office, the audit, evaluation and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability.

## Obtaining Copies of GAO Reports and Testimony

The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "Subscribe to Updates."

### Order by Mail or Phone

The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to:

U.S. Government Accountability Office
441 G Street NW, Room LM
Washington, D.C. 20548

To order by Phone: Voice: (202) 512-6000
TDD: (202) 512-2537
Fax: (202) 512-6061

## To Report Fraud, Waste, and Abuse in Federal Programs

Contact:

Web site: www.gao.gov/fraudnet/fraudnet.htm
E-mail: fraudnet@gao.gov
Automated answering system: (800) 424-5454 or (202) 512-7470

## Congressional Relations

Gloria Jarmon, Managing Director, JarmonG@gao.gov (202) 512-4400
U.S. Government Accountability Office, 441 G Street NW, Room 7125
Washington, D.C. 20548

## Public Affairs

Paul Anderson, Managing Director, AndersonP1@gao.gov (202) 512-4800
U.S. Government Accountability Office, 441 G Street NW, Room 7149
Washington, D.C. 20548

PRINTED ON RECYCLED PAPER