# The United States Court of Federal Claims

**No: 06-576 C**
September 12, 2008

**SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,**

***Plaintiff*,**

**v.**

**THE UNITED STATES OF AMERICA,**

***Defendant*.**

**ORDER TRANSFERRING CASE**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with her concurrence, the Clerk of the Court is hereby directed to transfer this case to the docket of Judge Christine O.C. Miller.

**IT IS SO ORDERED.**

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**