# In the United States Court of Federal Claims

**No. 06-576 C**

**SAN CARLOS IRRIGATION and DRAINAGE DISTRICT**
**v.**
**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge CHRISTINE O.C. MILLER**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**John S. Buckley**
**John S. Buckley, Acting Clerk of the Court**