# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,** *

Plaintiff, *

v. * No. 06-576C

**THE UNITED STATES,** * (Filed Sept. 12, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This case was transferred to the undersigned pursuant to RCFC 40.1(b) by order this date. Pending for resolution since August 26, 2008, are the parties cross-motions for summary judgment. Accordingly,

**IT IS ORDERED**, as follows:

Argument on cross-motions for summary judgment shall be held at 2:00 p.m. on Thursday, October 16, 2008, in the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, DC. Counsel for plaintiff shall notify the court at 202/357-6620 by October 10, 2008, if he wishes to participate by telephone conference call to be placed by the court.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge