IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| SAN CARLOS IRRIGATION AND DRAINAGE DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-576C<br>(Judge Christine O.C. Miller) |

MOTION TO POSTPONE ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, and plaintiff's counsel, Riney B. Salmon II, respectfully request the Court to postpone the oral argument on the cross-motions for summary judgment scheduled for October 16, 2008. Counsel for the United States, Mr. Kirk Manhardt, has stated to plaintiff's counsel that he has no objection to this motion.

Plaintiff's counsel's son, age 28, has for the past four years lived in Nagoya, Japan. The son, his fiancé and nine Japanese family members and friends, are coming to Phoenix, Arizona for their wedding on October 11 in counsel's back yard of his home in Paradise Valley, Arizona. A total of about 45 people will be attending the wedding. Plans have been made during the following week for the wedding party and family members to visit the Grand Canyon in Arizona as well as other places of interest in Arizona, such as Tombstone, Arizona. The wedding and travel plans have been scheduled for over six months and it would be extremely difficult, if not

impossible without considerable expense and inconvenience, to change these plans to a time that does not conflict with the oral argument on October 16, and allow plaintiff's counsel adequate time to prepare.

Accordingly, the Court is respectfully requested to grant the motion to postpone oral argument and re-schedule for some time after the week of October 20th.

Respectfully submitted,

s/Riney B. Salmon II

RINEY B. SALMON II
Salmon, Lewis & Weldon, P.L.C.
2850 E. Camelback Rd., Suite 200
Phoenix, Arizona 85016
(602) 801-9060 (office)
(602) 801-9070 (facsimile)

Attorney for Plaintiff

## CERTIFICATE OF FILING

I hereby certify that on September 16, 2008, a copy of the foregoing "MOTION TO POSTPONE ORAL ARGUMENT ON CROSS-MOTIONS FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Amanda Athanas
Amanda Athanas